IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>         Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC., and PACIFIC LIVESTOCK, INC.,<br><br>         Defendants. | CIVIL NO. 1:04cv 00049JMS-BMK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was duly served on the following upon the following parties on this date as indicated below:

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| PRESTON EASLEY, ESQ.<br>2500 Via Cabrillo Marina, Suite 106<br>San Pedro, California 90731-7724<br><br>   Attorney for Plaintiff<br>   BERT T. MEYER |  | ☒ |

1157558.1

|  | Electronically through CM/ECF | U.S. Mail, Postage Pre-Paid |
|---|---|---|
| ROY F. HUGHES, ESQ.<br>THOMAS E. IRONS, ESQ.<br>Pauahi Tower, Suite 900<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. |  | ☒ |

DATED: Honolulu, Hawaii, January 9, 2006.

/s/ Randolf L.M. Baldemor
_____
JOHN R. LACY
RANDOLF L.M. BALDEMOR

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.