IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>        Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC.,<br><br>        Defendants. | CIVIL NO. 1:04cv-00049 JMS-BMK<br>(In Admiralty)<br><br>DECLARATION OF JOHN ROBINETTE; EXHIBIT "1" |

## DECLARATION OF JOHN ROBINETTE

I, JOHN ROBINETTE, declare:

1.    I am employed by Matson Navigation Company, Inc. ("Matson Navigation") as Manager Claims Hawaii, and I have personal knowledge of the matters stated in this declaration. I am fully competent to testify with respect to these matters.

1157558.1

2. Attached hereto as Exhibit 1 is a true and correct copy of a Vessel Safety Inspection Report dated October 1, 2002.

DATED: Honolulu, Hawaii, January 9, 2006.

/s/ John Robinette
JOHN ROBINETTE