PRESTON EASLEY, ESQ./Cal State Bar No. 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

ATTORNEY FOR: Plaintiff
BERT MEYER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>      Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC.,<br><br>      Defendant. | Civil No.: CV 04 00049 HG-BMK<br>(In Admiralty)<br><br>PLAINTIFF'S FIRST AMENDED RESPONSE TO INTERROGATORY NO. 11 |

11. Describe accurately and fully in your own words exactly what occurred in the ten minutes prior to the occurrence, what occurred during the occurrence, and what occurred during the ten minutes after the occurrence including anything said by you or to you.

**RESPONSE TO NO. 11:**

I was unlocking a cone with a pole between rows 15 and 16. My right foot was on the catwalk and my left foot was on a padeye on the hatch lid. My left foot slipped and I lost my balance and fell. My left leg went into the gap between the catwalk and the inshore side of the

1

EXHIBIT "C"

hatch lid and I was stuck. I was yelling for help for awhile, then Dan Farney helped me get out of the gap.

Dated: September 13, 2004

PRESTON EASLEY
Attorney for Plaintiff
BERT MEYER

# **VERIFICATION**

STATE OF HAWAII              )
                             )   SS.
CITY & COUNTY OF HONOLULU    )

I am the _Plaintiff_

in the above entitled action or proceeding; I have read the foregoing _Plaintiff's First Amended Response to Interrogatory NO. 11_

and know the contents thereof; and I certify that the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters I believe it to be true.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on ___Sept. 27, 2004___ at ___Honolulu___, Hawaii
               (date)               (place)

                                        _____
                                              Signature
                                        Bert Meyer

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile:  (310) 832-7730

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATSON NAVIGATION<br>COMPANY, INC.,<br><br>　　　　Defendant. | Civil No.: CV 03-00696 SOM-BMK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE RE<br>PLAINTIFF'S FIRST AMENDED<br>RESPONSE TO INTERROGATORY<br>NO. 11 |

CERTIFICATE OF SERVICE
RE PLAINTIFF'S FIRST AMENDED RESPONSE
TO INTERROGATORY NO. 11

I hereby certify that on this date copies of PLAINTIFF'S FIRST AMENDED RESPONSE TO INTERROGATORY NO. 11 were duly served upon the following in the manner indicated below, addressed as follows:

///

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| John R. Lacy, Esq.<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place, Suite 1800<br>1099 Alakea Street<br>Honolulu, HI 96813 | X | | |
| Attorneys for Defendants<br>MATSON NAVIGATION<br>COMPANY, INC.;<br>MATSON TERMINALS, INC. | X | | |
| Capt. Robert Riley<br>10 Arguello Circle<br>San Rafael, CA 94901 | | | |
| Kammy Kalili<br>P.O. Box 186<br>Hauula, HI 96717 | X | | |

Dated: September 27, 2004

By _Patti Bannon_
Patti Bannon