UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

**CERTIFIED COPY**

BERT MEYER,                         )
                                    )
                                    )
           Plaintiff,               )
                                    )
     -vs-                           ) Civil No. 04-00049
                                    ) HG-BMK
MATSON NAVIGATION COMPANY, INC.,    ) (In Admiralty)
                                    )
                                    )
           Defendant.               )
_____)

DEPOSITION OF HENRY A. OLSON, P.E.

DATE:          May 11, 2005

TIME:          1:39 p.m.

LOCATION:      Matson Navigation Company, Inc.
               555 12th Street
               8th Floor
               Oakland, CA  94607

REPORTED BY:   Roberta Torres
               Certified Shorthand Reporter
               License Number C-7654

EXHIBIT "G"



PULONE & STROMBERG, INC.

Offices located in:
San Jose, California
(408) 280-1252

1   A   R.J. Pheiffer.

2   Q   Is that throughout the Pfeiffer or just in
3 certain places on the R.J. Pheiffer?

4   A   I don't know. I just remember seeing gaps.
5 It's a feature in most cases where a fixed structure has
6 to be separated from a portable structure or moving
7 object.

8   Q   Have you ever designed catwalks for container
9 ships yourself?

10   A   I haven't done the drawings specifically, no.

11   Q   To your knowledge, has anyone other than me
12 ever complained about the gap in Exhibits 2 and 3?

13   A   Not that I'm aware of.

14   Q   Anybody ever recommend any changes to the gap,
15 to your knowledge?

16   A   Not to my knowledge.

17   Q   This may be more in Mr. Londysky's area, but
18 I'm going to ask it anyway.

19       Have you ever seen any reference to Mr. Meyer's
20 accident in documents like a chief officer's cargo
21 letter or a safety meeting report or documents prepared
22 by the vessel's captain?

23   A   No, I haven't seen any of those documents.

24   Q   Have you ever seen the Matson Terminals
25 accident report in this case?

DEPOSITION OF HENRY A. OLSON, P.E.

```
 4  STATE OF CALIFORNIA     )
                            )    ss.
 5  COUNTY OF SANTA CLARA   )
```

I, ROBERTA TORRES, a Certified Shorthand Reporter in and for the State of California, certify that the witness in the foregoing deposition,

HENRY A. OLSON, P.E.,

was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause, and that the foregoing is a full, true and correct transcript of the proceedings had at the taking of said deposition, reported to the best of my ability and transcribed under my direction.

_May 25_, 2005.   _Roberta Torres_
Date                CSR Number C-7654.