

EXHIBIT "H"