```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4   BERT MEYER,                  ) CIVIL NO. 04-00049 HG/BMK
                                  ) (In Admiralty)
 5              Plaintiff,        )
                                  )
 6        vs.                     )
                                  )
 7   MATSON NAVIGATION COMPANY,   )
     INC.,                        )
 8                                )
                Defendant.        )
 9   _____)

10

11                   DEPOSITION OF BERT MEYER

12   Taken on behalf of the Defendant MATSON NAVIGATION

13   COMPANY, INC., at the law offices of Goodsill,

14   Anderson, Quinn & Stifel, 1099 Alakea Street, 1800

15   Ali'i Place, Honolulu, Hawaii 96813, commencing at

16   9:50 a.m., on Tuesday, August 31, 2004, pursuant to

17   Notice.

18

19        BEFORE:  MYRLA R. SEGAWA, CSR No. 397

20                 Notary Public, State of Hawaii

21

22

23

24

25
```

```
                                                           2
 1   APPEARANCES:

 2

 3       For Plaintiff BERT METER:

             PRESTON EASLEY, ESQ.
 4           2500 Via Cabrillo Marina, Suite 106
             San Pedro, California 90731-7724
 5

 6

 7       For Defendant MATSON NAVIGATION COMPANY, INC.:

 8           JOHN R. LACY, ESQ.
             Goodsill, Anderson, Quinn
 9            & Stifel
             1800 Alii Place
10           1099 Alakea Street
             Honolulu, Hawaii  96813
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



*Received 11-4-04* (handwritten notation)

```
                                                           55
 1   form.
 2        Q    And do you know how it had got up to the
 3   grate?
 4        A    Well, the containers are right there and
 5   they just swirl around in the air and then they do
 6   tend to shoot out.  I mean, the animals are right up
 7   against the opening of the containers.
 8        Q    Were there openings in the containers that
 9   were along the grate level?
10        A    Yes.
11        Q    On row 15?
12        A    Yes, I believe there was.
13        Q    Now, did you report seeing the slime in
14   some places the feces on the grate to anyone?
15        A    Yes.
16        Q    Who?
17        A    I complained about it to Danny Farney.
18        Q    And was this before or after the incident?
19        A    While we were walking up when we first got
20   up on the ship.
21        Q    I'm sorry?
22        A    When we first got up on the ship.
23        Q    So you told Danny Farney specifically that
24   there was feces and slime stuff on the grate?
25        A    Usually when a ship comes in, you know,
```

```
                                                         56
 1   it's there and it's everywhere on the deck when
 2   you're coming up there.
 3        Q    Okay.  But particularly on this night of
 4   October 1, do you recall specifically pointing it out
 5   to Danny?
 6        A    No, not pointing it out.  Just telling him.
 7        Q    And what did you tell him?
 8        A    That there's basically crap everywhere.
 9        Q    And what did he say?
10        A    It's just a joke.  He laughed.
11        Q    Do you know anything about whether or not
12   the tenders wash down the area before the ship comes
13   in to the harbor?
14        A    It doesn't seem like they do.
15        Q    Have you ever talked with any of the
16   tenders about what is done about when the ship comes
17   into the harbor?
18        A    No, I don't.
19        Q    As you're walking on the grate that night,
20   did you lose your footing at any time before this
21   incident?
22        A    Not that I can recall.
23        Q    So when you told Danny about the slime and
24   feces, you say he laughed?
25        A    Yeah, everybody laughs who gets stuck in
```

```
                                                          138
 1          I, BERT MEYER, do hereby certify that I
 2   have read the foregoing pages 1 through 137,
 3   inclusive, and corrections, if any, were noted by me;
 4   and that same is now a true and correct transcript of
 5   my testimony.
 6          DATED:  Honolulu, Hawaii, November 9, 2004.
 7
 8
 9                   _____
                            BERT MEYER
10
11
12   Signed before me this _____
13   day of _____, 2004.
14
15   _____
16
...
23   Case:  BERT MEYER  vs.  MATSON NAVIGATION
     Civil No.:  04-00049 HG.BMK
24   Deposition Dated:  August 31, 2004
     Taken By:  Myrla R. Segawa
25   SEP 1 4 2004
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090

139

# C E R T I F I C A T E

STATE OF HAWAII            )
                           ) SS:
CITY AND COUNTY OF HONOLULU )

    I, MYRLA R. SEGAWA, Notary Public, State of Hawaii, do hereby certify:

    That on Tuesday, August 31, 2004, at 9:50 a.m., appeared before me BERT MEYER, the witness whose deposition is contained herein; that prior to being examined he was by me duly sworn;

    That the deposition was taken down by me in machine shorthand and was thereafter reduced to typewriting under my supervision; that the foregoing represents, to the best of my ability, a true and correct transcript of the proceedings had in the foregoing matter.

    I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

    DATED this 13th day of September, 2004, in Honolulu, Hawaii.

_____
MYRLA R. SEGAWA, CSR NO. 397
Notary Public, State of Hawaii
My Commission Exp: 1-27-2005