# PRESENTATION OF QUALIFICATIONS

## ROBERT E. RILEY

10 Arguello Circle
San Rafael, California 94901
Telephone (415) 454-0563
Messages  (415) 453-2698

### EXECUTIVE MARITIME MANAGEMENT

Available to discuss a challenging and responsible executive
position where experience and training can be profitably
and effectively utilized

EX-1

## SUMMARY OF QUALIFICATIONS

Background includes practical executive and management experience, which have provided strong working knowledge of these key areas:

    Executive Operations    Industrial Relations
    Budgets/Cost Control    Staff Planning
    Equipment Maintenance    Purchasing
    Safety Programs    Profitability

Offer substantial executive experience and background in the management of stevedoring, marine terminal and shoreside vessel operations.

Fully familiar with all key marine transport modes including cellular container vessels, lash barges, container barges, construction barges, break-bulk cargo ships, bulk and neo-bulk ships, heavy lift project ships, conventional cargo ships and automobile vessels.

Effective communications and union labor negotiation skills. Work well with all levels of ship owners, agents, union personnel, shippers, charterers, consignees, U.S. Customs and FDA personnel.

Resourceful and innovative. Able to develop and implement plans and procedures that are productive, profitable and build a positive effective team.

## EDUCATION & TRAINING

Massachusetts Maritime Academy
B.S. Degree - Nautical Sciences

U.C. Berkeley
Management Accounting and Systems

Professional and personal references will be made available upon request.

PROFESSIONAL HIGHLIGHTS

**MARINE TERMINALS CORPORATION**            1972 - 1990
San Francisco, California
<u>Corporate Operations-Vice President, Special Projects</u>

Joined this full service marine transportation services company that has annual revenues of $90 million as a division superintendent and was promoted to Corporate General Manager in 1983 with responsibility for managing the company's stevedoring and marine terminal operations in Northern California. Key areas include:

> Direct charge and responsibility for cargo handling operations on as many as 10 separate vessels per day working in all ports in the Northern California area. Union, staff and supervisory personnel as many as 500.

> Direct charge and responsibility for the operation of 6 separate break-bulk, steel, newspaper and container terminals. Union, staff and supervisory personnel as many as 120.

> Direct charge and responsibility for the administrative departments in the Northern California area including contracting, sales development, billing, payroll, and labor relations and negotiations. Staff and supervisory personnel as many as 20.

> Responsible for submission to corporate executives recommendations for their long range planning objectives including terminal design for maximum efficiency; revised procedures for increasing operational efficiency; feasibility studies for new business ventures associated with or divorced from maritime industry; heavy equipment modifications, replacement, purchasing or improvements; adaptation of computer controlled automated cargo handling systems.

## AWARDS AND MERITS

Nissan Motor Car Company award for the lowest damage frequency statistics in the U.S.
PMA first place award for lowest accident frequency in recorded history.
U.S. record for 850 containers in one shift utilizing only 3 cranes.
Congratulatory letters from: Hyundai, Maersk, TBCT, Hapag Lloyd, Ringling Bros. Circus-Live Elephant Shippers, U.S. Army, PMA arbitration Committee, and Navy School of Transportation Management.
NDTA Local - Outstanding Achievement Award (Twice).
NDTA National - Outstanding Achievement Award.
PMA - Outstanding Achievement Accident Prevention.

**STATES MARINE-ISTHMIAN AGENCY**            1967 - 1971
New York/San Francisco, California
<u>Operations Manager</u>

Direct charge and responsibility for complete operations of 4 vessels engaged in Hawaii/East Coast trade.

Direct charge and responsibility for complete operations of as many as 25 vessels engaged in U.S. West Coast/World Wide trade.

**STATES MARINE-ISTHMIAN LINES**            1958-1967
NEW YORK, N.Y.
<u>Licensed Deck Officer</u>

Served on conventional and combination break-bulk container vessels engaged in world wide trade in all capacities, including Master.

**MILITARY SERVICE**
U.S. NAVY

<u>USNR Ensign, Navigator & Gunnery Officer</u> - 1957

# Captain Robert E. Riley
# Maritime & Management Consultant

RESUME ADDENDUM-May, 2005

Since leaving Marine Terminals Corporation in 1990 I have been involved in several activities, all of them in the Maritime and Equipment field.

1. As a consultant for Maersk Lines, I drew up a list of all stevedoring equipment necessary for them to operate the Military Ocean Terminal, Bay Area (Oakland Army Base). I located, purchased or had specially built all this equipment, including fork lifts, crane spreaders, bridles, hoisting gear, etc. and had it in place on the dock so Maersk could operate the facility within 10 days of being notified that they had been awarded the new contract.

2. I formed a company in Stockton, CA. which specialized in mobile and shop repair of heavy duty trucks, forklifts, intermodal containers, trailers and truck chassis. I operated this business and remained as President until selling it in January of 2000.

3. I became a 50% partner in an Oakland, CA. company which specialized in equipment repairs for the maritime industry. One division of that company is totally dedicated to the fabrication of structural members, or complete rebuilding of heavy duty fork lift truck masts and crane bridles. I remained as President until selling my shares in April of 2001 and continuing thereafter as a consultant.

4. As an independent consultant, I have worked as an expert stevedore and expert witness on approximately 120 cases, the majority of which involved third party suits brought by injured longshoremen. Other cases involved ship board injuries by crew members of ocean going vessels, fishing vessels and barges as well as several asbestos related claims.

5. I was appointed as San Francisco Bay Area Owner's Representative for a Dutch Steel Mill in 1991 and still hold that position today.

6. I became the chief instructor for the Port of Oakland in its Maritime Training Program and remain so today.

7. I formed an association of independent consultants with various specialties, to provide services to the Maritime Industry. I remain as President today.

8. I finalized a contract to provide specialized training classes to U.S. Navy students in San Diego.