

S/S LIHUE

EX-2