

S/S LIHUE

EX- 3