

S/S LIHUE
PORT SIDE

EX-4