

EX-5