-29-

**Claimant:** Um. · Some areas have improved.  Um...My groin area and my right hip, I mean my right thigh has improved, but my hip area's basically stayed the same.

**Adjuster:** Okay.

**Claimant:** It's like right in my hip and above my left cheek.

**Adjuster:** Okay.  So, okay, now, where would you describe, where are the symptoms you're still feeling then.  You said your left hip?

**Claimant:** Yeah, my hip and my, um, my...

**Adjuster:** Your buttocks?

**Claimant:** Right above my buttocks. Yes.  My groin areas are getting better.  It still is uncomfortable but it's getting better.

**Adjuster:** Okay.  Is...After the injury I noticed you said initially from the both groins, but now, later down the road, does it still feel like both sides?

**Claimant:** Yeah.  But they're both getting...It feels better.  I mean I can walk a little bit better.

**Adjuster:** Okay.  Okay.  And if there's any symptoms in the groin area, it's what, just, is it pain, is it?

**Claimant:** It's just, um, it feels like I pulled, like when you pull a muscle or something like that.

**Adjuster:** Okay.  Do you feel it only when you walk?

**Claimant:** No.

**Adjuster:** Or when you do certain things?

**Claimant:** No.  It's always, the groin area is always there.

**Adjuster:** Okay.  Feels like a pulled muscle?

-30-

Claimant:   Yeah.

Adjuster:   When you're sitting, too, and you're just....

Claimant:   Yeah.

Adjuster:   You're still, you still feel uncomfortable?

Claimant:   Yeah.

Adjuster:   Okay.

Claimant:   Well, when, when I'm sitting at work, what hurts the most is I guess in my hip and my buttocks, just in my hip area.

Adjuster:   Yeah.  Okay.  Now, to go one by one, the left hip right now.

Claimant:   Uh-huh.

Adjuster:   Um.  Kind of describe what is it you're feeling.

Claimant:   Um.  More like a burning and throbbing sensation in my hip area.

Adjuster:   Is it constant?

Claimant:   Constant.  It gets worse with certain things I do or if I try to lift myself up real fast.

Adjuster:   Okay.  So with certain motion, yeah?

Claimant:   Yeah.

Adjuster:   It feels worse.  Okay.  Is there any swelling?

Claimant:   No, not that I can tell.

Adjuster:   Okay.

Claimant:   All the swelling pretty much went down already.

Adjuster:   Okay.  Okay.  And in the left, the buttock.

-31-

Claimant: Yeah.

Adjuster: Okay. Describe how that is.

Claimant: Um. Right now it feels like I'm sitting on a wallet but I don't have a wallet there.

Adjuster: Oh, okay. So it feels like, like, um, not really a lump, but it feels like...

Claimant: Like, uh, there's something it's like...

Adjuster: Like something there.

Claimant: Yeah.

Adjuster: And it's not.

Claimant: And like I can up, it's uncomfortable to pick up my, my one year old, but when my 3-year-old wants to, I can't even pick him up. It just feels like the whole thing just wants to give.

Adjuster: Um-hm. Is the buttock, is it painful or is it kind of just uncomfortable?

Claimant: It's uncomfortable now but certain things I do it painful. Like when I'm driving, if I, a certain way I put my legs it gets uncomfortable and real painful.

Adjuster: Um-hm.

Claimant: So I have to really adjust all the time.

Adjuster: Okay and is that constant too then?

Claimant: The throbbing is something that is constant. The pain, the pain level varies.

Adjuster: Okay. So the throbbing is in the buttock area, too yeah?

Claimant: Yeah. Yeah.

-32-

Adjuster:   Okay.  Okay.

            Okay. Any other?

Claimant:   Well.

Adjuster:   Right now, problems?

Claimant:   My knee just, um, when I come over and I lift my knee
            up a certain way in the back area there's a little
            burning sensation every now and then.

Adjuster:   Okay.

Claimant:   But that's gotten better.

Adjuster:   The left knee, yeah?

Claimant:   Yeah.

Adjuster:   Okay.  So some burning sensation.

Claimant:   Yeah.  But that's gotten better.

Adjuster:   Okay.  That's good then.  And this is you said behind
            the knee?

Claimant:   Yes.

Adjuster:   Okay.  Okay.  Anything else?

Claimant:   No.

Adjuster:   Okay.  When you fell, um, when you fell through and
            the accident happened...

Claimant:   No.

Adjuster:   Did you hit your head or anything like that?  Lose
            consciousness?

Claimant:   I don't think I did.

-33-

Adjuster:   Okay.

Claimant:   So.

Adjuster:   Um...What about your left, um, your calf?

Claimant:   No, my calf already was, everything seemed fine below my knee.  It's just my knee area was real sore.

Adjuster:   Okay.

Claimant:   And up, so...

Adjuster:   Okay so everything below the knee?

Claimant:   Yeah.

Adjuster:   Your foot and all that?

Claimant:   Yeah.  It was, it felt okay.

Adjuster:   Okay.  And then where did you go get treatment?

Claimant:   I went to see Dr. Kaneshiro.

Adjuster:   Okay.

Claimant:   The next morning.  Cause I didn't think it was serious enough to go take to the emergency room.

            Is there a tissue around here somewhere?

Adjuster:   Um.  I'm sorry, no.

Claimant:   No?

Adjuster:   Okay.  And is Dr. Kaneshiro your personal doctor?  Is he...?

Claimant:   No.  No.

Adjuster:   Okay.  Is he more like, is he a special, or he's orthopedic, yeah?

-34-

**Claimant:** Yeah.

**Adjuster:** Okay.  You've seen him before, though?

**Claimant:** Yes.

**Adjuster:** Is that why you went there?  Okay.

**Claimant:** Yes, he took care of my shoulder.

**Adjuster:** Okay.  And who do you consider your personal family doctor?

**Claimant:** Uh... Doctor Seribella Gallermo.  Don't ask me how to spell it.

**Adjuster:** Gallermo though?

**Claimant:** Gallermo, yes.

**Adjuster:** And the first name how do you say it?

**Claimant:** Seribella.

**Adjuster:** With a C or S?

**Claimant:** S.

**Adjuster:** Okay. Okay.  And was it your own free choice to see Dr. Kaneshiro?

**Claimant:** Yes.

**Adjuster:** Okay.  And how many times have you seen Dr. Kaneshiro so far?

**Claimant:** 3 times.

**Adjuster:** 3 times, okay.  On the first visit what did he do for you?

**Claimant:** Uh... He treated it as just, I guess, bruises and everything.  He just told me, uh, stay off of it and rest and he gave me Celebrex.

-35-

Adjuster:    Okay. Did he do any x-rays then?

Claimant:    He did the x-rays the next week.

Adjuster:    Okay.

Claimant:    Cause, I guess, I was walking around and I could move so, it didn't seem serious and that's what he said, so...

Adjuster:    Oh, okay.  Okay.  And this first visit was on the following day, yeah?

Claimant:    Yes, the second.

Adjuster:    Okay.  And then on the second visit, is that when he did the x-rays?

Claimant:    Yes.

Adjuster:    Yeah. Uh...These?

Claimant:    Yes.

Adjuster:    Okay.  So he sent for x-rays of which body parts?

Claimant:    Basically my lower back, my hips, and I believe my knee.

Adjuster:    Okay.  Did he review the x-rays that day with you?

Claimant:    Yes.

Adjuster:    Okay and was there anything significant?

Claimant:    Bone-wise he says it's okay.

Adjuster:    Okay.

Claimant:    But he says it doesn't show much of soft tissue, so... There's other things for that, he said.

Adjuster:    Oh, okay.  So he says it's soft tissue?

-36-

Claimant:    Well, he says that the bone and everything, the hip and everything, so basically it doesn't show if there's a...

Adjuster:    Oh, yeah. The x-rays don't. Yeah.

Claimant:    Yeah.

Adjuster:    Okay.

Claimant:    So he says if it doesn't get better we can look at that later.

Adjuster:    Okay.

Claimant:    Look at that later.

Adjuster:    And so on the second visit he did the x-ray. Did he tell to continue Celebrex or...?

Claimant:    Yes.

Adjuster:    Okay and did he do anything else like send you to therapy or any other?

Claimant:    No.

Adjuster:    Okay. And then he wanted you to continue to rest and come back and see him?

Claimant:    Yes, I seen him, um...

Adjuster:    This date then?

Claimant:    Yes.

Adjuster:    Okay. Okay. And on the third visit anything different?

Claimant:    Uh, well, he wanted to set up a PT and so he...I had asked if I could get some PT and he said, yes, I guess, he was saying that was a good idea but that mainly, I guess, the insurance stuff is still going

-37-

through and he said it wouldn't get approved.  So he said we would probably wait until the next visit.

Adjuster:     Oh.

Claimant:     Cause he said if you do it to soon, it can make things worse, so I'm like, okay.

Adjuster:     Okay.

Claimant:     So I've just been using heat and everything at home.

Adjuster:     Okay.  And then did he say, um, I guess based on the 15th, the visit, did he say, um, that, you know, it looks like it's progressing what he thinks or did he say anything?

Claimant:     He just, um, it looks like I got, um, what was his exact words...?  Um, not beat up, um...He says it's getting better but he used the word that it just like, I guess, um, it just takes time with these kinds of injuries, you know.

Adjuster:     Okay.  Okay. Okay.  And then he has you out until...

Claimant:     My next visit.

Adjuster:     November 1st then?

Claimant:     Yeah.

Adjuster:     Okay.

Claimant:     Cause I guess I went a week and a week, and now he says come back in 2 weeks.

Adjuster:     Okay.

Claimant:     I guess maybe then we can schedule some PT or something...

Adjuster:     Yeah. Okay.  Okay.  Now we need to go through, um, your body parts.  Let's see, left knee.  Have you ever had any injury to the knee before?

-38-

Claimant: No.

Adjuster: Okay. Left hip?

Claimant: No.

Adjuster: Left buttock?

Claimant: Nope. He keeps saying this is lower...Is this considered the lower back. Cause he says lower back or something.

Adjuster: Yeah. He could. It could be in the same general area.

Claimant: Yeah.

Adjuster: Yeah. He could. For you, he probably feels it's your upper buttocks.

Claimant: Yeah.

Adjuster: And then it's still in the region of the low back.

Claimant: Okay.

Adjuster: Yeah. But have you every had low back?

Claimant: No.

Adjuster: Injury before?

Claimant: No.

Adjuster: Okay. And in your groin area?

Claimant: No.

Adjuster: Okay.

Claimant: I mean... I pulled my groin muscles before.

Adjuster: Yeah.

-39-

Claimant:   Playing football.

Adjuster:   Cause this would be even if it's not even an injury
            or even from work.

Claimant:   Yeah.

Adjuster:   If you ever did it.

Claimant:   Yeah.

Adjuster:   Or had any ailments or anything.

Claimant:   Yeah.

Adjuster:   Okay.  So pulled groin?

Claimant:   Yeah.

Adjuster:   Which side?

Claimant:   I pulled the right groin before.

Adjuster:   Okay.

Claimant:   Never to the _____.

Adjuster:   Ha-ha.  When, how long ago was that?

Claimant:   That was back in high school.

Adjuster:   Okay.  Oh, you said that's from, what did you say?
            Football?

Claimant:   Football.

Adjuster:   Oh, okay.  Okay.  Did you need surgery back then?

Claimant:   No.

Adjuster:   Okay.  Did you recover from that?

Claimant:   Yeah.

-40-

Adjuster:    Okay.  Did you need medical treatment?

Claimant:    No.

Adjuster:    Okay.  Okay.  So you kind of sucked it up and got better?

Claimant:    Yeah.

Adjuster:    Okay.  Okay.  Um... Okay.  So again for the left knee, left hip, left buttock or low back, um, never had to see a doctor for any of these body parts?

Claimant:    No.

Adjuster:    Okay.  And your low back too?  Never had low back strain, nothing?

Claimant:    Mm-mm.  No, that's is why I was like, man this sucks.

Adjuster:    Ha-ha.

Claimant:    I mean it's like.

Adjuster:    You're catching up.

Claimant:    Like all the age catching up on me.  I don't know, I mean, it's like...Especially in, I get my other, my one son is only 20 pounds.  The other one is like 35. I'm like, the 20 pound one, I'm like, oh, gosh.  I mean he needs something holding him okay.

Adjuster:    Oh.  You do make a weakling to them, huh? Ha-ha.

Claimant:    Yeah.  Cause like when I hurt my shoulder it was right before my first son turned one.  Now my second son turns one this weekend.

Adjuster:    Oh.

Claimant:    So I'm like, like man, is this like every time I get a kid, right before they turn one I get hurt or something.

-41-

Adjuster:   Ha-ha.   No.   It's just coincidence.   Okay.  Now how about on your right thigh, ever injured your right thigh before?

Claimant:   No.

Adjuster:   Okay.   How about any, any part of your right leg?

Claimant:   Yes.   My, um, my fibia, fibula?

Adjuster:   Tibia?

Claimant:   Yes.   Tibia and the fibula.

Adjuster:   Fracture.

Claimant:   Yes.

Adjuster:   How long ago?

Claimant:   Uh... Back in 87.

Adjuster:   Okay.   And was it from what, just?

Claimant:   Playing around in the sand.   Spun around and my foot stayed still.

Adjuster:   Oh, okay.   So that was just recreational?

Claimant:   Yeah.

Adjuster:   Okay.

Claimant:   Not that, you know, it was fun, but I mean, yeah, it just...Ended up that way.

Adjuster:   Oh, so, like at the beach or something?

Claimant:   Yeah.

Adjuster:   Oh.

Claimant:   And I still say I scored.   Ha-ha.

-42-

Adjuster:    Ha-ha.   Oh, sounds like volleyball?

Claimant:    No, no, no.   We were playing football with me and my cousins.

Adjuster:    Oh, really?   Okay.   Now did you have an open fracture, where your skin opened up to this?

Claimant:    Yes.

Adjuster:    Oh.   You had to have surgery then?

Claimant:    Yup.

Adjuster:    Okay.   Remember who the surgeon is?

Claimant:    Masao Takai.

Adjuster:    Huh?

Claimant:    Masao Takai.

Adjuster:    Masao?

Claimant:    Yeah.   I always want to say, almost like miso soup but, uh, Dr. Takai.   Yeah.

Adjuster:    Okay.   He's orthopedic then, yeah?   To...

Claimant:    Yeah.

Adjuster:    Okay.   Okay.   And how, how did that recover?

Claimant:    Good.   Better then he thought.

Adjuster:    Okay.   And you're not seeking treatment for that any more?

Claimant:    Nu-uh.

Adjuster:    Okay.   Good.   Well, you were young, so that's a plus too. Um...Okay.   Um...Prior work injuries.

-43-

Claimant:    Um-hm.

Adjuster:    Your shoulder, yeah?

Claimant:    Shoulder.

Adjuster:    Which shoulder is this?

Claimant:    Left.

Adjuster:    And what was the kind of injury?  Was it a...?

Claimant:    Fracture and dislocation.

Adjuster:    Did you need surgery on that?

Claimant:    Um...They had to go in afterwards, yes.

Adjuster:    Okay.  And who was the doctor?

Claimant:    Dr. Kaneshiro.

Adjuster:    Oh, okay.  That's right.  And that was a claim that we handled, right?

Claimant:    Yes.

Adjuster:    Okay.  Are you still treated for that?

Claimant:    No.  It still makes a lot of noise.  It hurts, but I mean...Ha-ha.

Adjuster:    Ha-ha.  So does it still get dislocated sometimes?

Claimant:    Uh, no, but it...

Adjuster:    Sounds?

Claimant:    When I roll on it just, it just goes pop, it just moves a lot.

Adjuster:    You here that, that sound?

Claimant:    Yeah.   Then I have like 9 holes in my shoulder,

-44-

but...

Adjuster:    Um...Okay.   So   that   ones   the...Any   other   work injuries?

Claimant:    Yeah, carpal tunnel.

Adjuster:    Okay.   Both hands, yeah?

Claimant:    Yes.

Adjuster:    Okay.   And do you remember what year?

Claimant:    Uh...I had ulnar neuropathy, ulnar neuropathy?

Adjuster:    For your elbow?

Claimant:    Yeah.

Adjuster:    Left?   No, right.

             Right elbow neuropathy, they call it?

Claimant:    Yeah.   Like ulnar neuropathy.   Actually both hands and both elbows.

Adjuster:    Oh, they did it on this side too?

Claimant:    No, they only did, um, my right.   They didn't touch my left yet.

Adjuster:    Oh, but this is from the same, the carpal tunnel claim then?

Claimant:    Yes.

Adjuster:    Okay.   Oh, I see a scar?

Claimant:    And then my happy face.

Adjuster:    Yeah.   This one on the elbow is from the same injury?

Claimant:    Yes.

-45-

**Adjuster:** Oh, really.

**Claimant:** Actually this helped more than the carpal tunnel did.

**Adjuster:** Oh, yeah?  They did that later?

**Claimant:** They did this first.  But they said usually this gets better.  It didn't get better and then they did this and, oh, it was so much. I would have rather done this instead of this.

**Adjuster:** Oh.  Yeah.  They going to do the one up in the wrist first. Yeah.

**Claimant:** Cause they said usually it takes care of it, but my problem was it was, uh, the burning sensation came in here,  so...But  it  was  so,  evidently,  so  much difference.

**Adjuster:** Um.  Yeah.

**Claimant:** And now good I don't have a, I mean, my funny bone is different.  So I can actually..._____ anybody hurt.  Ha-ha.

**Adjuster:** Why would you do that?  Ha-ha.

**Claimant:** No.  My cousins want to play around, you know.

**Adjuster:** Okay.  What year was this, do you remember?

**Claimant:** Umm... I want to say '97.

**Adjuster:** I don't...

**Claimant:** Um... Around '97, '98.  Cause it was even when I was... I couldn't remember if was '97 or '98 I went out.

**Adjuster:** Okay.  I'll just put '97, '98.  And the left side, no surgery?

**Claimant:** No surgery.

-46-

Adjuster:    Okay.  And who was the doctor for this?

Claimant:    Uh... Dr. Hario.

Adjuster:    Oh.  How do you spell that?  Do you know?

Claimant:    Uh...H-A-R-I-O.  Hario.

Adjuster:    H-A-R-I-O.

Claimant:    Something like that.

Adjuster:    Where's is he?  Is he private practice?

Claimant:    Um... Medical, Honolulu Medical Group.

Adjuster:    Oh, okay.  Any other work injuries?

Claimant:    No.

Adjuster:    Okay.

Claimant:    Not that I can think of.

Adjuster:    Okay.  Oh and the employer for that, that was the Generators Hawaii?

Claimant:    Yes.

Adjuster:    Okay.  Are you still treating for the carpal tunnel?

Claimant:    Um... They're not actually treating nothing important but...

Adjuster:    Okay.  So medical treatment is none?

Claimant:    None.

Adjuster:    Okay, have you ever been involved, um, have sustained any injuries from a motor vehicle accident?

Claimant:    Yeah, I had a car accident.

Adjuster:    What year?

-47-

Claimant:   Uh... '89, '90.

Adjuster:   '89 or '90?

Claimant:   Yeah.

Adjuster:   Okay.  And did you have injuries though?

Claimant:   Yes.  Uh...

Adjuster:   Two?

Claimant:   My neck, I had a, I have a fusion.  C7 to C4

Adjuster:   Oh.  C7 to C4?

Claimant:   Yes.

Adjuster:   Okay.  So you had a herniation there?

Claimant:   Yeah.

Adjuster:   Okay.  What did, who was your surgeon?

Claimant:   Uh... Dr. Sakoda.

Adjuster:   Okay.  How is your neck now?

Claimant:   Oh, perfect.

Adjuster:   Yeah?

Claimant:   Actually, I have better rotate, I mean, I get healed
            better, I healed real good, actually, I make doctors
            look real well. I mean real good.

Adjuster:   You're a good patient then?  Ha-ha.

Claimant:   I guess.

Adjuster:   Okay.

Claimant:   I had full rotation, even when I got hired as a part

-48-

timer, at first, they're like, oh, no, you can't do it. You know. I said, well, tell me what I have to do and if I can't do it, then you say I can't do it. If not, just tell me what I need to know.

Adjuster: Yeah.

Claimant: So, anyway, I'm lucky.

Adjuster: So the fusion worked really good.

Claimant: Oh, yeah. And then I was a guinea pig. Because before they used to go through the back. They made a plate and they went through the front.

Adjuster: Yeah, cause...

Claimant: So I was one of the first.

Adjuster: Cause they do more front now, I think.

Claimant: Yeah. Uh...I was actually the first here.

Adjuster: Patient to do that.

Claimant: Yeah. I was supposed to go up to the mainland to do it, but they ended up doing down here. Then after me, Dr. Sakoda did this lady, and she fell in the bathroom and broke her fall with the tub and the, the toilet and the plate moved. The plate actually popped out. So she had to go to emergency again.

Adjuster: Oh.

Claimant: So it paid off. I mean, I have real good mobility and everything.

Adjuster: Yeah. Okay. Are you still treating for that now.?

Claimant: Mm-mm.

Adjuster: Okay. And who was the insurance company that was handling your case?

-49-

**Claimant:** I had AIG I think before. I've had... I think it was AIG.

**Adjuster:** Oh, okay. Any other motor vehicle accidents.?

**Claimant:** No.

**Adjuster:** Okay. How about any, um... Okay. Sports related incidents, this is besides the, the fractured tibia, fibula, even though that was recreational, that was football.

**Claimant:** Yeah.

**Adjuster:** And then you had the, the right groin pull in football.

**Claimant:** Nothing. Nothing major. Just stitches here and there.

**Adjuster:** Okay. Just like lacerations, cuts, and that?

**Claimant:** Yeah.

**Adjuster:** Okay.

**Claimant:** Numerous.

**Adjuster:** Any serious slip and falls. Like you might have fallen down a flight of stairs, broke a tail bone, lost consciousness, you know, struck your head...?

**Claimant:** Oh, I've blacked out and cracked the back of my head. Um... I want to say in '87. I had to go on a high salt diet.

**Adjuster:** Cause of that?

**Claimant:** Yeah. Because I had a low heart rate and low blood pressure.

**Adjuster:** Oh.

**Claimant:** I'm lucky

-50-

Adjuster:   Wow. That's unusual somebody goes on high salt diet.

Claimant:   I'm able to eat all the salt and all the sugar I want.

Adjuster:   You can eat all the plate lunches you wan. So when...?

Claimant:   All the stuff everybody throws away I eat. Ha-ha.

Adjuster:   Ha-ha. So what year was that?

Claimant:   I want to say late '80s. I really can't tell you.

Adjuster:   Okay, late 80s. Okay. Now how was, where did this fall happen.?

Claimant:   In my own house.

Adjuster:   Okay. And where was it? Down stairs or something?

Claimant:   No, it was in the bathroom. Cause I cracked the back of my head on the tub.

Adjuster:   Oh, okay. So fell in the tub?

Claimant:   Yeah. Oh, and I had a boogie boarding accident. Well, actually it was, they called it a boogie boarding accident, but see my friend was boogie boarding and I was fishing. Um... I split the, my forehead open on a reef.

Adjuster:   Oh, that's what you got...This crease is.?

Claimant:   Yeah.

Adjuster:   Okay.

Claimant:   Crease is there.

Adjuster:   That was a laceration, then?

Claimant:   Yeah. But they keep, they keep saying it's a boogie

-51-

boarding accident cause when they asked my friends, they said. Okay, we were boogie boarding and Bert hit a rock. So I was like, I was, I had buckets and I was fishing in the tidal pools. So they keep calling it boogie boarding accident, so....

**Adjuster:** You were fishing though?

**Claimant:** Yeah. But they keep, they kept calling it a boogie boarding accident, cause my friends had told them, um, the firemen that they were boogie boarding and stuff like that and...It was like...

**Adjuster:** Did they ask you?

**Claimant:** We were all together, you know what I mean?

**Adjuster:** So they just assumed you were boogie boarding?

**Claimant:** Yeah. So...

**Adjuster:** But what was it that hit your head?

**Claimant:** I actually slipped and then I went straight down and then something, I just glazed this rock. And it just ripped it and then when I fell in the water, I started tumbling I guess and that's when all the surf just starting tearing it off.

**Adjuster:** Oh, you probably looked pretty, not too good right then.

**Claimant:** Yeah. I thought I lost my eye.

**Adjuster:** Oh.

**Claimant:** Cause basically I...The eye just rolled up with the skin.

**Adjuster:** Oh, really?

**Claimant:** Pretty intense. I wish I had a picture.

**Adjuster:** You have been through a lot for...Ha-ha.

-52-

Claimant:   Ah.

Adjuster:   Okay.  So you just slipped, yeah?

Claimant:   I almost forgot about that one.  But even then that was just basically a laceration.

Adjuster:   Yeah.

Claimant:   But they had to do, I guess, plastic surgery and stuff so.

Adjuster:   Yeah.

Claimant:   Messed up my hair real bad.  Now I have a bad part. It's stuff, so...

Adjuster:   Yeah.  I can't even tell.

Claimant:   It's all in here.

Adjuster:   Okay.  Were you ever in the military?

Claimant:   No.

Adjuster:   Armed Services?  Um...What is your height?

Claimant:   5'10".

Adjuster:   And approximate weight?

Claimant:   210.

Adjuster:   And have you ever been diagnosed or are you being treated for high blood pressure?

Claimant:   No.

Adjuster:   And how about diabetes?

Claimant:   No.

Adjuster:   Okay.

-53-

**Claimant:** Already in the family.

**Adjuster:** That high salt diet might come back and haunt you. Ha-ha.

**Claimant:** Then I just stop taking the salt.

**Adjuster:** Yeah. Was that just for a short time, though, they give you that?

**Claimant:** No, actually, I, back then, I thought I ate a lot of salt. Now I just like I put it on everything. You know it's like...

**Adjuster:** Why do they do that? What did it have to do with the...?

**Claimant:** Cause I didn't want to take pills everyday to raise my blood pressure.

**Adjuster:** Oh, is that why they think you fainted.?

**Claimant:** Yeah.

**Adjuster:** I mean you fell?

**Claimant:** They think my heart rate would drop. When I stood out of bed it dropped and they just thought I was sleeping and I got up and as when I was in the hospital they had me on a monitor 24 hours so they was noticing a real mean drop when I stand up and stuff.

**Adjuster:** Oh.

**Claimant:** And I'd be in bed watching TV and my heart rate would be about like 48, 50 and you know it says... And I could actually make it go lower if I just really relax.

**Adjuster:** And that, and they think and, or do you know that's what happened when you fell?

-54-

**Claimant:** That's what happened when I fell.

**Adjuster:** Oh, okay.

**Claimant:** They see everything went blank and prior to that I use to always black out, so that's... Ever since I have been on a high salt diet nothing.

**Adjuster:** Okay.  Um...Okay.  What, well, as far as the accident, what happened?  How it happened, basically, I think lighting was an issue, but what you just basically said, you know, I know the hole was there...It kind of...a certain accident.

**Claimant:** Yes, it's an accident, I mean.

**Adjuster:** There's nothing to do with negligence here or...?

**Claimant:** No, just the light...I mean even with the lighting you have to step over so much stuff it's hard. There's no way to point fingers, I mean, everyone was saying it was my fault, cause I stepped in a hole or I was, like, you know, to me it's even when I hurt my shoulder it's just an accident.

**Adjuster:** Yeah. It just happened, yeah?

**Claimant:** Yeah.

**Adjuster:** Yeah. Oh, by the way, um, so what kind of shoes were you wearing?  Was it like work boots?

**Claimant:** Yeah, my work shoes.

**Adjuster:** Oh, okay.

**Claimant:** Still those.  And then they're the ones that are electro-rated so we don't get shocked.

**Adjuster:** Electro-rated?

**Claimant:** Yeah.  I mean these...You're supposed to be able stand on a live wire and not get shocked.

-55-

**Adjuster:** Oh, really.

**Claimant:** Cause there's a lot of static electricity on those boats. So to me, I...I tend to attract electricity so.

**Adjuster:** Okay. Okay. We do give you the opportunity to, to you know, add anything you want to add. You don't have to but...

**Claimant:** No, no.

**Adjuster:** Anything? Okay.

**Claimant:** Nope. Nothing.

**Adjuster:** Okay.

**Claimant:** I don't think, there's, to me, it's nobodies fault. I mean.

**Adjuster:** Um-hm.

**Claimant:** Lighting could've been better, but, you know, it's not a perfect world so...

**Adjuster:** Yeah. Okay. And I know it was nighttime, too, so it made it...impacted...

**Claimant:** Early, early evening. It was just that the way the containers are stacked you couldn't see. I mean if you got to the end you can see, but inside you can't see nothing so...

**Adjuster:** Okay. Well, we have no further questions, so, once again, were you aware that this conversation was being recorded?

**Claimant:** Yes.

**Adjuster:** And was it done with your consent?

**Claimant:** Yes.

-56-

**Adjuster:**  And was the information provided accurate to the best of your knowledge?

**Claimant:**  Yes.

**Adjuster:**  Okay.  This concludes the interview.