ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006

at 4 o'clock and 15 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>        Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION<br>COMPANY, INC.; and<br>PACIFIC LIVESTOCK, INC.,<br><br>        Defendants. | Civil No.: CV 04-00049 JMS-BMK<br><br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE RE PLAINTIFF'S MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BERT MEYER; DECLARATION OF CAPT. ROBERT E. RILEY; PLAINTIFF'S RESPONSE TO DEFENDANT MATSON NAVIGATION COMPANY, INC.'S SEPARATE & CONCISE STATEMEMT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT |

CERTIFICATE OF SERVICE
RE PLAINTIFF'S MEMORANDUM OF POINTS &
AUTHORITIES IN OPPOSITION TO MOTION FOR
SUMMARY JUDGMENT; DECLARATION OF
BERT MEYER; DECLARATION OF CAPT. ROBERT E. RILEY;
PLAINTIFF'S RESPONSE TO DEFENDANT MATSON NAVIGATION
COMPANY, INC.'S SEPARATE & CONCISE STATEMENT OF
FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

I hereby certify that on this date copies of PLAINTIFF'S MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BERT MEYER; DECELRATION OF CAPT. ROBERT E. RILEY; PLAINTIFF'S RESPONSE TO DEFENDANT MATSON NAVIGATION COMPANY, INC.'S SEPARATE & CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT were duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|

John R. Lacy, Esq.                    X (via DHL overnight)
Randolf L.M. Baldemor, Esq.
GOODSILL ANDERSON
QUINN & STIFEL
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813

Attorneys for Defendant
MATSON NAVIGATION
COMPANY, INC.

Thomas Irons, Esq.  
HUGHES & TAOSAKA  
1001 Bishop St., Suite 900  
Pauahi Tower  
Honolulu, HI 96813  

Attorneys for Defendant  
PACIFIC LIVESTOCK, INC.

X (via DHL overnight)

Dated: January 16, 2006

_/s/ Patti Bannon_  
Patti Bannon