GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                              1397-0
    jlacy@goodsill.com
RANDOLF L. M. BALDEMOR     7421-0
    rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>              Plaintiff,<br><br>    vs.<br><br>MATSON NAVIGATION COMPANY, INC.,<br><br>              Defendant. | CIVIL NO. 04-00049 HG/BMK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that an original of DEFENDANT MATSON

NAVIGATION COMPANY, INC.'S SUPPLEMENTAL RESPONSE TO

1179003.1

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO, SET NO. THREE was duly served upon the following party, by depositing said document into the United States Mail, postage prepaid, addressed as follows:

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| PRESTON EASLEY, ESQ.<br>2500 Via Cabrillo Marina, Suite 106<br>San Pedro, California 90731-7724<br><br>  Attorney for Plaintiff<br>  BERT T. MEYER |  | ☒ |
| ROY F. HUGHES, ESQ.<br>THOMAS E. IRONS, ESQ.<br>Pauahi Tower, Suite 900<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>  Attorneys for Defendant<br>  PACIFIC LIVESTOCK, INC. |  | ☒ |

DATED: Honolulu, Hawaii, January 19, 2006.

/s/ Randolf L.M. Baldemor
JOHN R. LACY
RANDOLF L. M. BALDEMOR

Attorneys for Defendant
MATSON NAVIGATION CO., INC.