ORIGINAL

HUGHES & TAOSAKA
Attorneys At Law, A Law Corporation

ROY F. HUGHES          1774-0
THOMAS E. IRONS        7876-0
Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, Hawaii       96813
Telephone No.          526-9744

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2006

____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>      Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC.,<br><br>      Defendants. | Civil No.: CV04 00049 HG-BMK<br>(In Admiralty)<br><br>DEFENDANT PACIFIC LIVESTOCK, INC.'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; AFFIDAVIT OF THOMAS E. IRONS; EXHIBITS "A"-"H"; CERTIFICATE OF SERVICE |

DEFENDANT PACIFIC LIVESTOCK, INC.'S
MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Comes Now Defendant PACIFIC LIVESTOCK, INC. (hereinafter "PLI"), by and through its attorneys HUGHES & TAOSAKA, and hereby moves this Honorable Court

for an order granting leave to file a Third-Party Complaint in the form attached hereto as Exhibit "H".

This motion is brought pursuant to Rules 7(b) and 14(a) of the Federal Rules of Civil Procedure, and Rules 7.1, 7.2 and 7.6 of Local Rules of Practice for the United States District Court for the District of Hawaii, and the and is based upon the attached memorandum in support of motion, exhibits, and the record and files herein.

DATED: Honolulu, Hawaii, _____JAN 3 0 2006_____.

_____
ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.