## GOODSILL ANDERSON QUINN & STIFEL
### A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR

ALII PLACE, SUITE 1800 • 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 • FAX (808) 547-5880
info@goodsill.com • www.goodsill.com

DIRECT DIAL:
(808) 547-5728

INTERNET:
rbaldemor@goodsill.com

# TRANSMITTAL LETTER

Date:   September 8, 2005

To:   Richard K. Griffith, Esq.
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, HI 96813

From:   Randolf L. M. Baldemor        Direct Dial:   (808) 547-5728

Re:   Meyer vs. Matson Navigation Company
Civil No. 1:04cv 00049 JMS/BMK

| Copies | Date | Description |
|---|---|---|
| 1 | 10/1/02 | Vessel Safety Inspection Report Matson Terminals, Inc. |

TRANSMITTED FOR:

- ☐ Your Information and/or Files
- ☐ Your Signature and Return (Use Black Ink)
- ☐ Your Signature (Use Black Ink) and Forwarding As Noted Below
- ☐ Per Our Conversation
- ☐ Your Further Necessary Action

- ☐ Your Approval
- ☐ Your Review and Comment
- ☒ Per Your Request
- ☐ SEE REMARKS BELOW

REMARKS:

EXHIBIT G

1045809.1

# VESSEL SAFETY INSPECTION REPORT   u KB 10/2
## MATSON TERMINALS, INC.

Vessel: Lihue V138

Port & Berth: P53 Honolulu

Date & Shift: 10/1/02 Night

Time Inspection Completed: 1900

Inspectors Present (whomever applies):

Stevedore Superintendent: Cy S Ko

Vessel Representative: _____ P.R.O.

Walking Bosses/Foreman: _____

"Pre-Start" Inspection ✓
"Pre-Shift" Inspection _____
Check One

The check list below is only a reminder. Matson Terminals, Inc. inspectors shall examine for, report and correct ALL safety problems. If a hazard is noted, please explain fully under "COMMENTS" and, if necessary, on an attachment to this form. A VESSEL REPRESENTATIVE SHALL ACCOMPANY THE INSPECTORS ON "PRE-START" INSPECTIONS MADE BEFORE THE COMMENCEMENT OF STEVEDORING OPERATIONS. VESSEL REPRESENTATIVES NEED NOT BE IN ATTENDANCE DURING SUBSEQUENT "PRE-SHIFT" INSPECTIONS.

| # | Question | YES | NO |
|---|---|---|---|
| (1) | Did you examine all areas of expected operations aboard the vessel which could be inspected? (If NO, explain under COMMENTS) | ✓ | |
| (2) | Were work areas free and clear of dangerous tripping and slipping hazards? (If NO, explain under COMMENTS) | ✓ | |
| (3) | Were all walkways, stagings and deck areas sound and in good repair? (If NO, explain under COMMENTS) | ✓ | |
| (4) | Was all equipment to be used during operations, including vessel equipment, operable and in good repair? (If NO, explain under COMMENTS) | ✓ | |
| (5) | Were there any dangers posed by the cargo or its stowage: (If YES, explain under COMMENTS) | | ✓ |
| (6) | Were all necessary safety devices in position, operable and in good working order? (If NO, explain under COMMENTS) | ✓ | |
| (7) | Did the vessel representative point out any safety hazards? (If YES, explain under COMMENTS) | | ✓ |
| (8) | Were any other hazards found? (If YES, explain under COMMENTS) | | ✓ |
| (9) | If you encountered any safety problems did you advise and instruct all other Supervisors, Superintendents, Walking Bosses and Foremen? (If NO, explain under COMMENTS) | ✓ | |
| (10) | Was first aid and emergency equipment adequate and in the immediate vicinity of the vessel? (If NO, explain under COMMENTS) | ✓ | |
| (11) | Were any safety complaints presented by employees before commencement of the shift? (If YES, explain under COMMENTS) | | ✓ |

** TURN PAGE OVER **

SPECIFY BELOW AND IF NECESSARY ON AN ATTACHMENT TO THIS FORM ANY PROBLEMS NOTED ABOVE.

COMMENTS: _____

_____

_____

_____

_____

_____

_____

Pre-Shift safety talk given by: _Craig Kato_

Name of Person preparing Report (typed or printed): _Craig Kato_

Signature of Person Preparing Report: _Cg S. K__

Date & Time of Preparation of Report: _10/1/02  1800_

Distribution:

Original (depending on port location):

- Manager, Terminal Operations (Safety) - TI & Oak.
- Superintendent (Safety) - Seattle, or,
- Manager Stevedoring Operations - Honolulu

Copy    - Local Vessel File, Matson Terminals, Inc.
        - Vessel Owner (Agent - Customer Vessels/Marine Operations Dept., SF - Matson vessels)

NOTE: Only send copies of this report to Director Safety, Matson Terminals, Inc. when safety issues are noted. "Clean" reports should not be forwarded to his attention.

(Revised 8/91)