IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>           Plaintiff,<br><br>    vs.<br><br>MATSON NAVIGATION COMPANY,<br>INC.; and PACIFIC<br>LIVESTOCK, INC.,<br><br>           Defendants. | ) Civil No.: CV04 00049 HG-BMK<br>) (In Admiralty)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was duly served on the parties listed below at their respective address by means of U.S. mail, postage prepaid.

    PRESTON EASLEY, ESQ.
    2500 Via Cabrilo Marina, Suite 106
    San Pedro, California  90731-7724

    Attorney for Plaintiff
    BERT MEYER

    JOHN R. LACY, ESQ.
    RANDOLF L.M. BALDEMOR, ESQ.
    Alii Place, Suite 1800
    1099 Alakea Street
    Honolulu, Hawaii  96813

    Attorneys for Defendant
    MATSON NAVIGATION COMPANY, INC.

DATED: Honolulu, Hawaii, _____JAN 3 0 2006_____.

_____
ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

Bert Meyer vs. Matson Navigation Company, Inc., et al.; Civil No. CV 04 00049 HG-BMK