HUGHES & TAOSAKA
Attorneys At Law, A Law Corporation

ROY F. HUGHES          1774-0
THOMAS E. IRONS        7876-0
Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, Hawaii       96813
Telephone No.          526-9744

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 3 2006

at 2 o'clock and 03 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>        Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC.,<br><br>        Defendants. | Civil No.: CV 04 00049 HG-BMK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br><br>[Re: 1) Defendant Pacific Livestock, Inc.'s First Request For Answers To Interrogatories To Matson Navigation Company, Inc.; and 2) Defendant Pacific Livestock, Inc.'s First Request For Production Of Documents To Matson Navigation Company, Inc.] |

CERTIFICATE OF SERVICE

    I hereby certify that copies of the documents listed below were duly served upon the following parties, in the manner described thereto, at their last-known address, on the date indicated below.

DOCUMENT(S) SERVED:

1) Defendant Pacific Livestock, Inc.'s First Request For Answers To Interrogatories To Matson Navigation Company, Inc.; and

2) Defendant Pacific Livestock, Inc.'s First Request For Production Of Documents To Matson Navigation Company, Inc.

PARTIES SERVED:

|  | By U.S. Mail | By Hand Delivery |
|---|---|---|
| PRESTON EASLEY, ESQ.<br>2500 Via Cabrilo Marina, Suite 106<br>San Pedro, California 90731-7724<br><br>Attorney for Plaintiff<br>BERT MEYER | X |  |
| JOHN R. LACY, ESQ.<br>RANDOLF L.M. BALDENMOR, ESQ.<br>Alii Place, Suite 1800<br>1099 Alakea Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION COMPANY, INC. |  | X |

DATED: Honolulu, Hawaii, FEB 0 3 2006.

ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

2