```
9265861                                                    2002-09-30
```

**Matson NAVIGATION COMPANY, INC**

AUDIT FILE COPY — STRAIGHT-NON-NEGOTIABLE — PAGE 1 OF 1

| BILL OF LADING DATE | VESSEL | VOY | SHIPMENT NUMBER |
|---|---|---|---|
| 09-30-2002 | LIHUE | 138 | 9265861 |

| CONTAINER/SEAL NO. | RECEIVING PORT | DELIVERY PORT |
|---|---|---|
| BL170-0/NA | OAKLAND | HONOLULU |

| LOAD/DISCHARGE SERVICE | BL ORIGIN/DESTINATION |
|---|---|
| CY / CY | |

| SHIPPER'S REFERENCE | P.O. NUMBER |
|---|---|

Mail To:
PACIFIC LIVESTOCK INC
502 MACE BOULEVARD, STE 2D
DAVIS, CA 95616

SHPR: PACIFIC LIVESTOCK INC — 502 MACE BOULEVARD, STE 2D — DAVIS, CA
CNEE: WONG'S MEAT MARKET LTD — 226 NORTH NIMITZ HIGHWAY — HONOLULU, HI
BILL: PACIFIC LIVESTOCK INC — 502 MACE BOULEVARD, STE 2D — DAVIS, CA

| No. Pkgs | Kind of Pkgs | Commodity Description | # | Quantity | Rate | Charges |
|---|---|---|---|---|---|---|
| 115 | | SHIPPER'S LOAD AND COUNT SAID TO CONTAIN HOGS HOGS/BL170 | EA | 1 | 2,266.00 | 2,266.00 |
| | | HAWAII WHARFAGE | EA | 1 | 77.20 | 77.20 |
| | | MAINLAND WHARFAGE | UNIT | 115 | 1.60 | 185.60 |
| | | FUEL RELATED SURCHARGE | PCT | 2,266 | 4.75 | 108.00 |

CONTAINER SIZE 040H
SHIPMENT WILL BE RELEASED UPON PAYMENT OF FREIGHT CHARGES

| Total Pkgs | Total Cube | Total Weight | Tariff | Item | Total Freight |
|---|---|---|---|---|---|
| 115 | | 33,474 | 14F | 1232 | 2,636.80 |

*HOLD FOR PAYMENT*

SHIPMENT: 9265861
PAYOR: PACIFIC LIVESTOCK INC

REMIT TO: MATSON NAVIGATION COMPANY, INC.
P.O. BOX 7395
SAN FRANCISCO, CA 94120-7395

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE
**PAYABLE UPON PRESENTATION**

PLEASE PAY THIS AMOUNT: 2,636.80
PREPAID

Questions concerning this shipment, please call your Customer Service Representative at 1-800-4-MATSON. Free time and charges for storage and equipment detention will be applied/charged in accordance with applicable Matson local terminal tariffs.

EXHIBIT "A"