| 9755961 | | 2002-09-30 |
|---|---|---|

**Matson NAVIGATION COMPANY, INC.**

STRAIGHT-NON-NEGOTIABLE    AUDIT FILE COPY    PAGE 1 OF 1

| BILL OF LADING DATE | VESSEL | VOY | SHIPMENT NUMBER |
|---|---|---|---|
| 09-30-2002 | LIHUE | 128 | 9755961 |
| RECEIVING PORT | | DELIVERY PORT | |
| OAKLAND | | HONOLULU | |
| LOAD/DISCHARGE SERVICE | | BL ORIGIN/DESTINATION | |
| CV / CV | | | |
| SHIPPER'S REFERENCE | | P.O. NUMBER | |

Mail To:

PACIFIC LIVESTOCK INC
502 MACE BOULEVARD, STE 2B
DAVIS, CA 95616

SHPR: PACIFIC LIVESTOCK INC    502 MACE BOULEVARD, STE 2B    DAVIS, CA
CNEE: HAWAII FOOD PRODUCTS INC    94-403 UKEE STREET    WAIPAHU, HI
BILL: PACIFIC LIVESTOCK INC    502 MACE BOULEVARD, STE 2B    DAVIS, CA

| No Pkgs | Kind of Pkgs | Commodity Description | # | Quantity | Rate | Charges |
|---|---|---|---|---|---|---|
| 232 | | SHIPPER'S LOAD AND COUNT SAID TO CONTAIN HOGS HOGS/PLI71 PLI72 / GEORGE/WI | EA | 2 | 2,266.00 | 4,532.00 |
| | | HAWAII WHARFAGE MAINLAND WHARFAGE LIVESTOCK TENDER FUEL RELATED SURCHARGE | EA UNIT UNIT PCT | 2 232 1 4,532 | 77.20 1.60 303.00 4.75 | 154.40 371.20 303.00 215.00 |

CONTAINER/SEAL PLI71-3/NA/D40H, PLI72-6/NA/D40H
SHIPMENT WILL BE RELEASED UPON PAYMENT OF FREIGHT CHARGES
ITEM(S) 1232

| Total Pkgs | Total Cube | Total Weight | | Tariff | | Total Freight |
|---|---|---|---|---|---|---|
| 232 | | 73,050 | | 14F | | 5,655.60 |

*HOLD FOR PAYMENT*

SHIPMENT: 9755961
FAVOR: PACIFIC LIVESTOCK INC

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE

**PAYABLE UPON PRESENTATION**

| PLEASE PAY THIS AMOUNT | 5,655.60 |
|---|---|

REMIT TO: MATSON NAVIGATION COMPANY, INC
P.O. BOX 7395
SAN FRANCISCO, CA 94120-7395

PREPAID

Questions concerning this shipment, please call your Customer Service Representative at 1-80-4-MATSON. Free time and charges for storage and additional detention will be determined in accordance with applicable Matson local terminal tariffs.

EXHIBIT "B"