# Matson
## NAVIGATION COMPANY, INC.

FBC|RRMTZ FP10     STRAIGHT-NON-NEGOTIABLE    FREIGHT BILL COPY           PAGE 1 OF 1

**Mail To:**

PACIFIC LIVESTOCK INC
PO BOX 74066
DAVIS, CA  95616

| BILL OF LADING DATE | VESSEL | VOY | SHIPMENT NUMBER |
|---|---|---|---|
| 09-30-2002 | LIHUE | 138 | 9265861 |

| CONTAINER/SEAL NO. | ORIGIN PORT | DESTINATION PORT |
|---|---|---|
| PLI70-0/NA | OAKLAND | HONOLULU |

| LOAD/DISCHARGE SERVICE | BL ORIGIN/DESTINATION |
|---|---|
| CY  /  CY | |

| SHIPPER'S REFERENCE | P.O. NUMBER |
|---|---|
| | |

```
SHPR: PACIFIC LIVESTOCK INC      36080 RUSSELL BOULEVARD     DAVIS, CA
CNEE: WONG'S MEAT MARKET LTD     1200 SAND ISLAND PARKWAY    HONOLULU, HI
BILL: PACIFIC LIVESTOCK INC      36080 RUSSELL BOULEVARD     DAVIS, CA
```

| No. Pkgs | Kind of Pkgs. | Commodity Description | * | Quantity | Rate | Charges |
|---|---|---|---|---|---|---|
| 116 | | SHIPPER'S LOAD AND COUNT SAID TO CONTAIN HOGS  HOGS/PLI70 | EA | 1 | 2,266.00 | 2,266.00 |
| | | HAWAII WHARFAGE | EA | 1 | 77.20 | 77.20 |
| | | MAINLAND WHARFAGE | UNIT | 116 | 1.60 | 185.60 |
| | | FUEL RELATED SURCHARGE | PCT | 2,266 | 4.75 | 108.00 |
| CONTAINER | SIZE D40H | | | | | |

| Total Pkgs | Total Cube | Total Weight | Tariff | Item | Total Freight |
|---|---|---|---|---|---|
| 116 | | 33,474 | 14F | 1232 | 2,636.80 |

02-06-2006                                                           *CREDIT VALIDATED*

**ADJUSTMENTS TO SHIPMENT NUMBER**     9265861          PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE

**PAYABLE UPON PRESENTATION**

TOTAL CHARGES AS ORIGINALLY BILLED WERE     2,636.80
TOTAL CHARGES ADJUSTMENT                    -----------
TOTAL CHARGES AS ADJUSTED ARE               2,636.80

| PLEASE PAY THIS AMOUNT | $0.00 |
|---|---|

OUR RECORDS INDICATE THAT AS OF 02/06/06:
   THE AMOUNT PAID HAS BEEN              2,636.80     **REMIT TO:**
                                         -----------
THE BALANCE DUE ON THIS FREIGHT BILL IS      0.00

IF THE BALANCE IS NEGATIVE, A REFUND
    WILL BE ISSUED TO YOU.

Questions concerning this shipment, please call your
Customer Service Representative at 1-800-4-MATSON. Free time
and charges for storage and equipment detention will be determined
in accordance with applicable Matson local terminal tariffs.

EXHIBIT "C"