# Matson® NAVIGATION COMPANY, INC.

FBC2RRMT2 FP10        STRAIGHT-NON-NEGOTIABLE    FREIGHT BILL COPY                PAGE  1 OF  1

**Mail To:**

| BILL OF LADING DATE | VESSEL | VOY | SHIPMENT NUMBER |
|---|---|---|---|
| 09-30-2002 | LIHUE | 138 | 9755961 |

| ORIGIN PORT | DESTINATION PORT |
|---|---|
| OAKLAND | HONOLULU |

| LOAD/DISCHARGE SERVICE | BL ORIGIN/DESTINATION |
|---|---|
| CY   /   CY | |

| SHIPPER'S REFERENCE | P.O. NUMBER |
|---|---|
| | |

PACIFIC LIVESTOCK INC
PO BOX 74066
DAVIS, CA  95616

```
SHPR: PACIFIC LIVESTOCK INC      36080 RUSSELL BOULEVARD    DAVIS, CA
CNEE: HAWAII FOOD PRODUCTS INC   94-403 UKEE STREET         WAIPAHU, HI
BILL: PACIFIC LIVESTOCK INC      36080 RUSSELL BOULEVARD    DAVIS, CA
```

| No. Pkgs | Kind of Pkgs. | Commodity Description | * | Quantity | Rate | Charges |
|---|---|---|---|---|---|---|
| 232 | | SHIPPER'S LOAD AND COUNT SAID TO CONTAIN HOGS<br>HOGS/PLI71 PLI72 / GEORGE/#1 | EA | 2 | 2,266.00 | 4,532.00 |
| | | HAWAII WHARFAGE | EA | 2 | 77.20 | 154.40 |
| | | MAINLAND WHARFAGE | UNIT | 232 | 1.60 | 371.20 |
| | | LIVESTOCK TENDER | UNIT | 1 | 383.00 | 383.00 |
| | | FUEL RELATED SURCHARGE | PCT | 4,532 | 4.75 | 215.00 |

CONTAINER/SEAL  PLI71-3/NA/D40H, PLI72-6/NA/D40H.
ITEM(S) 1232.

| Total Pkgs | Total Cube | Total Weight | Tariff | Item | Total Freight |
|---|---|---|---|---|---|
| 232 | | 73,059 | 14F | | 5,655.60 |

02-06-2006                                                          *CREDIT VALIDATED*

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE

**ADJUSTMENTS TO SHIPMENT NUMBER    9755961**           **PAYABLE UPON PRESENTATION**

```
TOTAL CHARGES AS ORIGINALLY BILLED WERE    5,655.60
TOTAL CHARGES ADJUSTMENT                   -----------
TOTAL CHARGES AS ADJUSTED ARE              5,655.60
OUR RECORDS INDICATE THAT AS OF 02/06/06:
    THE AMOUNT PAID HAS BEEN               5,655.60
                                           -----------
THE BALANCE DUE ON THIS FREIGHT BILL IS        0.00
IF THE BALANCE IS NEGATIVE, A REFUND
    WILL BE ISSUED TO YOU.
```

| PLEASE PAY THIS AMOUNT | $0.00 |
|---|---|

REMIT TO:

EXHIBIT "D"

Questions concerning this shipment, please call your Customer Service Representative at 1-800-4-MATSON. Free time and charges for storage and equipment detention will be determined in accordance with applicable Matson local terminal tariffs.