# MASTER FILE
## CANCELLED

| MATSON NAVIGATION COMPANY, INC | ORIGINAL/REVISED | PAGE |
|---|---|---|
| FREIGHT TARIFF NO. 14-F, STB MATS NO. 34 | 6th Revised | 118-A |
| | CANCELS | PAGE |
| | 5th Revised | 118-A |
| FROM: PACIFIC COAST PORTS    TO: HAWAII PORTS | ISSUE DATE / EFFECTIVE DATE | |
| | August 1, 2002 / August 3, 2002 | |
| | CORRECTION NO. | 4064 |

| SECTION 3 – COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | 24F | 24D | 40D | 40F | 40HD 40T | ITEM |
|---|---|---|---|---|---|---|
| HOGS | | | 2266 [1] | | 2266 [1] | 1232 |
| | | | 3092 [2][1] | | 3092 [2][1] | |

[1] Rate applies only from Los Angeles CY or Oakland CY to Honolulu CY in a container furnished by shipper.
[2] Rate applies only from Oakland CY to Kahului CY in a container furnished by shipper. Note 6 applies.   [C]

NOTE 1: Rate in this item applies only in a container furnished by the shipper, specifically designed for the carriage of livestock, and with an installed water system of sufficient capacity to supply water for the livestock for 36 hours. Shipper must initially demonstrate to the satisfaction of an authorized MNC engineer that shipper's container equipment meets seagoing container industry strength standards. Subsequently shipper must ensure that each container is in good structural and operational condition prior to each voyage.

NOTE 2: Rule 11 does not apply. In lieu thereof, the rate named in this item for animal is based on a released valuation as follows:
   Livestock, NOS ................................................ 50

NOTE 3: Before accepting for shipment, carrier shall receive appropriate certificates from the shipper demonstrating that animals have passed the test and inspections required by rules or regulations of the U.S. and Hawaii Departments of Agriculture.

(Continued on Page 118-B)

For explanation of abbreviations and reference marks, see page 26.

EXHIBIT "E"



MASTER FILE CANCELLED

| MATSON NAVIGATION COMPANY, INC<br>FREIGHT TARIFF NO. 14-F, STB MATS NO. 34 | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 8th Revised | 118-B |
| | CANCELS | PAGE |
| | 7th Revised | 118-B |
| FROM: PACIFIC COAST PORTS    TO: HAWAII PORTS | ISSUE DATE | EFFECTIVE DATE |
| | August 1, 2002 | August 3, 2002 |
| | CORRECTION NO. | 4065 |

**SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER**

(Except as otherwise provided)

ITEM 1232 (cont'd.)

**HOGS – continued**

NOTE 4: The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5: Freight charges on livestock must be prepaid or guaranteed.

NOTE 6: Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant.

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $23.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper. The attendant will be furnished meals and quarters during the voyage at a separate charge of $383. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7: MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsibility of shipper.

NOTE 8: As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.

[C]  (a) The shipping document must describe by number the container which will be stopped in transit at Honolulu. The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.

(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.

For explanation of abbreviations and reference marks, see page 26.