IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC.,<br><br>　　　　Defendants. | CIVIL NO. 1:04cv-00049 JMS-BMK<br>(In Admiralty)<br><br>DECLARATION OF JOHN ROBINETTE; EXHIBIT "F" |

## **DECLARATION OF JOHN ROBINETTE**

I, JOHN ROBINETTE, declare:

1. I am employed by Matson Navigation Company, Inc. ("Matson Navigation") as Manager Claims Hawaii, and I have personal knowledge of the matters stated in this declaration. I am fully competent to testify with respect to these matters.

2. Attached hereto as Exhibit "F" is a true and correct copy of pertinent pages of Matson Navigation Company Policy Number E-01-040.

I declare the foregoing under penalty of perjury under the laws of the United States.

DATED: Honolulu, Hawaii, February 14, 2006.

　　　　　　　　　　　　　　　　　　/s/ John Robinette
　　　　　　　　　　　　　　　　　　JOHN ROBINETTE