IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>          Plaintiff,<br><br>  vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC.,<br><br>          Defendants. | CIVIL NO. 1:04cv-00049 JMS-BMK<br>(In Admiralty)<br><br>DECLARATION OF RANDOLF L.M. BALDEMOR; EXHIBITS "1"-"8" |

### **DECLARATION OF RANDOLF L.M. BALDEMOR**

I, RANDOLF L.M. BALDEMOR, declare:

1. I am one of the attorneys representing Defendant Matson Navigation Company, Inc. ("Defendant Matson"), and have personal knowledge of the information contained herein.

2. I am an attorney with the law firm of Goodsill Anderson Quinn & Stifel, LLP, and am licensed to practice law before the courts of the State of Hawaii.

3. Attached hereto as Exhibit "1" is a true and correct copy of the Second Amended Complaint for Damages, filed on May 25, 2005.

1233069.1

4.  Attached hereto as Exhibit "2" is a true and correct copy of Defendant Matson's Answer to Second Amended Complaint for Damages, filed on May 25, 2005, filed herein on June 20, 2005.

5.  Attached hereto as Exhibit "3" is a true and correct copy of Defendant Matson's Response to Plaintiff's Interrogatories Set No. One.

6.  Attached hereto as Exhibit "4" is a true and correct copy of the pertinent pages of the Deposition of Eric Johnson, taken on August 24, 2005.

7.  Attached hereto as Exhibit "5" is a true and correct copy of Plaintiff's Response to Defendant Matson's First Request for Answers to Interrogatories and Production of Documents.

5.  Attached hereto as Exhibit "6" is a true and correct copy of Plaintiff's First Amended Response to Interrogatory No. 11.

6.  Attached hereto as Exhibit "7" is a true and correct copy of the pertinent pages of the Deposition of Bert Meyer, taken on August 31, 2004.

7.  Attached hereto as Exhibit "8" is a true and correct copy of the pertinent pages of the Deposition of Robert Riley, taken on August 25, 2005.

I declare the foregoing under penalty of perjury under the laws of the United States.

DATED: Honolulu, Hawaii, February 14, 2006.

/s/ Randolf L.M. Baldemor
RANDOLF L. M. BALDEMOR