```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3

 4   BERT MEYER,                  ) CIVIL NO. 04-00049 HG/BMK
                                  ) (In Admiralty)
 5              Plaintiff,        )
                                  )
 6        vs.                     )
                                  )
 7   MATSON NAVIGATION COMPANY,   )
     INC.,                        )
 8                                )
                Defendant.        )
 9   _____)

10

11              DEPOSITION OF BERT MEYER

12   Taken on behalf of the Defendant MATSON NAVIGATION

13   COMPANY, INC., at the law offices of Goodsill,

14   Anderson, Quinn & Stifel, 1099 Alakea Street, 1800

15   Ali'i Place, Honolulu, Hawaii 96813, commencing at

16   9:50 a.m., on Tuesday, August 31, 2004, pursuant to

17   Notice.

18

19        BEFORE:  MYRLA R. SEGAWA, CSR No. 397

20              Notary Public, State of Hawaii

21

22

23
                          EXHIBIT "7"
24

25
```

EXHIBIT "7"

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090

```
                                                          102
 1      Q    Did your right foot, any portion ever go
 2  into that gap between the grating and the hatch
 3  cover?
 4      A    No.
 5      Q    So as you're standing there, you get the
 6  cone released and you're pushing up to release the
 7  pole from the wire and the cone?
 8      A    Yes.
 9      Q    And is that when the accident happened?
10      A    Yes.
11      Q    Describe for me as best you recall what
12  happened at that point?
13      A    I remember getting the pole out and next
14  thing I slid in the hole.
15      Q    Did you actually feel your foot slide?
16      A    Yes, I think I did.  I just felt my body go
17  one way.
18      Q    Okay. And I appreciate what you've said
19  about your body going one way.  I'm focusing on the
20  foot.  Did you actually feel your foot slip or slide
21  on the padeye?
22      A    I believe I did.
23      Q    And can you describe for me what position
24  your foot was in when you felt it start to slide?
25      A    I believe my toes were facing the
```

103

1   container.
2   Q   So your foot started sliding sideways?
3   A   Yes.
4   Q   Did you ever feel your left foot slide off
5   of the padeye?
6   A   Not to my recollection. I just felt a
7   hole. I went down.
8   Q   So did you ever feel your left foot come in
9   contact with any part of the hatch cover before it
10  went into the hole?
11  A   Not that I can recall.
12  Q   Did you feel your left foot come in contact
13  with the grate that's adjacent to the hole?
14  A   I don't think so.
15  Q   Did you ever feel your right foot slip or
16  slide?
17  A   No.
18  Q   Did you twist your ankle on the left foot?
19  A   I don't know. I don't think I did.
20  Q   When you slid into the hole, were you still
21  standing upright or had you changed your body
22  position so that you were in a bent over position?
23  A   I believe I was still upright until I hit
24  the deck and then I bent over.
25  Q   When you say you hit the deck, what do you

```
                                                       139
1                    C E R T I F I C A T E

2    STATE OF HAWAII              )
                                  )  SS:
3    CITY AND COUNTY OF HONOLULU  )

4            I, MYRLA R. SEGAWA, Notary Public, State of

5    Hawaii, do hereby certify:

6            That on Tuesday, August 31, 2004, at

7    9:50 a.m., appeared before me BERT MEYER, the witness

8    whose deposition is contained herein; that prior to

9    being examined he was by me duly sworn;

10           That the deposition was taken down by me in

11   machine shorthand and was thereafter reduced to

12   typewriting under my supervision; that the foregoing

13   represents, to the best of my ability, a true and

14   correct transcript of the proceedings had in the

15   foregoing matter.

16           I further certify that I am not an attorney

17   for any of the parties hereto, nor in any way

18   concerned with the cause.

19           DATED this 13th day of September, 2004, in

20   Honolulu, Hawaii.

21

22                        _____
23                        MYRLA R. SEGAWA, CSR NO. 397
                          Notary Public, State of Hawaii
24                        My Commission Exp:  1-27-2005

25
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090