

ORIGINAL

HUGHES & TAOSAKA
Attorneys At Law, A Law Corporation

ROY F. HUGHES         1774-0
THOMAS E. IRONS       7876-0
Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, Hawaii      96813
Telephone No.         526-9744

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at 10 o'clock and __ min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>      Plaintiff,<br><br>  vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC.,<br><br>      Defendants. | Civil No.: CV04 00049 JMS-BMK<br>(In Admiralty)<br><br>DEFENDANT PACIFIC LIVESTOCK, INC.'S MOTION TO CONTINUE MATSON NAVIGATION COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST PACIFIC LIVESTOCK, INC. FILED FEBRUARY 14, 2006; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF THOMAS E. IRONS; CERTIFICATE OF SERVICE |

DEFENDANT PACIFIC LIVESTOCK, INC.'S
MOTION TO CONTINUE MATSON NAVIGATION COMPANY,
INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST
PACIFIC LIVESTOCK, INC. FILED FEBRUARY 14, 2006

Comes Now Defendant PACIFIC LIVESTOCK, INC.

(hereinafter "PLI"), by and through its attorneys

HUGHES & TAOSAKA, and hereby moves this Honorable Court for a continuance of the hearing on Matson Navigation Company, Inc.'s motion for summary judgment against PLI.

This motion is brought pursuant to Rules 7(b) and 56(f) Federal Rules of Civil Procedure, and Rules 7.1, 7.2 and 7.6 of Local Rules of Practice for the United States District Court for the District of Hawaii, and the and is based upon the attached memorandum in support of motion, declaration of counsel, and the record and files herein.

DATED: Honolulu, Hawaii, __FEB 16 2006__.

_____
ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.