IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | ) Civil No.: CV04 00049 JMS-BMK |
| | ) (In Admiralty) |
| Plaintiff, | ) |
| | ) DECLARATION OF THOMAS E. |
| vs. | ) IRONS |
| | ) |
| MATSON NAVIGATION COMPANY, | ) |
| INC.; and PACIFIC | ) |
| LIVESTOCK, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF THOMAS E. IRONS

I, THOMAS E. IRONS, hereby declare:

1. I am an attorney with Hughes & Taosaka and I am one of the attorneys representing Pacific Livestock, Inc. ("PLI") in this matter.

2. On February 16, 2006 I called Preston Easley who informed me that he did not expect to become involved in the Motion and that he would agree to a week's continuance. On February 16, 2006, I attempted, without success, to reach both Randy Baldemor and John Lacy by phone.

2

     3.   PLI's motion to continue is not made for purpose of delay.

     DATED: Honolulu, Hawaii,   FEB 16 2006  .

_____
THOMAS E. IRONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, ) | Civil No.: CV04 00049 JMS-BMK |
| ) | (In Admiralty) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| MATSON NAVIGATION COMPANY, ) | |
| INC.; and PACIFIC ) | |
| LIVESTOCK, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was duly served on the parties listed below at their respective address by means indicated below.

*Via Facsimile and U.S. Mail*

PRESTON EASLEY, ESQ.
2500 Via Cabrilo Marina, Suite 106
San Pedro, California  90731-7724

Attorney for Plaintiff
BERT MEYER

*Via Facsimile and Hand-Delivery*

JOHN R. LACY, ESQ.
RANDOLF L.M. BALDEMOR, ESQ.
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813

Attorneys for Defendant MATSON NAVIGATION COMPANY, INC.

DATED:  Honolulu, Hawaii,  FEB 16 2006 .

_____
ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

2