Feb-09-06   09:57am   From-Hughes & Taosaka Attorneys at Law   8085217489   T-525   P.001/001   F-253

# HUGHES & TAOSAKA

Attorneys at Law • A Law Corporation

900 Pauahi Tower • 1001 Bishop Street • Honolulu, Hawaii 96813-4292
Telephone (808) 526-9744 • Facsimile (808) 521-7489 • www.hughestaosaka.com • hughestaosaka@hawaii.rr.com

February 9, 2006

**VIA FACSIMILE NO. 547-5880**

John R. Lacy, Esq.
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

Re:   Bert Meyer v. Matson Navigation Company, Inc. and Pacific Livestock, Inc.
      Civil No. 04-00049 (JMS-BMK)
      <u>United States District Court for the District of Hawaii</u>

Dear Mr. Lacy:

This letter acknowledges receipt of your letter dated February 1, 2006 in which you requested that my client withdraw its motion for leave to name Matson Terminals as an additional defendant.

If Matson Terminals is willing to waive its lien, the motion will be immediately withdrawn. Any agreement reached will remain strictly confidential.

If you have any questions or concerns please call.

Very truly yours,

THOMAS E. IRONS
htirons@hughestaosaka.com
(808) 526-9744, ext. 108

TEI:jtt

Ltr.Pacific.Lacy3

**EXHIBIT B**