| 9755961 | | | | 2002-09-30 |
|---|---|---|---|---|

**Matson NAVIGATION COMPANY, INC.**

STRAIGHT-NON-NEGOTIABLE — AUDIT FILE COPY — PAGE 1 OF 1

| BILL OF LADING DATE | VESSEL | VOY | SHIPMENT NUMBER |
|---|---|---|---|
| 09-30-2002 | LYHUE | 138 | 9755961 |

| RECEIVING PORT | DELIVERY PORT |
|---|---|
| OAKLAND | HONOLULU |
| LOAD/DISCHARGE SERVICE | BL ORIGIN/DESTINATION |
| CY / CY | |
| SHIPPER'S REFERENCE | P.O. NUMBER |

Mail To:
PACIFIC LIVESTOCK INC
502 MACE BOULEVARD, STE 2B
DAVIS, CA 95616

SHPR: PACIFIC LIVESTOCK INC    502 MACE BOULEVARD, STE 2B    DAVIS, CA
CNEE: NANAI1 FOOD PRODUCTS INC   94-403 UKEE STREET           WAIPAHU, HI
BILL: PACIFIC LIVESTOCK INC     502 MACE BOULEVARD, STE 2B    DAVIS, CA

| No Pkgs | Kind of Pkgs | Commodity Description | M | Quantity | Rate | Charges |
|---|---|---|---|---|---|---|
| 232 | | SHIPPER'S LOAD AND COUNT SAID TO CONTAIN HOGS | | | | |
| | | HOGS/PLI71 PLI72 / GEORGE/W1 | ER | 2 | 2,266.00 | 4,532.00 |
| | | WAU01 WHARFAGE | ER | 2 | 77.20 | 154.40 |
| | | MAINLAND WHARFAGE | UNIT | 232 | 1.60 | 371.20 |
| | | LIVESTOCK TENDER | UNIT | 1 | 382.00 | 382.00 |
| | | FUEL RELATED SURCHARGE | PCT | 4,532 | .75 | 219.00 |

CONTAINER/SEAL PLI71-3/MA/D40H, PLI72-6/MA/D40H
SHIPMENT WILL BE RELEASED UPON PAYMENT OF FREIGHT CHARGES
ITEM(S) 1232

| Total Pkgs | Total Cube | Total Weight | | Tariff | | Total Freight |
|---|---|---|---|---|---|---|
| 232 | | 73,050 | | 14F | | 5,658.60 |

*HOLD FOR PAYMENT*

SHIPMENT: 9755961
FAVOR: PACIFIC LIVESTOCK INC

REMIT TO: MATSON NAVIGATION COMPANY, INC
P O BOX 7395
SAN FRANCISCO, CA 94120-7395

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE
**PAYABLE UPON PRESENTATION**

PLEASE PAY THIS AMOUNT    5,658.60

PREPAID

Questions concerning this shipment, please call your Customer Service Representative at 1-80-MATSON. Free time and charges for storage and equipment detention will be determined in accordance with applicable Matson local terminal tariffs.

**EXHIBIT D**