# Matson® NAVIGATION COMPANY, INC.

FBC|RRMTZ FP10          STRAIGHT-NON-NEGOTIABLE   FREIGHT BILL COPY          PAGE 1 OF 1

| BILL OF LADING DATE | VESSEL | VOY | SHIPMENT NUMBER |
|---|---|---|---|
| 09-30-2002 | LIHUE | 138 | 9265861 |

| CONTAINER/SEAL NO. | ORIGIN PORT | DESTINATION PORT |
|---|---|---|
| PLI70-0/NA | OAKLAND | HONOLULU |

| LOAD/DISCHARGE SERVICE | BL ORIGIN/DESTINATION |
|---|---|
| CY / CY | |

| SHIPPER'S REFERENCE | P.O. NUMBER |
|---|---|
| | |

**Mail To:**

PACIFIC LIVESTOCK INC
PO BOX 74066
DAVIS, CA  95616

SHPR: PACIFIC LIVESTOCK INC    36080 RUSSELL BOULEVARD    DAVIS, CA
CNEE: WONG'S MEAT MARKET LTD   1200 SAND ISLAND PARKWAY   HONOLULU, HI
BILL: PACIFIC LIVESTOCK INC    36080 RUSSELL BOULEVARD    DAVIS, CA

| No. Pkgs | Kind of Pkgs. | Commodity Description | * | Quantity | Rate | Charges |
|---|---|---|---|---|---|---|
| 116 | | SHIPPER'S LOAD AND COUNT SAID TO CONTAIN HOGS HOGS/PLI70 | EA | 1 | 2,266.00 | 2,266.00 |
| | | HAWAII WHARFAGE | EA | 1 | 77.20 | 77.20 |
| | | MAINLAND WHARFAGE | UNIT | 116 | 1.60 | 185.60 |
| | | FUEL RELATED SURCHARGE | PCT | 2,266 | 4.75 | 108.00 |
| CONTAINER SIZE D40H | | | | | | |

| Total Pkgs | Total Cube | Total Weight | Tariff | Item | Total Freight |
|---|---|---|---|---|---|
| 116 | | 33,474 | 14F | 1232 | 2,636.80 |

02-06-2006                                                                    *CREDIT VALIDATED*

**ADJUSTMENTS TO SHIPMENT NUMBER**       9265861

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE

**PAYABLE UPON PRESENTATION**

TOTAL CHARGES AS ORIGINALLY BILLED WERE    2,636.80
TOTAL CHARGES ADJUSTMENT                   ------------
TOTAL CHARGES AS ADJUSTED ARE              2,636.80

| PLEASE PAY THIS AMOUNT | $0.00 |
|---|---|

OUR RECORDS INDICATE THAT AS OF 02/06/06:
    THE AMOUNT PAID HAS BEEN               2,636.80
                                           ------------
THE BALANCE DUE ON THIS FREIGHT BILL IS    0.00

IF THE BALANCE IS NEGATIVE, A REFUND
    WILL BE ISSUED TO YOU.

**REMIT TO:**

Questions concerning this shipment, please call your Customer Service Representative at 1-800-4-MATSON. Free time and charges for storage and equipment detention will be determined in accordance with applicable Matson local terminal tariffs.

**EXHIBIT E**