# GOODSILL ANDERSON QUINN & STIFEL
### A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR

ALII PLACE, SUITE 1800 • 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 • FAX (808) 547-5880
info@goodsill.com • www.goodsill.com

DIRECT DIAL:
(808) 547-5728

INTERNET:
rbaldemor@goodsill.com

## TRANSMITTAL LETTER

**BY HAND DELIVERY**

Date:     October 6, 2005

To:       Thomas E. Irons, Esq.
          Hughes & Taosaka
          Pauahi Tower, Suite 900
          1001 Bishop Street
          Honolulu, HI 96813

From:     Randolf L. M. Baldemor           Direct Dial:   (808) 547-5728

Re:       Bert Meyer vs. Matson Navigation Company, Inc., et al., Civil No. 1:04cv 00049JMS-BMK

| Copies | Date | Description |
|---|---|---|
| 1 | various | Copies of documents that were previously produced to Plaintiff, deposition transcripts and discovery pleadings (please see attached lists) |
| 1 | 12/8/04 | Freight Tariff No. 14-F |
| original | 10/4/05 | Professional Image's Invoice No. Q-574730 in the amount of $230.79 (copying charges for documents that were previously produced to Plaintiff) |
| original | 10/5/05 | Goodsill Anderson Quinn & Stifel's Statement for copying charges in the amount of $270.00 |

TRANSMITTED FOR:

☐ Your Information and/or Files            ☐ Your Approval
☐ Your Signature and Return (Use Black Ink)  ☐ Your Review and Comment
☐ Your Signature (Use Black Ink) and Forwarding As Noted Below   ☒ Per Your Request

1070512.1

**EXHIBIT P**

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

Thomas E. Irons, Esq.
October 6, 2005
Page 2

---

TRANSMITTED FOR:

☐   Per Our Conversation          ☒   SEE REMARKS BELOW
☐   Your Further Necessary Action

---

REMARKS:   Per your request, attached are copies of all documents that have been produced through discovery in this matter. We are producing these documents to you informally with the understanding that you will be participating in the upcoming mediation. In accordance with your agreement to pay for the copying charges, please send your payment of $230.79 to Professional Image and $270.00 to our office. In addition, you agreed to provide us with documents in your client's possession which are relevant to this matter. Please provide us with those documents, including applicable insurance policies, at your earliest opportunity prior to the mediation.