**GOODSILL ANDERSON QUINN & STIFEL**
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY              1397-0
   jlacy@goodsill.com
RANDOLF L. M. BALDEMOR    7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>    Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.,<br><br>    Defendant. | CIVIL NO. 1:04cv 00049JMS-BMK<br><br>CERTIFICATE OF SERVICE<br><br>[Re: 1) Defendant Matson Navigation Company, Inc.'s First Request for Answers to Interrogatories to Defendant Pacific Livestock, Inc.; and 2) Defendant Matson Navigation Company, Inc.'s First Request for Production of Documents to Defendant Pacific Livestock, Inc.] |

1229889.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date an original and a true and correct copy of 1) *Defendant Matson Navigation Company, Inc.'s First Request for Answers to Interrogatories to Defendant Pacific Livestock, Inc.*; and 2) *Defendant Matson Navigation Company, Inc.'s First Request for Production of Documents to Defendant Pacific Livestock, Inc.* were served upon the following party, via U.S. Mail, addressed as follows:

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| ROY F. HUGHES, ESQ.<br>THOMAS E. IRONS, ESQ.<br>Pauahi Tower, Suite 900<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. |  | ☒ |

I, FURTHER HEREBY CERTIFY that on this date a true and correct copy of 1) *Defendant Matson Navigation Company, Inc.'s First Request for Answers to Interrogatories to Defendant Pacific Livestock, Inc.*; and 2) *Defendant Matson Navigation Company, Inc.'s First Request for Production of Documents to Defendant Pacific Livestock, Inc* were served upon the following party via U.S. mail, addressed as follows:

1229889.1

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| PRESTON EASLEY, ESQ.<br>2500 Via Cabrillo Marina, Suite 106<br>San Pedro, California  90731-7724 | maritime<br>@earthlink.net | ☒ |

Attorney for Plaintiff
BERT T. MEYER

DATED:  Honolulu, Hawaii, February 17, 2006.

_____
JOHN R. LACY
RANDOLF L. M. BALDEMOR

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.