

HUGHES & TAOSAKA
Attorneys At Law, A Law Corporation

ROY F. HUGHES            1774-0
THOMAS E. IRONS          7876-0
Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, Hawaii         96813
Telephone No.            526-9744

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | ) Civil No.: CV04 00049 JMS-BMK |
| | ) (In Admiralty) |
| Plaintiff, | ) |
| | ) EX PARTE MOTION TO SHORTEN |
| vs. | ) TIME FOR HEARING ON |
| | ) DEFENDANT PACIFIC |
| MATSON NAVIGATION COMPANY, | ) LIVESTOCK, INC.'S MOTION |
| INC.; and PACIFIC | ) TO CONTINUE MATSON |
| LIVESTOCK, INC., | ) NAVIGATION COMPANY, INC.'S |
| | ) MOTION FOR SUMMARY |
| Defendants. | ) JUDGMENT AGAINST PACIFIC |
| | ) LIVESTOCK, INC. FILED |
| | ) FEBRUARY 14, 2006; |
| | ) ~~DECLARATION OF THOMAS E.~~ |
| | ) ~~IRONS;~~ ORDER ~~GRANTING EX~~ |
| | ) ~~PARTE MOTION TO SHORTEN~~ |
| | ) ~~TIME FOR HEARING ON~~ |
| | ) ~~DEFENDANT PACIFIC~~ |
| | ) ~~LIVESTOCK, INC.'S MOTION~~ |
| | ) ~~TO CONTINUE MATSON~~ |
| | ) ~~NAVIGATION COMPANY, INC.'S~~ |
| | ) ~~MOTION FOR SUMMARY~~ |
| | ) ~~JUDGMENT AGAINST PACIFIC~~ |
| | ) ~~LIVESTOCK, INC. FILED~~ |
| | ) ~~FEBRUARY 14, 2006;~~ |
| | ) ~~CERTIFICATE OF SERVICE~~ |

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at 6 o'clock and 10 min. P M
SUE BEITIA, CLERK

LODGED

FEB 17 2006
10:50am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

EX PARTE MOTION TO SHORTEN TIME FOR HEARING
ON DEFENDANT PACIFIC LIVESTOCK, INC.'S MOTION
TO CONTINUE MATSON NAVIGATION COMPANY, INC.'S
MOTION FOR SUMMARY JUDGMENT AGAINST PACIFIC
LIVESTOCK, INC. FILED FEBRUARY 14, 2006

Comes Now Defendant PACIFIC LIVESTOCK, INC. (hereinafter "PLI"), by and through its attorneys HUGHES & TAOSAKA, and hereby moves this Honorable Court, ex parte, for an order shortening time on Defendant Pacific Livestock, Inc.'s Motion To Continue Matson Navigation Company, Inc.'s Motion For Summary Judgment Against Pacific Livestock, Inc. Filed February 14, 2006.

This Motion is brought pursuant to Rules 7(b) Federal Rules of Civil Procedure, and Rules 7.1 and 7.2 of Local Rules of Practice for the United States District Court for the District of Hawaii, and is based upon the attached declaration of counsel, and the record and files herein.

DATED:   Honolulu, Hawaii,   FEB 16 2006                .

_____
ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.



DENIED

---

Bert Meyer vs. Matson Navigation Company, Inc., et al.; Civil No. CV 04 00049 JMS-BMK; Ex Parte Motion To Shorten Time For Hearing On Defendant Pacific Livestock, Inc.'s Motion To Continue Matson Navigation Company, Inc.'s Motion For Summary Judgment Against Pacific Livestock, Inc. Filed February 14, 2006

3