ORIGINAL

HUGHES & TAOSAKA
Attorneys At Law, A Law Corporation

ROY F. HUGHES         1774-0
THOMAS E. IRONS       7876-0
Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, Hawaii      96813
Telephone No.         526-9744

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2006

at __ o'clock and __ min. ____
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | ) Civil No.: CV 04 00049 HG-BMK |
| | ) (In Admiralty) |
| Plaintiff, | ) |
| | ) DEFENDANT PACIFIC |
| vs. | ) LIVESTOCK, INC.'S INITIAL |
| | ) DISCLOSURES; CERTIFICATE |
| MATSON NAVIGATION COMPANY, | ) OF SERVICE |
| INC.; and PACIFIC | ) |
| LIVESTOCK, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

DEFENDANT PACIFIC LIVESTOCK, INC.'s
INITIAL DISCLOSURES

Comes Now Defendant Pacific Livestock, Inc.

(hereinafter "PLI"), by and through its attorneys

above-named, make these initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. While PLI's investigation into the facts of this case is ongoing, Defendant Matson Navigation, Inc. ("Matson") has provided PLI with discovery which occurred prior to PLI's involvement in the litigation and to which PLI has very little to add by way of documentary evidence. The disclosures contained herein are based solely upon such information and documents as are reasonably available and specifically known to PLI and that pertain to the claims alleged by Plaintiff Bert Meyer ("Meyer"). PLI makes these initial disclosures without prejudice to their right to amend or supplement with additional documents or information.

I. NAMES OF INDIVIDUALS THAT THE DISCLOSING PARTY MAY USE TO SUPPORT ITS DEFENSE

    PLI hereby identify the following individuals as persons likely to have discoverable information that it may wish to use to defend them against Meyer's claims in this matter:

```
Defendant PLI
Pete Craig
George Kinnell
c/o Roy Hughes, Esq.
Thomas E. Irons, Esq.
Hughes & Taosaka
Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, Hawaii  96813
```

Subjects: The incident, and background facts regarding shipping procedures.

PLI incorporates by reference individuals already deposed and/or subpoenaed by Matson and/or Meyer, individuals listed in those parties' initial disclosures, and individual's from whom discovery has been sought or obtained by Matson and PLI.  PLI's investigation is ongoing.  The disclosure of the individuals listed above is based upon information reasonably available to PLI at the time of making these initial disclosures.  PLI will supplement the initial disclosures, as appropriate.

II. DOCUMENTS AND TANGIBLE THINGS IN POSSESION, CUSTODY, OR CONTROL OF PLI

PLI is providing what little documentation it has to Matson and Meyer, and will respond to Matson's

recent discovery, served on PLI on February 21, 2006, as soon as possible. PLI will make available for inspection and copying these documents (if any), including those that may be used by PLI in defense of its claims in this case at the offices of Hughes & Taosaka, 1001 Bishop Street, Pauahi Tower, Suite 900, Honolulu, Hawaii 96813. However, as stated above, the documents in PLI's possession were discovery documents obtained from Matson, copies of which Meyer also has.

III. COMPUTATION OF DAMAGES

PLI disputes Meyer's damages claims.

IV. INSURANCE AGREEMENTS

PLI have no information regarding insurance agreements to disclose at this time. PLI will provide the applicable policy to Matson and Meyer.

DATED: Honolulu, Hawaii, ___FEB 2 4 2006___.

_____
ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
    PACIFIC LIVESTOCK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | ) Civil No.: CV 04 00049 HG-BMK |
| | ) (In Admiralty) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| MATSON NAVIGATION COMPANY, | ) |
| INC.; and PACIFIC | ) |
| LIVESTOCK, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties listed below, in the manner described thereto, at their last-known address, on the date of filing.

<u>By U.S. Mail</u>   <u>By Hand Delivery</u>

PRESTON EASLEY, ESQ.          X
2500 Via Cabrilo Marina, Suite 106
San Pedro, California  90731-7724

Attorney for Plaintiff
BERT MEYER

            <u>By U.S. Mail</u>  <u>By Hand Delivery</u>

JOHN R. LACY, ESQ.                X
RANDOLF L.M. BALDEMOR, ESQ.
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

   DATED:  Honolulu, Hawaii,  FEB 2 4 2006     .

               /s/ _____
               ROY F. HUGHES
               THOMAS E. IRONS
               Attorneys for Defendant
               PACIFIC LIVESTOCK, INC.

2