# PACIFIC COAST MARINE SAFETY CODE

2002 Revision

INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

*and*

PACIFIC MARITIME ASSOCIATION

_____

Name _____

Port _____

Local No. _____ Reg. No. _____

D    001

EXHIBIT I

**Rule 284.** Vessel's cargo gear register shall be available for viewing, upon request to the supercargo, walking boss, foreman, or other person in charge of operations.

**Rule 285.** Four-by-twenty-nine (4 x 29) wire rope shall not be used in any running rigging.

**Rule 286.** All overhead obstructions 6'5" or lower on gangways shall be clearly marked with a high visibility color.

## SECTION 3

## DUTIES OF EMPLOYERS

**Rule 301.** The employer shall provide, so far as the same shall be under his control, a safe working place for all operations.

**Rule 302.** The employer shall provide for the proper and safe condition of all stevedoring gear supplied by him.

**Rule 303.** The employer shall require the use of safe processes and practices.

**Rule 304.** Employers shall provide adequate illumination. Adequate illumination is defined as light levels in walking and working areas which enable employees to safely perform assigned tasks and to be seen by other employees operating equipment. Lights shall be so placed that they do not shine in the eyes of employees.

**Rule 305.** Protection against the effects of occupational noise exposure shall be provided when the sound levels and period of exposure exceed those in the following chart:

| Duration per day, hours: | Sound level dBA slow response |
|---|---|
| 8 | 90 |
| 6 | 92 |
| 4 | 95 |

17

D   025

SECTION 3                                DUTIES OF EMPLOYERS

**Rule 311.** Employers shall not be present on the job while under the influence of intoxicating liquor, or drugs of a stimulating or depressive nature.

**Rule 312.** All employers and their representatives shall abide by all applicable safety rules governing employees, and set an example for all employees by observing these safety rules.

**Rule 313.** An approved first aid kit shall be made available by the employer. The first aid kit shall contain items required by applicable regulations. Where necessary, eye wash shall be available.

**Rule 314.** The first aid kit and the first aid room, where one is provided, shall be maintained and kept fully stocked by a designated employee or employees authorized to render first aid to the injured.

**Rule 315.** One or more stretchers (Stokes baskets) of an approved type, suitably equipped for use with hoisting gear, shall be made available by the Employer wherever operations are carried on. Inspection by the Employer shall be made monthly to ensure that the stretchers are in good working order. Effective, June 30, 1993, all stretchers shall be of a plastic type.

**Rule 316.** Notices shall be exhibited by every employer in a prominent position at each pier or wharf on which he operates, stating:

(a) The position of the first aid kit, cabinet or first aid room, and the title of the person in charge thereof;

(b) The telephone number of emergency hospital or ambulance service;

(c) Names, addresses and phone numbers of hospitals where applicable.

19

D     027

**Rule 317.** Provisions for the rescue of persons from drowning shall be made and maintained during the course of longshore operations and shall include life rings, with adequate life line attached, at readily accessible points on each pier apron or bulkhead. One or more portable or permanent ladders giving access to the surface of the water shall be provided.

**Rule 318.** When goggles and respirators are required, they shall be provided by the employer, and utilized in accordance with Rule 612.

**Rule 319.** Goggles or respirators, after having been used, shall be cleaned and sterilized before being reissued to another person.

**Rule 320.** The employers shall see that necessary safety precautions shall be taken and guards posted before permitting work to be done in the immediate vicinity where fumigation by means of cyanide or other toxic gas is being carried out on wharves, piers, or bulkheads. Where possible, the use of special fumigation chambers is recommended.

**Rule 321.** When cargo of a highly flammable nature, such as cotton, sisal, jute, etc., is being worked, the employers shall take necessary steps to ensure that any fire can be immediately controlled, and the fire main shall be charged and the hose connected.

**Rule 322.** All aprons, floors, and other places where persons are engaged in the operations, shall be kept free from litter, and clean, and passageways shall be kept open.

**Rule 323.** Grease, oils, etc., spilled where operations are being carried on, shall be immediately cleaned up and covered by sand or other suitable material.

**Rule 324.** When working barge, scow, raft or log boom alongside ship, a properly secured double rung or flat tread Ja-

D	028

SECTION 3                          DUTIES OF EMPLOYERS

**Rule 353.** Employers shall ascertain whether there are any general or specific safety and/or health hazards. Employees shall be informed of these hazards and any special precautions to be taken when such problems/hazards come to the attention of the Employer or prior to the start of these operations.

**Rule 354.** The Employers shall ensure that there shall be access to all terminal facilities by emergency, rescue, and law enforcement vehicles. Whenever there is an injury severe enough to warrant calling an ambulance or an emergency vehicle, work equipment and machinery shall be stopped and cleared as necessary for access to and treatment of the injured.

**Rule 355.** All protective equipment and safety equipment provided by the Employer shall be properly used, maintained, and stored.

**Rule 356.** No protective or safety equipment shall be used in a longshore operation which has been modified in any way, unless approved by a competent authority.

**Rule 357.** Repairs and modifications that may effect the structural integrity of material handling equipment shall be done in accordance with manufacturer specifications. Absent the ability to contact the manufacturer, acceptable engineering practices shall be used. Equipment shall be tested by a third party or a designated person, either of whom shall possess specialized abilities. "Designated person" means a person who possesses specialized abilities in a specific area and is assigned by the employer to perform a specific task in that area. "Specialized abilities" shall refer to a person or company possessing experience and ability in the testing and certification of repairs and modifications to material handling equipment.

**Rule 358.** When Top/Side/Strad container handling equipment is repaired outside of the maintenance or shop ar-

29

D     037

wheel on all outside tires. Hustlers/UTRs (rear wheels only) shall have the outside tires marked in the same manner.

**Rule 366.** All bomb carts shall have the inside surfaces of the container guides painted in a high visibility contrasting color to the base color of the bomb cart.

**Rule 367.** The Employer shall prominently display proper mounting/dismounting procedures on all equipment where more than one elevated step is required to mount/dismount the equipment.

All steps shall be constructed of, or covered with, nonskid material and shall also be kept as free of grease and oil as is practicable. The nosing of all hustler (UTR) steps shall be marked with a light, or high visibility contrasting paint or tape.

## SECTION 4

## DUTIES OF SUPERVISION

The safety duties of the supervisory personnel, Walking Bosses, Ship and Dock Foremen are:

**Rule 401.** They shall see that all working conditions are safe and that gear is in apparent safe working condition before and during the operation.

**Rule 402.** They shall act promptly in obtaining correction of any defect in the gear or machinery, or unsafe working condition.

**Rule 403.** They shall instruct workers under them in the proper and safe methods of handling cargo, gear and equipment. These instructions shall be given in a safety talk at the start of each shift. Workers arriving late on the job will receive these instructions from their direct supervisors, as soon as practicable. Special attention shall be focused on safe lashing practices, traffic patterns, and hazardous material particular to

31

D   039

DUTIES OF SUPERVISION                                      SECTION 4

each ship and dock operation. Workers shall be informed of the designated assembly areas.

**Rule 404.** They shall see that booms are not raised or lowered except under the direction of the foreman, walking boss, gang boss, or hatch tender in charge of the hatch, and in compliance with provisions of Rules 619 and 620.

**Rule 405.** They shall see that operations are carried on in a safe manner.

**Rule 406.** Where there is an immediate danger to the health and safety of the men, they shall stop work and supervision shall take the necessary precautions to protect the employees and/or remove them to safety.

**Rule 407.** They shall make every effort to determine cargo hazards in advance, and to have correct personal protection at hand for known hazards.

**Rule 408.** They shall permit operations on or in ship's decks, holds, piers or other places only when they are adequately lighted. Adequate illumination is defined by Rule 304.

**Rule 409.** The foreman or walking boss in charge of operations shall arrange immediate and proper first aid for the injured.

**Rule 410.** The foreman or walking boss in general charge of the operations shall investigate and render a full report of the accident to the employer.

**Rule 411.** Supervision shall set an example and shall observe all applicable rules of this Code which govern other employees.

**Rule 412.** Supervision shall not smoke aboard ship or on the dock except in authorized, designated places.

D    040

**Rule 423.** All containers shall be floated and hoisted/lowered from/to chassis or bomb carts only when there is no danger of the container striking a person on the dock.

## SECTION 5

## DUTIES OF GROUP LEADERS
## (HATCH, DOCK OR GANG)

The Hatch, Dock, Gang Boss or other group leader shall carry out the following safety duties:

**Rule 501.** He shall be in direct charge of his gang or group and shall see that all work is done in a safe manner.

**Rule 502.** He shall instruct the men under him in the proper and safe methods of handling cargo, gear and equipment. Special attention shall be focused on safe lashing practices particular to each ship.

**Rule 503.** He shall report promptly to his foreman or walking boss, or other employer representative on the job, any defect in the gear or machinery, or any unsafe working condition or unsafe working practices. Supervision shall act promptly in obtaining correction of any defect in the gear or machinery, or any unsafe working condition or unsafe working practices.

**Rule 504.** In the event that he finds it impossible to get in touch immediately with his foreman or walking boss, or other employer representative on the job, he shall stop the work upon discovery of any unsafe condition or unsafe working practices until his foreman or walking boss, or other employer representative on the job, shall have had opportunity to pass upon the situation.

34

D    042