IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | Civil No.: CV04 00049 JMS-BMK |
| | (In Admiralty) |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served on the parties listed below at their respective address by means indicated below.

                                                                          <u>VIA HAND DELIVERY</u>   <u>VIA U.S. MAIL</u>

PRESTON EASLEY, ESQ.                                                  X
2500 Via Cabrilo Marina, Suite 106
San Pedro, California 90731-7724

Attorney for Plaintiff
BERT MEYER

<u>VIA HAND DELIVERY</u>    <u>VIA U.S. MAIL</u>

JOHN R. LACY, ESQ.                                    X
RANDOLF L.M. BALDEMOR, ESQ.
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

DATED: Honolulu, Hawaii, FEB 27 2006 _____.

_____
ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

2