GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY               1397-0
   jlacy@goodsill.com
RANDOLF L. M. BALDEMOR   7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>    Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC., and PACIFIC LIVESTOCK, INC.,<br><br>    Defendants. | CIVIL NO. 1:04cv 00049JMS-BMK<br><br>CERTIFICATE OF SERVICE<br><br>(RE: (1) DEFENDANT MATSON NAVIGATION COMPANY, INC.'S RESPONSE TO DEFENDANT PACIFIC LIVESTOCK, INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT MATSON NAVIGATION COMPANY, INC. DATED FEBRUARY 3, 2006; AND (2) DEFENDANT MATSON NAVIGATION COMPANY, INC.'S RESPONSE TO DEFENDANT PACIFIC LIVESTOCK, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO MATSON NAVIGATION COMPANY DATED FEBRUARY 3, 2006) |

1274304.1

## CERTIFICATE OF SERVICE

I hereby certify that the original and one copy of (1) Defendant Matson Navigation Company, Inc.'s Response to Defendant Pacific Livestock, Inc.'s First Request for Answers to Interrogatories to Defendant Matson Navigation Company, Inc. dated February 3, 2006; and (2) Defendant Matson Navigation Company, Inc.'s Response to Defendant Pacific Livestock, Inc.'s First Request for Production of Documents to Defendant Matson Navigation Company, Inc. dated February 3, 2006 were duly served upon the following parties on this date as indicated below:

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| PRESTON EASLEY, ESQ.<br>2500 Via Cabrillo Marina, Suite 106<br>San Pedro, California 90731-7724<br><br>Attorney for Plaintiff<br>BERT T. MEYER | maritime<br>@earthlink.net | ☒ |

|  | Electronically through CM/ECF | U.S. Mail, Postage Pre-Paid |
|---|---|---|
| ROY F. HUGHES, ESQ.<br>THOMAS E. IRONS, ESQ.<br>Pauahi Tower, Suite 900<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. |  | ☒ |

DATED: Honolulu, Hawaii, _____.

/s/ Randolf L.M. Baldemor
JOHN R. LACY
RANDOLF L.M. BALDEMOR

Attorneys for Defendant
MATSON NAVIGATION CO., INC.