ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 2 2006

at \_\_ o'clock and \_\_ min. ___M___
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BERT MEYER, | ) | Civil No.: CV 04-00049 JMS-BMK |
| Plaintiff, | ) ) ) | (In Admiralty) |
| v. | ) ) | CERTIFICATE OF SERVICE RE PLAINTIFF'S REQUEST FOR |
| MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC., | ) ) ) ) | PRODUCTION OF DOCUMENTS TO DEFENDANT PACIFIC LIVESTOCK, INC., SET NO. ONE |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE
RE PLAINTIFF'S REQUEST FOR PRODUCTION
OF DOCUMENTS TO DEFENDANT PACIFIC
LIVESTOCK, INC., SET NO. ONE

I hereby certify that on this date copies of PLAINTIFF'S REQUEST FOR

PRODUCTION OF DOCUMENTS TO DEFENDANT PACIFIC LIVESTOCK,

INC., SET NO. ONE were duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| John R. Lacy, Esq.<br>Randolf L.M. Baldemor, Esq.<br>GOODSILL ANDERSON QUINN & STIFEL<br>Alii Place, Suite 1800<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION COMPANY, INC. | X | | |
| Thomas Irons, Esq.<br>HUGHES & TAOSAKA<br>1001 Bishop St., Suite 900<br>Pauahi Tower<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. | X | | |

Dated: February 28, 2006

_/s/ Patti Bannon_
Patti Bannon