ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 2 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATSON NAVIGATION ) <br> COMPANY, INC.; and ) <br> PACIFIC LIVESTOCK, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil No.: CV 04-00049 JMS-BMK <br><br> (In Admiralty) <br><br> CERTIFICATE OF SERVICE RE SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF CUSTODIAN OF RECORDS FOR HAWAII STEVEDORES, INC. |

CERTIFICATE OF SERVICE
RE SUBPOENA IN A CIVIL CASE;
NOTICE OF DEPOSITION OF CUSTODIAN OF
RECORDS FOR HAWAII STEVEDORE

I hereby certify that on this date copies of SUBPOENA IN A CIVIL CASE;

NOTICE OF DEPOSITION OF CUSTODIAN OF RECORDS FOR HAWAII

STEVEDORES, INC. were duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| John R. Lacy, Esq.<br>Randolf L.M. Baldemor, Esq.<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place, Suite 1800<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION<br>COMPANY, INC. | X |  |  |
| Thomas Irons, Esq.<br>HUGHES & TAOSAKA<br>1001 Bishop St., Suite 900<br>Pauahi Tower<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. | X |  |  |
| Richard K. Griffith, Esq.<br>2302 Makai Tower, 733 Bishop Street<br>Honolulu, HI 96813 | X |  |  |

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| Pacific Reporting Services Unlimited, Inc.<br>733 Bishop Street,<br>Makai Tower, Suite 1470<br>Honolulu, HI 96813 | X | | |
| Holly Chun-Ming<br>HAWAII STEVEDORES, INC.<br>P.O. Box 2160<br>Honolulu, HI 96805 | X | | |

Dated: February 22, 2006

*Patti Bannon*
Patti Bannon