# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3-10-06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:   CV 04-00049JMS-BMK

CASE NAME:   Bert Meyer v. Matson Navigation Company, Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:   John R. Lacy, Randolf L.J. Baldemor, Thomas E. Irons

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:   3-10-06                    TIME:   1:56 - 2:06

COURT ACTION:  EP: Defendant Pacific Livestock, Inc.'s Motion for Leave to File Third-Party Complaint - DENIED.  Lacy to prepare order.

Submitted by Richlyn Young, courtroom manager