GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                           1397-0
    jlacy@goodsill.com
RANDOLF L. M. BALDEMOR   7421-0
    rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>          Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.,<br><br>          Defendant. | CIVIL NO. 04-00049 HG/BMK<br>(In Admiralty)<br><br>DEFENDANT MATSON NAVIGATION COMPANY, INC.'S AMENDED INITIAL DISCLOSURE STATEMENT |

DEFENDANT MATSON NAVIGATION COMPANY, INC.'S
AMENDED INITIAL DISCLOSURE STATEMENT

631100.1

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Matson Navigation Company, Inc. ("Matson") submits the following amended initial disclosure statement:

A. <u>Individuals With Discoverable Information</u>

    1. Bert Meyer
       c/o Law Offices of Preston Easley

    2. Thomas Stapleton
       c/o Goodsill Anderson Quinn & Stifel, LLP

    3. Eric Johnson
       c/o Goodsill Anderson Quinn & Stifel, LLP

    4. Chris Schlarb
       c/o Goodsill Anderson Quinn & Stifel, LLP

    5. Steve Rubin
       c/o Goodsill Anderson Quinn & Stifel, LLP

    6. John Robinette
       c/o Goodsill Anderson Quinn & Stifel, LLP

    7. Paul Londynsky
       c/o Goodsill Anderson Quinn & Stifel, LLP

    8. Henry Olson
       c/o Goodsill Anderson Quinn & Stifel, LLP

    9. John Lawrence Bergin
       c/o Goodsill Anderson Quinn & Stifel, LLP

    10. Daniel Farney
        Matson Terminals, Inc.

11. Dennis Smith
    c/o Hughes & Taosaka

12. Danny Kaneala

13. Raymond Antone

14. Peter Craig
    c/o Hughes & Taosaka

15. Greg Kinnell
    c/o Hughes & Taosaka

16. John Davis
    c/o Hughes & Taosaka

17. Representative of McCabe Hamilton & Renny Co., Ltd.

18. Representative of Matson Terminals, Inc.

19. Heidi Kahlbaum (Frank Gates Acclaim)

20. Dr. Clifford Lau

These individuals are believed to have knowledge regarding liability and damages. Matson reserves the right to identify additional witnesses prior to trial.

B. Documents

See documents produced through discovery. Matson reserves the right to produce additional documentation in support of its claims or defenses as discovery continues.

C. <u>Computation of Damages</u>

Not applicable.

D. <u>Insurance Agreements</u>

Matson has P&I coverage in an amount sufficient to satisfy Plaintiff's claims as alleged in the complaint.

DATED: Honolulu, Hawaii, March 14, 2006.

        /s/ Randolf L.M. Baldemor
JOHN R. LACY
RANDOLF L.M. BALDEMOR
Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.