GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                    1397-0
   jlacy@goodsill.com
RANDOLF L. M. BALDEMOR   7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>        Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC., and PACIFIC LIVESTOCK, INC.,<br><br>        Defendants. | CIVIL NO. 1:04cv 00049JMS-BMK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br><br>[Re: Defendant Matson Navigation Company's Request for Admissions to Plaintiff Bert Meyer] |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *Defendant Matson Navigation Company's Request for Admissions to Plaintiff Bert Meyer* was duly served on the following upon the following parties on this date as indicated below:

1009233.1

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| PRESTON EASLEY, ESQ.<br>2500 Via Cabrillo Marina, Suite 106<br>San Pedro, California 90731-7724<br><br>Attorney for Plaintiff<br>BERT T. MEYER | maritime<br>@earthlink.net | ☒ |
| ROY F. HUGHES, ESQ.<br>THOMAS E. IRONS, ESQ.<br>Pauahi Tower, Suite 900<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. |  | ☒ |

DATED: Honolulu, Hawaii, March 16, 2006.

/s/ Randolf L.M. Baldemor
JOHN R. LACY
RANDOLF L. M. BALDEMOR

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.