ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2006

at __ o'clock and __ min __M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATSON NAVIGATION ) <br> COMPANY, INC.; and ) <br> PACIFIC LIVESTOCK, INC., ) <br> ) <br> Defendants. ) | Civil No.: CV 04-00049 JMS-BMK <br><br> (In Admiralty) <br><br> CERTIFICATE OF SERVICE RE PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT PACIFIC LIVESTOCK, INC., SET NO. ONE |

CERTIFICATE OF SERVICE
RE PLAINTIFF'S REQUEST FOR ADMISSIONS
TO DEFENDANT PACIFIC LIVESTOCK, INC., SET NO. ONE

I hereby certify that on this date copies of PLAINTIFF'S REQUEST FOR

ADMISSIONS TO DEFENDANT PACIFIC LIVESTOCK, INC., SET NO. ONE

were duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| John R. Lacy, Esq.<br>Randolf L.M. Baldemor, Esq.<br>GOODSILL ANDERSON QUINN & STIFEL<br>Alii Place, Suite 1800<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION COMPANY, INC. | X | | |
| Thomas Irons, Esq.<br>HUGHES & TAOSAKA<br>1001 Bishop St., Suite 900<br>Pauahi Tower<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. | X (via certified mail) | | |

Dated: March 6, 2006

_/s/ Patti Bannon_
Patti Bannon