ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2006

at 12 o'clock and 55 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, ) | Civil No.: CV 04-00049 JMS-BMK |
| ) | |
| Plaintiff, ) | (In Admiralty) |
| ) | |
| v. ) | CERTIFICATE OF SERVICE RE |
| ) | PLAINTIFF'S FIRST AMENDED |
| MATSON NAVIGATION ) | DESIGNATION OF EXPERT |
| COMPANY, INC.; and ) | WITNESSES |
| PACIFIC LIVESTOCK, INC., ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE
RE PLAINTIFF'S FIRST AMENDED
DESIGNATION OF EXPERT WITNESSES

I hereby certify that on this date copies of PLAINTIFF'S FIRST AMENDED

DESIGNATION OF EXPERT WITNESSES were duly served upon the following in

the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| John R. Lacy, Esq.<br>Randolf L.M. Baldemor, Esq.<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place, Suite 1800<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION<br>COMPANY, INC. | X |  |  |
| Thomas Irons, Esq.<br>HUGHES & TAOSAKA<br>1001 Bishop St., Suite 900<br>Pauahi Tower<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. | X |  |  |

Dated: March 6, 2006

_/s/ Patti Bannon_
Patti Bannon