ORIGINAL

PRESTON EASLEY, ESQ./Cal State Bar No. 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 15 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

ATTORNEY FOR: Plaintiff
              BERT MEYER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | Civil No.: 04-00049 JMS-BMK |
| | (In Admiralty) |
| Plaintiff, | |
| v. | SECOND DECLARATION OF BERT MEYER IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| MATSON NAVIGATION COMPANY, INC., and PACIFIC LIVESTOCK, INC., | |
| | Date: April 17, 2005 |
| | Time: 9:00 a.m. |
| Defendants. | Ctrm: Hon. J. Michael Seabright |

I, Bert Meyer, declare:

1. I am the plaintiff in the above-entitled action. I could and would testify competently to the facts set forth herein.

2. I am a longshoreman employed by McCabe, Hamilton & Renny Co., Ltd. I was injured aboard the Matson Navigation ship S/S LIHUE at

1

7:00 p.m. on October 1, 2002, when I slipped in animal waste and fell through a gap between the grating and the hatchcover on the starboard side of the hatchcover at row 15/16. When I fell my left leg went into the 7 3/8" wide gap between the grating and the starboard side of the hatchcover. I went aboard the S/S LIHUE in February of 2006 while the vessel was docked at the Matson Terminal at Sand Island, Honolulu, Hawaii and I tried to put my left foot through the corresponding gap between the grating and the hatchcover on the port side of the vessel at row 15/16, and my left foot could not pass through the gap, even when I put all of my weight on it.

I was wearing the same size and type of safety shoe that I was wearing at the time of the accident. The gap between the hatchcover and the grating on the port side of S/S LIHUE at row 15/16 is narrower than my safety shoes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March _13_, 2006 at Kapolei, Hawaii.

BERT MEYER