HUGHES & TAOSAKA
Attorneys At Law, A Law Corporation

| | |
|---|---|
| ROY F. HUGHES | 1774-0 |
| THOMAS E. IRONS | 7876-0 |

Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, Hawaii    96813
Telephone No.    526-9744

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2006

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>    Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC.,<br><br>    Defendants. | Civil No.: CV04 00049 JMS-BMK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANT PACIFIC LIVESTOCK, INC.'S RESPONSE TO DEFENDANT MATSON NAVIGATION COMPANY, INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES DATED FEBRUARY 17, 2006) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that an original and a copy of Defendant PACIFIC LIVESTOCK, INC.'S RESPONSE TO DEFENDANT MATSON NAVIGATION COMPANY, INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES DATED FEBRUARY 17, 2006 were duly served by depositing the same in the U.S. Mail, postage prepaid, upon the following person at his last known address on

MAR 17 2006 :

JOHN R. LACY, ESQ.
RANDOLF L. M. BALDEMOR, ESQ.
1099 Alakea Street, Suite 1800
Honolulu, Hawaii 96813

Attorney for Defendant
MATSON NAVIGATION COMPANY, INC.

The undersigned hereby certifies that a copy of DEFENDANT PACIFIC LIVESTOCK, INC.'S RESPONSE TO DEFENDANT MATSON NAVIGATION COMPANY, INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES DATED FEBRUARY 17, 2006 was duly served by depositing the same in the U.S. Mail, postage prepaid, upon the following person at his last known address on MAR 17 2006:

PRESTON EASLEY, ESQ.
2500 Via Cabrilo Marina, Suite 106
San Pedro, California 90731-7724

Attorney for Plaintiff
BERT MEYER

DATED: Honolulu, Hawaii, MAR 17 2006.

ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

2