ORIGINAL

HUGHES & TAOSAKA
Attorneys At Law, A Law Corporation

ROY F. HUGHES            1774-0
THOMAS E. IRONS          7876-0
Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, Hawaii         96813
Telephone No.            526-9744

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 17 2006

at 2 o'clock and 40 min ___M
SUE BEITIA, CLERK

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>             Plaintiff,<br><br>   vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC.,<br><br>             Defendants. | Civil No.: CV04 00049 JMS-BMK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE<br><br>(RE: DEFENDANT PACIFIC LIVESTOCK, INC.'S RESPONSE TO DEFENDANT MATSON NAVIGATION COMPANY, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DATED FEBRUARY 17, 2006) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that an original and a copy of DEFENDANT PACIFIC LIVESTOCK, INC.'S RESPONSE TO DEFENDANT MATSON NAVIGATION COMPANY, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DATED FEBRUARY 17, 2006 were duly served by depositing the same in the U.S. Mail, postage prepaid, upon the

following person at his last known address on
_____MAR 17 2006_____ :

    JOHN R. LACY, ESQ.
    RANDOLF L. M. BALDEMOR, ESQ.
    1099 Alakea Street, Suite 1800
    Honolulu, Hawaii  96813

    Attorney for Defendant
    MATSON NAVIGATION COMPANY, INC.

The undersigned hereby certifies that a copy of DEFENDANT PACIFIC LIVESTOCK, INC.'S RESPONSE TO DEFENDANT MATSON NAVIGATION COMPANY, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DATED FEBRUARY 17, 2006 was duly served by depositing the same in the U.S. Mail, postage prepaid, upon the following person at his last known address on _____MAR 17 2006_____ :

    PRESTON EASLEY, ESQ.
    2500 Via Cabrilo Marina, Suite 106
    San Pedro, California  90731-7724

    Attorney for Plaintiff
    BERT MEYER

DATED: Honolulu, Hawaii, _____MAR 17 2006_____ .

                                          _____
                                          ROY F. HUGHES
                                          THOMAS E. IRONS
                                          Attorneys for Defendant
                                          PACIFIC LIVESTOCK, INC.