ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile:  (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 22 2006

at 2 o'clock and 06 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | Civil No.: CV 04-00049 JMS-BMK |
| Plaintiff, | (In Admiralty) |
| v. | CERTIFICATE OF SERVICE RE PLAINTIFF'S RESPONSE TO DEFENDANT MATSON NAVIGATION CO., INC.'S REQUEST FOR ADMISSIONS |
| MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC., | |
| Defendants. | |

CERTIFICATE OF SERVICE
RE PLAINTIFF'S RESPONSE TO DEFENDANT MATSON
NAVIGATION CO., INC.'S REQUEST FOR ADMISSIONS

I hereby certify that on this date copies of PLAINTIFF'S RESPONSE TO

DEFENDANT MATSON NAVIGATION CO., INC.'S REQUEST FOR

ADMISSIONS were duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| John R. Lacy, Esq.<br>Randolf L.M. Baldemor, Esq.<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place, Suite 1800<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION<br>COMPANY, INC. | X (certified mail) |  |  |
| Thomas Irons, Esq.<br>HUGHES & TAOSAKA<br>1001 Bishop St., Suite 900<br>Pauahi Tower<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. |  | X |  |
| Bert Meyer<br>91-1023 Lipo Street<br>Kapolei, HI 96707 |  | X |  |

Dated: March 20, 2006

_____
Patti Bannon