ORIGINAL

PRESTON EASLEY, ESQ./Cal State Bar No. 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California  90731-7724
Telephone:  (310) 832-5315
Facsimile:   (310) 832-7730

ATTORNEY FOR:  Plaintiff
                              BERT MEYER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>      Plaintiff,<br>v.<br><br>MATSON NAVIGATION<br>COMPANY, INC., and<br>PACIFIC LIVESTOCK, INC.,<br><br>      Defendants. | Civil No.: 04-00049 JMS-BMK<br>(In Admiralty)<br><br>PLAINTIFF BERT MEYER'S FIRST<br>AMENDED INITIAL DISCLOSURE<br>STATEMENT |

COMES NOW PLAINTIFF BERT MEYER and submits the following First

Amended Initial Disclosure Statement:

A.   <u>Individuals with Discoverable Information</u>

      1. Bert Meyer

2. Daniel Farney
   Matson Terminals, Inc.

3. Eric Johnson
   Matson Navigation Company, Inc.

4. H. G. Walsh
   Matson Navigation Company, Inc.

5. Keahi Birch
   Matson Navigation Company, Inc.

6. Paul Londynsky
   Matson Navigation Company, Inc.

7. Henry Olson
   Matson Navigation Company, Inc.

8. Greg Kinnel
   Pacific Livestock, Inc.

9. James Souza
   McCabe, Hamilton & Renny Co., Ltd.

10. Heidi Kahlbaum
    Frank Gates Acclaim

11. John Robinette
    Matson Navigation Company, Inc.

12. Raymond Antone
    Matson Terminals, Inc.

13. Ernie Jose
    Frank Gates Acclaim

14. Kraig Kennedy
    McCabe, Hamilton & Renny Co., Ltd.

15. Nalani Foreman
    McCabe, Hamilton & Renny Co., Ltd.

16. Steven Kaneshiro, M.D.

17. Thomas Kane, M.D.

18. Capt. Robert Riley

19. Jack Suyderhoud, Ph.D.

20. Craig Kato
    Matson Terminals, Inc.

21. Tim Reinholdt
    Matson Navigation Company, Inc.

22. Pat Glenn
    Matson Navigation Company, Inc.

23. Carl Stein
    Matson Navigation Company, Inc.

Dated: March 22, 2006

_/s/ Preston Easley_
PRESTON EASLEY
Attorney for Plaintiff
BERT MEYER