GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY          1397-0
   jlacy@goodsill.com
RANDOLF L. M. BALDEMOR   7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| BERT MEYER, | CIVIL NO. 1:04cv 00049JMS-BMK |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | [Re: Notice of Taking Depositions Upon Written Questions; Question (Custodian of Records of: 1) Steven Kaneshiro, MD; 2) Thomas Kane, MD; 3) Queen's Medical Center; 4) Rehab Outpatient Services; and 5) Rehab at St. Francis (04/10/06))] |
| MATSON NAVIGATION COMPANY, INC., and PACIFIC LIVESTOCK, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date copies of the Notice of Taking Depositions Upon Written Questions was duly served on the following upon the following parties on this date as indicated below:

1356769.1

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| PRESTON EASLEY, ESQ.<br>2500 Via Cabrillo Marina, Suite 106<br>San Pedro, California 90731-7724<br><br>Attorney for Plaintiff<br>BERT T. MEYER | maritime<br>@earthlink.net | ☒ |
| ROY F. HUGHES, ESQ.<br>THOMAS E. IRONS, ESQ.<br>Pauahi Tower, Suite 900<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. |  | ☒ |

DATED: Honolulu, Hawaii, March 27, 2006.

/s/ Randolf L.M. Baldemor
JOHN R. LACY
RANDOLF L. M. BALDEMOR

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.