ORIGINAL

HUGHES & TAOSAKA
Attorneys At Law, A Law Corporation

ROY F. HUGHES        1774-0
THOMAS E. IRONS      7876-0
Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, Hawaii     96813
Telephone No.        526-9744

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 29 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BERT MEYER, | ) | Civil No.: CV04 00049 JMS-BMK |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | (RE: DEFENDANT PACIFIC |
| MATSON NAVIGATION COMPANY, | ) | LIVESTOCK, INC.'S RESPONSE |
| INC.; and PACIFIC | ) | TO PLAINTIFF'S REQUEST FOR |
| LIVESTOCK, INC., | ) | ADMISSION SET NO ONE DATED |
| | ) | MARCH 6, 2006) |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that an original and a copy of DEFENDANT PACIFIC LIVESTOCK, INC.'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSION SET NO ONE DATED MARCH 6, 2006 was duly served by depositing the same in the U.S. Mail, postage prepaid,

upon the following person at his last known address on _____MAR 2 9 2006_____:

> PRESTON EASLEY, ESQ.
> 2500 Via Cabrilo Marina, Suite 106
> San Pedro, California 90731-7724
>
> Attorney for Plaintiff
> BERT MEYER

The undersigned hereby certifies that a copy of DEFENDANT PACIFIC LIVESTOCK, INC.'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSION SET NO ONE DATED MARCH 6, 2006 was duly served by depositing the same in the U.S. Mail, postage prepaid, upon the following person at his last known address on _____MAR 2 9 2006_____:

> JOHN R. LACY, ESQ.
> RANDOLF L. M. BALDEMOR, ESQ.
> 1099 Alakea Street, Suite 1800
> Honolulu, Hawaii 96813
>
> Attorney for Defendant
> MATSON NAVIGATION COMPANY, INC.

DATED: Honolulu, Hawaii, _____MAR 2 9 2006_____.

_____
ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.