IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | Civil No.: CV04 00049 JMS-BMK |
| | (In Admiralty) |
| Plaintiff, | |
| | DECLARATION OF PETER CRAIG |
| vs. | |
| MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC., | |
| Defendants. | |

## DECLARATION OF PETER CRAIG

I, Peter Craig, hereby declare:

1. I am the owner of Pacific Livestock Inc. ("PLI"). I could and would competently testify to the facts set forth herein.

2. George Kinnell is a livestock tender employed by PLI. Mr. Kinnell was the only PLI tender on the S/S Lihue for the voyage that is the subject of this litigation.

3. PLI was unaware of the indemnity

agreement that Matson Navigation Company, Inc. ("Navigation") is now asserting against PLI in this matter.

4. Navigation never informed PLI of any indemnity agreement between Navigation and PLI.

5. Navigation is not listed as an additional insured in any applicable insurance policy of PLI.

6. The crew of the Lihue is the "law" as far as the work of PLI's animal tenders on that vessel. All PLI tenders are under the direct command and supervision of the crew and they are aware they must follow the orders received from the crew.

7. It is my understanding that after the Lihue arrives in port in Honolulu, it would violate environmental laws to perform a wash down of any PLI container carrying hogs.

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Davis, California    3/29/06

_____
PETER CRAIG