IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | Civil No.: CV04 00049 JMS-BMK |
| Plaintiff, | (In Admiralty) |
| vs. | DECLARATION OF THOMAS E. IRONS; EXHIBITS "A" – "C" |
| MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC., | |
| Defendants. | |

### DECLARATION OF THOMAS E. IRONS

I, THOMAS E. IRONS, hereby declare:

1. I am one of the attorneys representing Defendant Pacific Livestock, Inc. ("PLI"), and have personal knowledge herein.

2. I am an attorney with Hughes & Taosaka, and am licensed to practice law before the courts of the State of Hawaii.

3. Attached hereto as Exhibit "A" is a true and correct copy of records I downloaded from the U.S. Naval Observatory Astronomical Applications Department's website.

4. Attached hereto as Exhibit "B" is a true and correct copy of Matson Navigation Company Policy number E-01-040, which was authenticated and submitted into the court record through the Declaration of Steve Rubin, filed

2

on February 14, 2006, in connection with Matson Navigation Company, Inc. ("Navigation") summary judgment motion against PLI.

     5. Attached hereto as Exhibit "C" is a true and correct copy of excerpts taken from the deposition of Plaintiff.

     I declare under penalty of perjury that the foregoing is true and correct.

     DATED at Honolulu, Hawaii    MAR 3 0 2006

_____
THOMAS E. IRONS