**Matson Navigation Company**                                Cargo Manual

| Title: Livestock Tender Qualifications and Rules | Revision Number: 0 | Effective Date: 01 Jan 98 | Number: E-01-040 |
|---|---|---|---|
| | Prepared By: P. A. Londynsky | Approved By: L. D. Korwatch | Page: 1 of 1 |

**1.0  Purpose**

1.1  To define the qualifications, requirements and expectations for the Livestock Tender(s) while onboard.

**2.0  Scope**

2.1  This applies to Matson vessels when carrying livestock.

**3.0  Responsibility**

3.1  The Master is responsible for ensuring the Livestock Tender is qualified and complies with this procedure.

**4.0  Procedure**

4.1  **Qualifications** — Livestock tenders shall be able to read, speak and understand English to a level that will enable them to comply with shipboard rules and regulations.

Livestock Tenders shall be able to read and understand this procedure. They shall be able to understand and follow orders of the Master and Chief Officer relative to the performance of their duties, including reasonable requirements associated with being a member of the crew such as the ability to respond to emergencies.

4.1.1  Livestock Tenders who, in the opinion of the Master, are unable to meet the language requirements shall not be accepted.

4.1.2  If a Livestock Tender is unacceptable the Master shall immediately notify the Terminal Manager where the vessel is docked to arrange for a replacement.

4.2  **Uncontrolled Copy** — When a Livestock Tender signs on a vessel, he/she shall be given an uncontrolled copy of this procedure.

4.3  **Livestock Tender to Remain** — A Livestock Tender is required to remain with the livestock under his/her responsibility when the livestock are in a Matson West Coast or Hawaii terminal. This includes stopovers in Honolulu for a shipment from a Neighbor Island to the West Coast.

EXHIBIT "F"

EXHIBIT "D"

## Matson Navigation Company

Cargo Manual

| Title: Livestock Tender Qualifications and Rules | Revision Number: 0 | Effective Date: 01 Jan 98 | Number: E-01-040 |
|---|---|---|---|
| | Prepared By: P. A. Londynsky | Approved By: L. D. Korwatch | Page: 3 of 3 |

4.12 **Post Sailing Clean-Up** — The Livestock Tender shall ensure that no feed or debris is left on the vessel after the livestock is discharged, and shall ensure all equipment left on the vessel is cleaned.

4.13 **Professional Conduct Expected** — Livestock Tenders are carried as "guests" of Matson onboard the vessels, and are expected to conduct themselves in a professional fashion. Livestock Tenders who do not do so, or who do not comply with the requirements set forth herein, are subject to being barred from sailing on Matson vessels.

4.14 **Humane Laws** — Compliance with all applicable humane laws is the responsibility of the shippers and their employees or contractors.

**Matson Navigation Company**                                    Cargo Manual

| Title: Livestock Tender Qualifications and Rules | Revision Number: 0 | Effective Date: 01 Jan 98 | Number: E-01-040 |
|---|---|---|---|
| | Prepared By: P. A. Londynsky | Approved By: L. D. Korwatch | Page: 2 of 2 |

4.4   **Water Provided** — Water shall be provided for the livestock in Honolulu, Oakland, Seattle and Terminal Island if requested.

4.5   **Water Removal** — Livestock Tenders shall clean and remove any animal waste on the terminal due to the livestock. Disposal of animal waste on Matson terminals is prohibited by the Department of Health.

4.6   **Present During Loading Discharge** — The Livestock Tender shall be in attendance while any animals he/she is responsible for are being stowed on or discharged from the vessel.

4.7   **Check-In** — The Livestock Tender shall check in with the Master or Chief Officer as soon as possible after boarding the vessel, but under no circumstances later than 7 hours prior to scheduled sailing time.

4.8   **Comply with Regulations** — The Livestock Tender shall comply with all shipboard rules and regulations, and comply with any special requirements during the voyage as requested by the Master or Chief Officer. This may include responding to reported problems with the livestock, assisting in the prevention of contamination of adjacent cargo due to the proximity of the livestock, disposing of dead animals, and other reasonable requests that may arise.

4.9   **Tour of Vessel** — The Master shall ensure the Livestock Tender is given a tour of the vessel and instructed in the onboard rules and regulations. This shall include, but is not limited to, safety and environmental regulations, emergency procedures, and common shipboard etiquette.

4.10  **Adequate Food and Water** — The Livestock Tender shall ensure the livestock receive adequate food and water in accordance with the shippers requirements. The Livestock Tender shall make sure there is sufficient feed onboard to last the duration of the expected voyage, plus three extra days. Fresh water will be provided to the Livestock Tender by the vessel.

4.11  **Daily Washdown** — The Livestock Tender shall attach drain hoses and wash down containers / trailers on a daily basis when authorized to do so by the Chief Officer.