```
 1              IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF HAWAII
 3
 4   BERT MEYER,                )CIVIL NO. 04-00049 HG/BMK
                                )(In Admiralty)
 5              Plaintiff,      )
                                )
 6        vs.                   )
                                )
 7   MATSON NAVIGATION COMPANY, )
     INC.,                      )
 8                              )
                Defendant.      )
 9   _____)
10
11             DEPOSITION OF BERT MEYER
12   Taken on behalf of the Defendant MATSON NAVIGATION
13   COMPANY, INC., at the law offices of Goodsill,
14   Anderson, Quinn & Stifel, 1099 Alakea Street, 1800
15   Ali'i Place, Honolulu, Hawaii 96813, commencing at
16   9:50 a.m., on Tuesday, August 31, 2004, pursuant to
17   Notice.
18
19        BEFORE:  MYRLA R. SEGAWA, CSR No. 397
20        Notary Public, State of Hawaii
21
22
23
24
25                  EXHIBIT "C"
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090

```
                                                                  2
 1   APPEARANCES:

 2
         For Plaintiff BERT METER:
 3
             PRESTON EASLEY, ESQ.
 4           2500 Via Cabrillo Marina, Suite 106
             San Pedro, California 90731-7724
 5

 6

 7       For Defendant MATSON NAVIGATION COMPANY, INC.:

 8           JOHN R. LACY, ESQ.
             Goodsill, Anderson, Quinn
 9            & Stifel
             1800 Alii Place
10           1099 Alakea Street
             Honolulu, Hawaii  96813
11

12

13

14

15

16           Received 11-4-04

17

18

19

20

21

22

23

24

25
```

77

1   A   Yes.
2   Q   And how were you able to tell that it was
3   feces?
4   A   The smell.
5   Q   Well, is there generally a smell in that
6   area while the pens are on the ship?
7   A   Yes.
8   Q   So even if there was nothing on the deck,
9   you would still have that smell, would you not?
10  A   Yes.
11  Q   So when you say by the smell, how do you
12  distinguish the smell that's usually there with the
13  pens versus some things dripping off the grate?
14  A   I put my clothes to my nose, and I sniffed
15  it.
16  Q   So you actually smelled some of the liquid?
17  A   Yes.
18  Q   To your knowledge, have any of the
19  longshoremen ever refused to work in the area because
20  it was dirty because of feces or urine?
21  A   No.
22  Q   Did you ever -- I don't want to use the
23  word threaten -- did you ever tell anyone from Matson
24  Terminals that you wouldn't work in the area until it
25  was cleaned up?

78

1    A    No.

2    Q    Did you consider doing that?

3    A    No, because I thought I would be written

4  up.

5    Q    Written up for what?

6    A    Refusing to work.

7    Q    Did you talk to anyone at the union about

8  whether you had to work on those conditions?

9    A    No.

10    Q    What about someone at McCabe, did you speak

11  with anyone at McCabe if you had to work in those

12  conditions?

13    A    Not that I can recall.

14    Q    In connection with this material that was

15  dripping on you, would you consider it to be a safety

16  hazard?

17    A    Yes.

18    Q    And had you learned from your work with the

19  other longshoremen that if there was a safety hazard

20  that you did not have to work in the area that you

21  could, in fact, hold off working until it was

22  corrected?

23    A    No, I wasn't aware.  Could you define

24  safety as I'm talking about health like I'm always

25  worried about the feces getting on me and getting

139

1           C E R T I F I C A T E

2  STATE OF HAWAII            )
                              ) SS:
3  CITY AND COUNTY OF HONOLULU )

4           I, MYRLA R. SEGAWA, Notary Public, State of

5  Hawaii, do hereby certify:

6           That on Tuesday, August 31, 2004, at

7  9:50 a.m., appeared before me BERT MEYER, the witness

8  whose deposition is contained herein; that prior to

9  being examined he was by me duly sworn;

10          That the deposition was taken down by me in

11 machine shorthand and was thereafter reduced to

12 typewriting under my supervision; that the foregoing

13 represents, to the best of my ability, a true and

14 correct transcript of the proceedings had in the

15 foregoing matter.

16          I further certify that I am not an attorney

17 for any of the parties hereto, nor in any way

18 concerned with the cause.

19          DATED this 13th day of September, 2004, in

20 Honolulu, Hawaii.

21

22

23          _____
            MYRLA R. SEGAWA, CSR NO. 397
            Notary Public, State of Hawaii
24          My Commission Exp: 1-27-2005

25