IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BERT MEYER, | ) | Civil No.: CV04 00049 JMS-BMK |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served on the parties listed below at their respective address by means indicated below.

|  | VIA HAND DELIVERY | VIA U.S. MAIL |
|---|---|---|
| PRESTON EASLEY, ESQ.<br>2500 Via Cabrilo Marina, Suite 106<br>San Pedro, California 90731-7724 | | X |

Attorney for Plaintiff
BERT MEYER

<u>VIA HAND DELIVERY</u>   <u>VIA U.S. MAIL</u>

JOHN R. LACY, ESQ.                                X
RANDOLF L.M. BALDEMOR, ESQ.
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

DATED:  Honolulu, Hawaii, ____MAR 3 0 2006_____.

_____
ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.