IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

--oOo--

**CERTIFIED COPY**

BERT MEYER,                         )
                                    )
            Plaintiff,              ) Civil No.: 04-00049 HG-BMK
                                    )
     vs.                            )
                                    )
MATSON NAVIGATION COMPANY,          )
INC., and PACIFIC LIVESTOCK,        )
INC.,                               )
                                    )
            Defendants.             )
_____)

DEPOSITION OF ERIC B. JOHNSON

DATE:           August 24, 2005

TIME:           1:37 p.m.

LOCATION:       MATSON NAVIGATION COMPANY
                555 12th Street
                Oakland, California  94607

REPORTED BY:    Lisa R. Keeling
                Certified Shorthand Reporter
                License Number C-10518

**DISK ENCLOSED**



EXHIBIT "C"

PULONE & STROMBERG, INC.
CERTIFIED SHORTHAND REPORTING
AND VIDEOCONFERENCING SERVICES

Offices located in:
San Jose, California
(408) 280-1252
Santa Cruz, California
(831) 459-6668

1

DEPOSITION OF ERIC B. JOHNSON

```
                    A P P E A R A N C E S

For the Plaintiff:        LAW OFFICES OF PRESTON EASLEY
BERT MEYER                BY:  PRESTON EASLEY
                          2500 Via Cabrillo Marina
                          Suite 106
                          San Pedro, CA  90731-7724
                          (310) 832-5315

For the Defendants:       GOODSILL, ANDERSON, QUINN &
MATSON NAVIGATION         STIFEL
                          BY:  JOHN R. LACY
                          Alii Place
                          1099 Alakea Street
                          Suite 1800
                          Honolulu, Hawaii  96813
                          (808) 547-5600

Also Present:  Barbara A. Bodager
```

```
 1              I N D E X   O F   E X A M I N A T I O N
 2    Examination by:                                              Page
 3         Mr. Easley ................................................ 4
 4         Mr. Lacy ................................................. 41
 5              I N D E X   O F   E X H I B I T S
 6    Defendants'              Description                          Page
 7    Exhibit
 8    1    Accident Report ............................... 14
 9    2    Color Photo ................................... 15
10    3    Color Photo ................................... 15
11    4    Chief Mate Cargo Letter ....................... 21
12    5    Safety Meeting Report ......................... 31
```

DEPOSITION OF ERIC B. JOHNSON

1  to him.

2  Who provides the hoses for the livestock
3  tenders?

4  A.  Which hoses?

5  Q.  Whatever hoses they have on the ship.

6  A.  The ship provides the waste hoses, and I'm not
7  positive but I think they supply their own fresh water
8  hoses or in some instances we have -- we have fresh water
9  hoses as well, but I believe they provide their own fresh
10 water hoses.

11 Q.  After giving them their original instructions in
12 Oakland when it came time to do the wash-down, as you got
13 closer to Honolulu did you go tell them it's time to do
14 the wash-down now?

15 A.  No.

16 Q.  Okay.  Did you conduct any kind of inspection
17 before the ship got into Honolulu to make sure that they
18 had done a wash-down?

19 A.  Yes.

20 Q.  And when did you do that inspection?

21 A.  Oh, I can't remember if the ship arrived in the
22 late afternoon or evening.  It would have been in the
23 afternoon depending on what work I had going.  It could
24 have been the morning, it could have been afternoon, but
25 it would have been after the wash-down was completed and

27

```
 1      A.   Yes.
 2      Q.   With the catwalk, right?
 3      A.   Enough so it's going to rest on there safely,
 4 yes.
 5      Q.   When the livestock tenders do their wash-down,
 6 do you know what their wash-down is supposed to consist
 7 of?
 8      A.   I don't remember.
 9      Q.   Was the wash-down supposed to be done before the
10 lines were pulled?
11      A.   Yes.
12      Q.   And how long before docking are the lines
13 usually pulled?
14      A.   Like I said earlier, it could be late morning or
15 it could be afternoon.  If you were on an evening
16 arrival, four or six hours doing it during daylight.  So
17 it depends when you arrive.
18      Q.   I've been told that when you come into Honolulu
19 there's some type of joint safety inspection that's done
20 by both the crew and the stevedore superintendents as
21 kind of a pre-work inspection before the longshoremen
22 come aboard.  Have you ever heard of that?
23      A.   That's correct.  Yes, there is.
24      Q.   And was that done prior to Mr. Meyer coming
25 aboard on October 1st, 2002?
```

34

DEPOSITION OF ERIC B. JOHNSON

1  A.  Yes. The superintendent chief mate does one
2  with him or night mate.
3  Q.  And did you participate in that pre-cargo work
4  safety inspection?
5  A.  If we started cargo immediately and I was there,
6  I probably was. But I don't know.
7  Q.  And is there some form that's utilized in that
8  inspection?
9  A.  Yes.
10  Q.  What's the form called?
11  A.  I don't remember.
12  Q.  Is the form provided by Matson Terminals?
13  A.  I can't remember if it's Matson Terminals or the
14  ship.
15  Q.  Okay.
16  A.  I don't normally work there.
17  Q.  What does the form say on it?
18  A.  I don't -- it's been -- I don't even remember
19  what's on it. I know it's basic safety items on a ship.
20  And I know it's got more stuff on there than that, but I
21  don't remember.
22  Q.  I may have asked you this before. Forgive me if
23  I have. Are you aware of anybody making any complaints
24  about the gaps between the hatch lids and the grating on
25  either the Lahui, Gadao or Ewa?

35

DEPOSITION OF ERIC B. JOHNSON

1    MR. EASLEY: Okay. Let's go off the record a
2    minute.
3         (Discussion held off the record.)
4    MR. EASLEY: Parties have agreed that a
5    certified copy of the transcript will be sent to
6    Mr. Lacy's office and that the witness will have 45 days
7    from Mr. Lacy's receipt of the transcript to sign under
8    penalty of perjury and make any corrections he feels
9    necessary. And then Mr. Lacy will have to notify me and
10   the court reporter of the signature page and any changes
11   by that time; otherwise, an unsigned copy could be used
12   for all purposes as the original.
13        Mr. Johnson advises us that he'll be at sea at
14   that time. If there's some kind of problem in obtaining
15   his signature, I would ask that Mr. Lacy just contact me
16   before time's up and we'll make whatever other
17   arrangements that are necessary.
18        MR. LACY: All right.
19            (Whereupon, the deposition of
20            ERIC B. JOHNSON, was concluded
21            at 2:39 p.m. this date.)
22
23            --- oOo ---
24
25
                                                    42

PULONE & STROMBERG (408) 280-1252

DEPOSITION OF ERIC B. JOHNSON

1    I certify under penalty of perjury under the
2    laws of the State of California that the foregoing is
3    true and correct.
4
5
6    Date _____        _____
7                                          ERIC B. JOHNSON
8
9                    --- oOo ---
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

43

DEPOSITION OF ERIC B. JOHNSON

```
 4   STATE OF CALIFORNIA,      )
                               )  ss.
 5   COUNTY OF SANTA CLARA     )
```

  7       I, LISA R. KEELING, a Certified Shorthand

  8  Reporter in and for the State of California, hereby

  9  certify that the witness in the foregoing deposition,

 10                    ERIC B. JOHNSON,

 11  was by me duly sworn to tell the truth, the whole truth

 12  and nothing but the truth in the within-entitled cause,

 13  and that the foregoing is a full, true and correct

 14  transcript of the proceedings had at the taking of said

 15  deposition, reported to the best of my ability and

 16  transcribed under my direction.

 19  Date ___9-8___, 2005        _Lisa R. Keeling_
 20                              CSR Number C-10518

44

PULONE & STROMBERG (408) 280-1252