# VESSEL SAFETY INSPECTION REPORT
## MATSON TERMINALS, INC.

*a KB 10/2*

Vessel: __Lihue V138__

Port & Berth: __P53 Honolulu__

Date & Shift: __10/1/02 Night__

Time Inspection Completed: __1900__

Inspectors Present (whomever applies):

Stevedore Superintendent: __Ay S Ka__

Vessel Representative: __[signature] P.R.O.__

Walking Bosses/Foreman: _____

"Pre-Start" Inspection __✓__

"Pre-Shift" Inspection _____

Check One

The check list below is only a reminder. Matson Terminals, Inc. inspectors shall examine for, report and correct ALL safety problems. If a hazard is noted, please explain fully under "COMMENTS" and, if necessary, on an attachment to this form. A VESSEL REPRESENTATIVE SHALL ACCOMPANY THE INSPECTORS ON "PRE-START" INSPECTIONS MADE BEFORE THE COMMENCEMENT OF STEVEDORING OPERATIONS. VESSEL REPRESENTATIVES NEED NOT BE IN ATTENDANCE DURING SUBSEQUENT "PRE-SHIFT" INSPECTIONS.

| | | YES | NO |
|---|---|---|---|
| (1) | Did you examine all areas of expected operations aboard the vessel which could be inspected? (If NO, explain under COMMENTS) | ✓ | |
| (2) | Were work areas free and clear of dangerous tripping and slipping hazards? (If NO, explain under COMMENTS) | ✓ | |
| (3) | Were all walkways, stagings and deck areas sound and in good repair? (If NO, explain under COMMENTS) | ✓ | |
| (4) | Was all equipment to be used during operations, including vessel equipment, operable and in good repair? (If NO, explain under COMMENTS) | ✓ | |
| (5) | Were there any dangers posed by the cargo or its stowage: (If YES, explain under COMMENTS) | | ✓ |
| (6) | Were all necessary safety devices in position, operable and in good working order? (If NO, explain under COMMENTS) | ✓ | |
| (7) | Did the vessel representative point out any safety hazards? (If YES, explain under COMMENTS) | | ✓ |
| (8) | Were any other hazards found? (If YES, explain under COMMENTS) | | ✓ |
| (9) | If you encountered any safety problems did you advise and instruct all other Supervisors, Superintendents, Walking Bosses and Foremen? (If NO, explain under COMMENTS) | ✓ | |
| (10) | Was first aid and emergency equipment adequate and in the immediate vicinity of the vessel? (If NO, explain under COMMENTS) | ✓ | |
| (11) | Were any safety complaints presented by employees before commencement of the shift? (If YES, explain under COMMENTS) | | ✓ |

** TURN PAGE OVER ** EXHIBIT __"D"__

SPECIFY BELOW AND IF NECESSARY ON AN ATTACHMENT TO THIS FORM ANY PROBLEMS NOTED ABOVE.

COMMENTS: _____

_____

_____

_____

_____

_____

_____

_____

Pre-Shift safety talk given by: _Craig Kato_

Name of Person preparing Report (typed or printed): _Craig Kato_

Signature of Person Preparing Report: _Cg S. K___

Date & Time of Preparation of Report: _10/1/02  1800_

Distribution:

Original (depending on port location):

    - Manager, Terminal Operations (Safety) - TI & Oak.
    - Superintendent (Safety) - Seattle, or,
    - Manager Stevedoring Operations - Honolulu

Copy  - Local Vessel File, Matson Terminals, Inc.
      - Vessel Owner (Agent - Customer Vessels/Marine Operations Dept., SF - Matson vessels)

NOTE: Only send copies of this report to Director Safety, Matson Terminals, Inc. when safety issues are noted. "Clean" reports should not be forwarded to his attention.

(Revised 8/91)