```
 1                IN THE UNITED STATES DISTRICT COURT
 2                     FOR THE DISTRICT OF HAWAII
 3
 4   BERT MEYER,                  ) CIVIL NO. 04-00049 HG/BMK
                                  ) (In Admiralty)
 5              Plaintiff,        )
                                  )
 6        vs.                     )
                                  )
 7   MATSON NAVIGATION COMPANY,   )
     INC.,                        )
 8                                )
                Defendant.        )
 9   _____)
10
11                    DEPOSITION OF BERT MEYER
12   Taken on behalf of the Defendant MATSON NAVIGATION
13   COMPANY, INC., at the law offices of Goodsill,
14   Anderson, Quinn & Stifel, 1099 Alakea Street, 1800
15   Ali'i Place, Honolulu, Hawaii 96813, commencing at
16   9:50 a.m., on Tuesday, August 31, 2004, pursuant to
17   Notice.
18
19            BEFORE:  MYRLA R. SEGAWA, CSR No. 397
20                     Notary Public, State of Hawaii
21
22
23
24
25                    EXHIBIT "F"
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090

```
                                                              2
 1   APPEARANCES:

 2

 3       For Plaintiff BERT METER:

 4           PRESTON EASLEY, ESQ.
             2500 Via Cabrillo Marina, Suite 106
 5           San Pedro, California 90731-7724

 6


 7       For Defendant MATSON NAVIGATION COMPANY, INC.:

 8           JOHN R. LACY, ESQ.
             Goodsill, Anderson, Quinn
 9            & Stifel
             1800 Alii Place
10           1099 Alakea Street
             Honolulu, Hawaii  96813
11

12

13

14

15                 Received 11-4-04

16

17

18

19

20

21

22

23

24

25
```

RALPH ROSENBERG COURT REPORTERS, INC.
Honolulu, HI (808) 524-2090

```
 1  side of the photograph?
 2      A    Yes.
 3      Q    And then is there another container that is
 4  in-shore of that particular container?
 5      A    Yes.
 6      Q    And was that the configuration of the
 7  containers on the night of the accident?
 8      A    Yes.
 9      Q    And again, the padeye that you stepped on
10  is shown in kind of the center of the photograph?
11      A    Yes.
12      Q    If you could just mark it with a P again,
13  please.
14      A    (Witness complies.)
15      Q    The second padeye that's depicted there,
16  does that show a turn buckle through the padeye?
17      A    Yes.
18      Q    On the evening of the accident, was there a
19  turn buckle located in that padeye?
20      A    I don't recall.
21      Q    If the cone men had come through -- excuse
22  me, the lashing gang has come through and removed the
23  lashing, would they normally remove those turn
24  buckles?
25      A    I think -- at this time no, only the one
```

1  that hung over the lid.
2     Q   So on the night of the accident, you're
3  just not sure if there was a turn buckle there or
4  not?
5     A   I'm not sure.
6     Q   If there is a turn buckle there, you could
7  not place your foot in that area around the turn
8  buckle, correct?
9     A   You wouldn't want to step on that.  There
10 would be grease all over the turn buckle.  This brown
11 stuff that's on the turn buckle is all grease.
12    Q   Do you know on the night of the incident
13 whether there was any grease on the padeye that you
14 stepped on?
15    A   I don't know.
16    Q   Is there anything about the container
17 that's sitting there that's of any significance or
18 did it just happen to be there at the time you took
19 the photograph?
20    A   It just happened to be there at the time I
21 took the photograph.
22    Q   Now, while we're on photographs, let me
23 show you Exhibit 5 which is a photograph I think
24 Mr. Easley took during the inspection.
25         MR. EASLEY:  Now we're getting to the

139

1          C E R T I F I C A T E

2  STATE OF HAWAII              )
                                ) SS:
3  CITY AND COUNTY OF HONOLULU  )

4          I, MYRLA R. SEGAWA, Notary Public, State of

5  Hawaii, do hereby certify:

6          That on Tuesday, August 31, 2004, at

7  9:50 a.m., appeared before me BERT MEYER, the witness

8  whose deposition is contained herein; that prior to

9  being examined he was by me duly sworn;

10         That the deposition was taken down by me in

11 machine shorthand and was thereafter reduced to

12 typewriting under my supervision; that the foregoing

13 represents, to the best of my ability, a true and

14 correct transcript of the proceedings had in the

15 foregoing matter.

16         I further certify that I am not an attorney

17 for any of the parties hereto, nor in any way

18 concerned with the cause.

19         DATED this 13th day of September, 2004, in

20 Honolulu, Hawaii.

21

22

23                         MYRLA R. SEGAWA, CSR NO. 397
                           Notary Public, State of Hawaii
24                         My Commission Exp: 1-27-2005

25