ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone:  (310) 832-5315
Facsimile:   (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 0 2006

at ___ o'clock and ___ min.___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | Civil No.: CV 04-00049 JMS-BMK |
| Plaintiff, | (In Admiralty) |
| v. | CERTIFICATE OF SERVICE RE SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF LONGSHORE RECORDS OF MATSON TERMINALS, INC. |
| MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC., | |
| Defendants. | |

CERTIFICATE OF SERVICE
RE SUBPOENA IN A CIVIL CASE; NOTICE OF
LONGSHORE RECORDS OF MATSON TERMINALS, INC.

I hereby certify that on this date copies of SUBPOENA IN A CIVIL CASE;

NOTICE OF LONGSHORE RECORDS OF MATSON TERMINALS, INC. were

duly served upon the following in the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|

John  R. Lacy, Esq.                             X
Randolf L.M. Baldemor, Esq.
GOODSILL ANDERSON
QUINN & STIFEL
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813

Attorneys for Defendant
MATSON NAVIGATION
COMPANY, INC.

Thomas Irons, Esq.                              X
HUGHES & TAOSAKA
1001 Bishop St., Suite 900
Pauahi Tower
Honolulu, HI 96813

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

Pacific Reporting Services                       X
Unlimited
733 Bishop Street
Makai Tower, Suite 1470
Honolulu, HI 96813


Dated:  March 21, 2006

_____
Patti Bannon