ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone:  (310) 832-5315
Facsimile:   (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | Civil No.: CV 04-00049 JMS-BMK |
| Plaintiff, | (In Admiralty) |
| v. | CERTIFICATE OF SERVICE RE REQUEST FOR INSPTECTION OF S/S LIHUE WITH LIVESTOCK ABOARD |
| MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC., | |
| Defendants. | |

CERTIFICATE OF SERVICE RE REQUEST FOR
INSPECTION OF S/S LIHUE WITH LIVESTOCK ABOARD

I hereby certify that on this date copies of REQUEST FOR INSPECTION OF

S/S LIHUE WITH LIVESTOCK ABOARD were duly served upon the following in

the manner indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| John R. Lacy, Esq.<br>Randolf L.M. Baldemor, Esq.<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place, Suite 1800<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION<br>COMPANY, INC. | X | | |
| Thomas Irons, Esq.<br>HUGHES & TAOSAKA<br>1001 Bishop St., Suite 900<br>Pauahi Tower<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. | X | | |

Dated: March 27, 2006

/s/ Patti Bannon
Patti Bannon