ORIGINAL

PRESTON EASLEY, ESQ./Cal. State Bar No.: 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 05 2006

at __1__ o'clock and __35__ min __A__ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATSON NAVIGATION ) <br> COMPANY, INC.; and ) <br> PACIFIC LIVESTOCK, INC., ) <br> ) <br> Defendants. ) | Civil No.: CV 04-00049 JMS-BMK <br><br> (In Admiralty) <br><br> CERTIFICATE OF SERVICE RE PLAINTIFF'S SECOND AMENDE WITNESS LIST |

CERTIFICATE OF SERVICE RE PLAINTIFF'S
SECOND AMENDED WITNESS LIST

I hereby certify that on this date copies of PLAINTIFF'S SECOND

AMENDED WITNESS LIST were duly served upon the following in the manner

indicated below, addressed as follows:

|  | Mailed | Delivered | Via Facsimile |
|---|---|---|---|
| John R. Lacy, Esq.<br>Randolf L.M. Baldemor, Esq.<br>GOODSILL ANDERSON<br>QUINN & STIFEL<br>Alii Place, Suite 1800<br>1099 Alakea Street<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>MATSON NAVIGATION<br>COMPANY, INC. | X | | |
| Thomas Irons, Esq.<br>HUGHES & TAOSAKA<br>1001 Bishop St., Suite 900<br>Pauahi Tower<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. | X | | |

Dated: March 21, 2006

_____
Patti Bannon