ORIGINAL

PRESTON EASLEY, ESQ./Cal State Bar No. 108347
LAW OFFICES OF PRESTON EASLEY
2500 Via Cabrillo Marina, Suite 106
San Pedro, California 90731-7724
Telephone: (310) 832-5315
Facsimile: (310) 832-7730

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 05 2006

at ____ o'clock and ____ min.___M
SUE BEITIA, CLERK

ATTORNEY FOR: Plaintiff
                BERT MEYER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, ) | Civil No.: 04-00049 JMS-BMK |
| ) | (In Admiralty) |
| ) | |
| Plaintiff, ) | PLAINTIFF'S SECOND |
| v. ) | AMENDED WITNESS LIST |
| ) | |
| MATSON NAVIGATION ) | |
| COMPANY, INC., and ) | |
| PACIFIC LIVESTOCK, INC., ) | |
| ) | |
| ) | |
| Defendants. ) | |

COMES NOW PLAINTIFF BERT MEYER and submits the

following Second Amended Witness List:

   1.   Bert Meyer – will testify about his accident, medical treatment,

earnings, and his physical condition.

2.    Daniel Farney – Matson Terminals superintendent will testify about circumstances of accident.

3.    Eric Johnson – S/S LIHUE vessel master will testify about accident and vessel and Matson Navigation safety procedures.

4.    H.G. Walsh – former chief mate on S/S LIHUE will testify about problems with animal tenders and wash down procedures.

5.    Keahi Birch – Matson Navigation safety manager in Hawaii will testify about Matson's safety policies.

6.    Paul Londynsky – Matson Navigation corporate safety director will testify about Matson's safety policies.

7.    Henry Olson – Matson Navigation naval architect will testify about history and design features of S/S LIHUE.

8.    Greg Kinnel – animal tender aboard S/S LIHUE employed by Pacific Livestock will testify about the wash down of animal waste on S/S LIHUE.

9.    James Souza – McCabe longshoreman will testify regarding working conditions on the S/S LIHUE.

10.   Armando Martinez – will testify about M/V SANDRA BLANCA and his job as a longshore crane operator.

11.  John Robinette – Matson Navigation claims manager will authenticate Vessel Safety Inspection Report.

12.  Heidi Kahlbaum – workers' compensation adjuster at Frank Gates Acclaim will testify about recorded statement from plaintiff, medical payments, and workers' compensation lien.

13.  Raymond Antone – Matson Terminals superintendent will testify about preparation of accident report and accident.

14.  Randolf Baldemor – will authenticate Vessel Safety Inspection Report.

15.  Ernie Jose – workers' compensation adjuster at Frank Gates Acclaim will testify about cost of plaintiff's medical treatment and workers' compensation lien.

16.  Kraig Kennedy – vice president of McCabe, Hamilton & Renny Co., Ltd. will verify plaintiff's wages.

17.  Nalani Foreman – office manager at McCabe, Hamilton & Renny Co., Ltd. will verify plaintiff's wages.

18.  Craig Kato – Matson Terminals stevedore superintendent will testify about conditions aboard the S/S LIHUE, stevedoring operations, and plaintiff's accident.

19. Tim Reinholdt – Matson Navigation mate will testify about conditions aboard the S/S LIHUE, stevedoring operations, and plaintiff's accident.

20. Pat Glenn – Matson Navigation mate will testify about conditions aboard the S/S LIHUE, stevedoring operations, and plaintiff's accident.

21. Carl Stein – Matson Navigation mate will testify about conditions aboard the S/S LIHUE, stevedoring operations, and plaintiff's accident.

22. Steven Kaneshiro, M.D. – plaintiff's treating physician will testify about plaintiff's medical treatment and condition.

23. Thomas Kane, M.D. – plaintiff's treating physician will testify about plaintiff's medical treatment and condition.

24. Capt. Robert Riley – plaintiff's safety expert will testify about safety issues involving plaintiff's accident.

Dated: March 21, 2006

PRESTON EASLEY
Attorney for Plaintiff
BERT MEYER

4