GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                         1397-0
    jlacy@goodsill.com
RANDOLF L. M. BALDEMOR   7421-0
    rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>        Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC., and PACIFIC LIVESTOCK, INC.,<br><br>        Defendants. | CIVIL NO. 1:04cv 00049JMS-BMK<br><br>CERTIFICATE OF SERVICE<br><br>[Re: Defendant Matson Navigation Company, Inc.'s Response to Plaintiff's Request for Admissions to Defendant Matson Navigation Company, Inc., Set No. One, dated March 6, 2006] |

1342309.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date and by methods of service noted below, an original and one copy of *Defendant Matson Navigation Company, Inc.'s Response to Plaintiff's Request for Admissions to Defendant Matson Navigation Company, Inc., Set No. One dated March 6, 2006* were duly served on the following at their last known addresses:

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| PRESTON EASLEY, ESQ.<br>2500 Via Cabrillo Marina, Suite 106<br>San Pedro, California 90731-7724 | maritime<br>@earthlink.net | ☒ |

Attorney for Plaintiff
BERT T. MEYER

I FURTHER CERTIFY that on this date and by methods of service noted below, a true and correct copy of *Defendant Matson Navigation Company, Inc.'s Response to Plaintiff's Request for Admissions to Defendant Matson Navigation Company, Inc., Set No. One dated March 6, 2006* were duly served on the following at their last known addresses:

//
//

1342309.1

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| ROY F. HUGHES, ESQ.<br>THOMAS E. IRONS, ESQ.<br>Pauahi Tower, Suite 900<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>PACIFIC LIVESTOCK, INC. |  | ☒ |

DATED: Honolulu, Hawaii, April 5, 2006.

/s/ Randolf L.M. Baldemor
JOHN R. LACY
RANDOLF L.M. BALDEMOR

Attorneys for Defendant
MATSON NAVIGATION CO., INC.

2