IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC.,<br><br>　　　　　Defendant. | CIVIL NO. 1:04cv 00049JMS-BMK<br><br>DECLARATION OF BARBARA A. BODAGER and EXHIBIT "A" |

## DECLARATION OF BARBARA A. BODAGER

I, BARBARA A. BODAGER, declare:

1.  I am employed by Matson Navigation Company, Inc. ("Matson Navigation") as Assistant General Counsel, and I have personal knowledge of the matters stated in this declaration. I am fully competent to testify with respect to these matters.

2.  Attached hereto as Exhibit "A" is a true and correct copy of prior versions of portions of Freight Tariff No. 14-F which contain the indemnity

agreement in question. As indicated by document D 1507, the indemnity provision in questions has been part of Freight Tariff No. 14-F since as early as May 1998.

I declare the foregoing under penalty of perjury under the laws of the United States.

DATED: Oakland, California, April 6, 2006.

/s/ Barbara A. Bodager
BARBARA A. BODAGER