MASTER CANCELLED

| MATSON NAVIGATION COMPANY, INC | ORIGINAL/REVISED | | PAGE |
|---|---|---|---|
| | 65th Revised | | 116 |
| FREIGHT TARIFF NO. 14-F, STB MATS NO. 34 | CANCELS | | PAGE |
| | 64th Revised | | 116 |
| FROM: PACIFIC COAST PORTS     TO: HAWAII PORTS | ISSUE DATE | EFFECTIVE DATE | |
| | April 3, 2002 | April 14, 2002 | |
| | CORRECTION NO. | | 3975 |

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER | ITEM |
|---|---|
| (Except as otherwise provided) | |

| LIVESTOCK, NOS - continued | 1231 (cont'd) |

NOTE 4:   The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:   Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:   Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. [A]   Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $23.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of any person; any loss or damage to cargo, other property or the vessel; or any other loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $383. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:   MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock en route is the responsibility of shipper.

NOTE 8:   As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
(a)   The shipping document must describe the container which will be stopped in transit at Honolulu.  The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.
(b)   The loading of any other cargo into the transited container at Honolulu is prohibited.  Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.

D   1486

For explanation of abbreviations and reference marks, see page 26.

**EXHIBIT "A"**

MASTER FILE
CANCELLED

| | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 64th Revised | 116 |
| | CANCELS | PAGE |
| | 63rd Revised | 116 |

**MATSON NAVIGATION COMPANY, INC**
FREIGHT TARIFF NO. 14-F, STB MATS NO. 34

| ISSUE DATE | EFFECTIVE DATE |
|---|---|
| February 9, 2001 | February 15, 2001 |

FROM: PACIFIC COAST PORTS        TO: HAWAII PORTS

| CORRECTION NO. | 3650 |
|---|---|

### SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER

(Except as otherwise provided)

ITEM
1231
(cont'd)
[R]

LIVESTOCK, NOS - continued

NOTE 4: The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5: Freight charges on livestock must be prepaid or guaranteed.

NOTE 6: Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $22.71 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of any person; any loss or damage to cargo, other property or the vessel; or any other loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper. The attendant will be furnished meals and quarters during the voyage at a separate charge of $373. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7: MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock en route is the responsibility of shipper.

NOTE 8: As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.

(a) The shipping document must describe by number the container which will be stopped in transit at Honolulu. The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.

(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.

D  1487



| ORIGINAL/REVISED | PAGE |
|---|---|
| 63rd Revised | 116 |
| CANCELS | PAGE |
| 62nd Revised | 116 |

**MATSON NAVIGATION COMPANY, INC**
FREIGHT TARIFF NO. 14-F, STB MATS NO. 34

| ISSUE DATE | EFFECTIVE DATE |
|---|---|
| February 5, 2001 | February 14, 2001 |

FROM: PACIFIC COAST PORTS        TO: HAWAII PORTS

| CORRECTION NO. | 3599 |
|---|---|

SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER

(Except as otherwise provided)

| | ITEM |
|---|---|

LIVESTOCK, NOS - continued

ITEM: 1231 (cont'd) [A]

NOTE 4:   The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:   Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:   Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $23.50 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of any person; any loss or damage to cargo, other property or the vessel; or any other loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper. The attendant will be furnished meals and quarters during the voyage at a separate charge of $386. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:   MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock en route is the responsibility of shipper.

NOTE 8:   As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.

(a)   The shipping document must describe by number the container which will be stopped in transit at Honolulu. The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.

(b)   The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.

D   1468



| ORIGINAL/REVISED | | PAGE |
|---|---|---|
| 62nd Revised | | 116 |
| CANCELS | | PAGE |
| 61st Revised | | 116 |

**MATSON NAVIGATION COMPANY, INC**
FREIGHT TARIFF NO. 14-F, STB MATS NO. 34

| ISSUE DATE | EFFECTIVE DATE |
|---|---|
| December 26, 2000 | December 28, 2000 |
| CORRECTION NO. | 3495 |

FROM: PACIFIC COAST PORTS          TO: HAWAII PORTS

SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER

(Except as otherwise provided)

|  | ITEM |
|---|---|
| | 1231 (cont'd) |

LIVESTOCK, NOS - continued

NOTE 4: The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5: Freight charges on livestock must be prepaid or guaranteed.

NOTE 6: Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $22.71 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of any person; any loss or damage to cargo, other property or the vessel; or any other loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper. The attendant will be furnished meals and quarters during the voyage at a separate charge of $373. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7: MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsibility of shipper.

NOTE 8: As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is
[C] Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.

(a) The shipping document must describe by number the container which will be stopped in transit in Honolulu. The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.

(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.

D  1489

For explanation of abbreviations and reference marks, see page 26.

CANCELLED

| | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 61st Revised | 116 |
| **MATSON NAVIGATION COMPANY, INC** | CANCELS | PAGE |
| FREIGHT TARIFF NO. 14-F, STB MATS NO. 34 | 60th Revised | 116 |

| | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|
| FROM: PACIFIC COAST PORTS      TO: HAWAII PORTS | July 27, 2000 | July 29, 2000 |
| | CORRECTION NO. | 3374 |

## SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER

(Except as otherwise provided)

| | ITEM |
|---|---|
| LIVESTOCK, NOS - continued | 1231 (cont'd) |

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $22.71 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of any person; any loss or damage to cargo, other property or the vessel; or any other loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper. The attendant will be furnished meals and quarters during the voyage at a separate charge of $373. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsibility of shipper.

NOTE 8:  As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container si [C] [T]  Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.

(a)  The shipping document must describe by number the container which will be stopped in transit at Honolulu. The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.

(b)  The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.

(c)  This Note expires with August 19, 2000.

D  1490



| | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 60th Revised | 116 |
| **MATSON NAVIGATION COMPANY, INC** | CANCELS | PAGE |
| FREIGHT TARIFF NO. 14-F, STB MATS NO. 34 | 59th Revised | 116 |

| | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|
| FROM: PACIFIC COAST PORTS    TO: HAWAII PORTS | May 11, 2000 | May 13, 2000 |
| | CORRECTION NO. | 3355 |

SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER

(Except as otherwise provided)

| | ITEM |
|---|---|
| LIVESTOCK, NOS - continued | 1231 (cont'd) |

NOTE 4:   The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:   Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:   Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $22.71 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $373. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:   MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsibility of shipper.

D   1491

CANCELLED

| | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 59th Revised | 116 |
| **MATSON NAVIGATION COMPANY, INC** | CANCELS | PAGE |
| FREIGHT TARIFF NO. 14-F, STB MATS NO. 34 | 58th Revised | 116 |

| | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|
| FROM: PACIFIC COAST PORTS      TO: HAWAII PORTS | March 14, 2000 | March 16, 2000 |
| | CORRECTION NO. | 3324 |

## SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER

(Except as otherwise provided)

ITEM

**LIVESTOCK, NOS - continued**

1231
(cont'd)

NOTE 4: The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5: Freight charges on livestock must be prepaid or guaranteed.

NOTE 6: Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $22.71 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper. The attendant will be furnished meals and quarters during the voyage at a separate charge of $373. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7: MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsibility of shipper.

NOTE 8: As an exception to paragraph 24 (c), Definition of Technical Terms, when the final destination of a container is
[C]       Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.

(a) The shipping document must describe by number the container which will be stopped in transit at Honolulu. The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.

(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.

(c) This note expires with March 17, 2000.

D  1492



| MATSON NAVIGATION COMPANY, INC | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 58th Revised | 116 |
| FREIGHT TARIFF NO. 14-F, STB NO. 34 | CANCELS | PAGE |
| | 57th Revised | 116 |

| | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|
| FROM: PACIFIC COAST PORTS    TO: HAWAII PORTS | January 26, 2000 | February 14, 2000 |
| | CORRECTION NO. | 3257 |

SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER

(Except as otherwise provided)

| | ITEM |
|---|---|
| LIVESTOCK, NOS  - continued | 1231 (cont'd) [A] |

NOTE 4: The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5: Freight charges on livestock must be prepaid or guaranteed.

NOTE 6: Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $22.71 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $373. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7: MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsibility of shipper.

D    1493

For explanation of abbreviations and reference marks, see page 26.



| MATSON NAVIGATION COMPANY, INC. | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 57th Revised | 116 |
| FREIGHT TARIFF 14-F, STB MATS NO. 34 | CANCELS | PAGE |
| | 56th Revised | 116 |

| | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|
| FROM: PACIFIC COAST PORTS    TO: HAWAII PORTS | June 22, 1999 | June 24, 1999 |
| | CORRECTION NO. | 3035 |

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS - continued

ITEM NO. 1231 (cont'd.)

NOTE 4: The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5: Freight charges on livestock must be prepaid or guaranteed.

NOTE 6: Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.86 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper. The attendant will be furnished meals and quarters during the voyage at a separate charge of $359. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7: MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsiblity of shipper.

[D]

D 1494

MASTER FILE
CANCELLED

| MATSON NAVIGATION COMPANY, INC. | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 56th Revised | 116 |
| FREIGHT TARIFF 14-F, STB MATS NO. 34 | CANCELS | PAGE |
| | 55th Revised | 116 |

| | | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|---|
| FROM:   PACIFIC COAST PORTS | TO:   HAWAII PORTS | May 27, 1999 | May 29, 1999 |
| | | CORRECTION NO. | 3009 |

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS - continued

**NOTE 4:** The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

**NOTE 5:** Freight charges on livestock must be prepaid or guaranteed.

**NOTE 6:** Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.86 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper. The attendant will be furnished meals and quarters during the voyage at a separate charge of $359. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

**NOTE 7:** MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsiblity of shipper.

**NOTE 8:** As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination
**[C]** of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
  (a) The shipping document must describe by number the container which will be stopped in transit at Honolulu. The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.
  (b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.
  (c) This note expires with May 30, 1999.

ITEM NO. 1231 (cont'd.)

D 1495

MASTER FILE
CANCELLED

# MATSON NAVIGATION COMPANY, INC.

FREIGHT TARIFF 14-F, STB MATS NO. 34

| ORIGINAL/REVISED | PAGE |
|---|---|
| 55th Revised | 116 |
| CANCELS | PAGE |
| 54th Revised | 116 |

| ISSUE DATE | EFFECTIVE DATE |
|---|---|
| February 1, 1999 | February 14, 1999 |

FROM:
   PACIFIC COAST PORTS

TO:
   HAWAII PORTS

| CORRECTION NO. | 2914 |
|---|---|

SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER
(Except as otherwise provided)

ITEM NO.

1231
(cont'd.)
[A]

LIVESTOCK, NOS  - continued

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of
         bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff
         No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly
         paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may
         provide an attendant.  Shipper of weaner calves under this item must provide livestock
         attendant(s).

         A maximum of two livestock attendants can be carried per voyage, and will be assigned to the
         first shipper(s) requesting accommodations. Subsequent requests for that voyage will be
         declined; however, carrier will identify to those requesting space the name of the shipper(s)
         holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning
         the attendant is solely the responsibility of the shippers involved, and the responsibility for
         compliance with these provisions and the the charges herein remains that of the shipper(s)
         initially booking the space for the attendant(s).

         If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice
         of such cancellation will be provided.

         If for any reason the attendant requires assistance while on board, carrier will provide an
         employee, if available, at a charge of $21.86 per man per hour or fraction thereof.

         Livestock attendants must comply with Matson rules and regulations governing their conduct and
         duties while in Matson yards or on Matson vessels.

         Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of
         of any person; any loss or damage to cargo, other property or the vessel; or any other loss
         loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused
         by the acts or omissions of any livestock attendant provided by the shipper.  The
         attendant will be furnished meals and quarters during the voyage at a separate
         charge of $359. Such quarters may not be occupied prior to vessel departure from the
         loading port, must be kept clean during the voyage, and must be vacated in a clean
         condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the
         quantity of 400 gallons per day per container. All other equipment or supplies necessary for
         tending of livestock enroute is the responsiblity of shipper.

D   1496

CANCELLED

| | ORIGINAL/REVISED | PAGE |
|---|---|---|
| **MATSON NAVIGATION COMPANY, INC.** | 54th Revised | 116 |
| | CANCELS | PAGE |
| FREIGHT TARIFF 14-F, STB MATS NO. 34 | 53rd Revised | 116 |
| | ISSUE DATE | EFFECTIVE DATE |
| FROM:                          TO: | December 21, 1998 | December 23, 1998 |
| PACIFIC COAST PORTS        HAWAII PORTS | CORRECTION NO. | 2827 |

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS  - continued

1231 (cont'd.)

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant.  Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $350. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsiblity of shipper.

NOTE 8:  As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
(a) The shipping document must describe by number the container which will be stopped in transit at Honolulu.  The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.
(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.
(c) This note expires with January 23, 1999.    [C]

D  1497

MASTER FILE

| MATSON NAVIGATION COMPANY, INC. | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 53rd Revised | 116 |
| FREIGHT TARIFF 14-F, STB MATS NO. 34 | CANCELS | PAGE |
| | 52nd Revised | 116 |

| | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|
| FROM:                    TO:<br>  PACIFIC COAST PORTS          HAWAII PORTS | December 17, 1998 | December 19, 1998 |
| | CORRECTION NO. | 2824 |

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER<br>(Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS  - continued

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant.  Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $350. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsibility of shipper.

NOTE 8:  As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
(a) The shipping document must describe by number the container which will be stopped in transit at Honolulu.  The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.
(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.
(c) This note expires with December 31, 1998.    [C]

ITEM NO. 1231 (cont'd.)

D  1498

MASTER FILE

| | ORIGINAL/REVISED | PAGE |
|---|---|---|
| **MATSON NAVIGATION COMPANY, INC.** | 2nd Revised | 116 |
| | CANCELS | PAGE |
| FREIGHT TARIFF 14-F, STB MATS NO. 34 | 1st Revised | 116 |
| | ISSUE DATE | EFFECTIVE DATE |
| FROM:                    TO: | November 5, 1998 | November 7, 1998 |
| PACIFIC COAST PORTS        HAWAII PORTS | CORRECTION NO. | 2739 |

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS - continued

ITEM NO. 1231 (cont'd.)

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant.  Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $350. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsiblity of shipper.

NOTE 8:  As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
(a) The shipping document must describe by number the container which will be stopped in transit at Honolulu.  The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.
(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.
(c) This note expires with November 21, 1998.    [C]

D   1499

CANCELLED

MASTER FILE

## MATSON NAVIGATION COMPANY, INC.

FREIGHT TARIFF 14-F, STB MATS NO. 34

| ORIGINAL/REVISED | PAGE |
|---|---|
| 51st Revised | 116 |
| CANCELS | PAGE |
| 50th Revised | 116 |

| ISSUE DATE | EFFECTIVE DATE |
|---|---|
| November 3, 1998 | November 5, 1998 |

FROM:
   PACIFIC COAST PORTS

TO:
   HAWAII PORTS

| CORRECTION NO. | 2735 |
|---|---|

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS - continued

ITEM NO. 1231 (cont'd.)

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant.  Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $350. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsiblity of shipper.

NOTE 8:  As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
   (a) The shipping document must describe by number the container which will be stopped in transit at Honolulu.  The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.
   (b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.
   (c) This note expires with November 14, 1998.

D  1500

CANCELLED MASTER FILE

| | ORIGINAL/REVISED | PAGE |
|---|---|---|
| **MATSON NAVIGATION COMPANY, INC.** | 50th Revised | 116 |
| | CANCELS | PAGE |
| FREIGHT TARIFF 14-F, STB MATS NO. 34 | 49th Revised | 116 |

| ISSUE DATE | EFFECTIVE DATE |
|---|---|
| October 13, 1998 | October 15, 1998 |

| FROM: | TO: | | |
|---|---|---|---|
| PACIFIC COAST PORTS | HAWAII PORTS | CORRECTION NO. | 2722 |

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS - continued

ITEM NO. 1231 (cont'd.)

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant.  Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $350. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsiblity of shipper.

NOTE 8:  As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
(a) The shipping document must describe by number the container which will be stopped in transit at Honolulu.  The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.
(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.
(c) This note expires with October 23, 1998.

D 1501

MASTER FILE

CANCELLED

| MATSON NAVIGATION COMPANY, INC. | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 49th Revised | 116 |
| | CANCELS | PAGE |
| FREIGHT TARIFF 14-F, STB MATS NO. 34 | 48th Revised | 116 |

| | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|
| FROM: PACIFIC COAST PORTS   TO: HAWAII PORTS | October 1, 1998 | October 3, 1998 |
| | CORRECTION NO. | 2710 |

SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER
(Except as otherwise provided)                                    ITEM NO.

LIVESTOCK, NOS - continued                                        1231
                                                                  (cont'd.)

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of
bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff
No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly
paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may
provide an attendant.  Shipper of weaner calves under this item must provide livestock
attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the
first shipper(s) requesting accommodations. Subsequent requests for that voyage will be
declined; however, carrier will identify to those requesting space the name of the shipper(s)
holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning
the attendant is solely the responsibility of the shippers involved, and the responsibility for
compliance with these provisions and the the charges herein remains that of the shipper(s)
initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice
of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an
employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and
duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of
of any person; any loss or damage to cargo, other property or the vessel; or any other loss
loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused
by the acts or omissions of any livestock attendant provided by the shipper.  The
attendant will be furnished meals and quarters during the voyage at a separate
charge of $350. Such quarters may not be occupied prior to vessel departure from the
loading port, must be kept clean during the voyage, and must be vacated in a clean
condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the
quantity of 400 gallons per day per container. All other equipment or supplies necessary for
tending of livestock enroute is the responsiblity of shipper.

NOTE 8:  As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination
of a container is Kahului, the container may be stopped in transit in Honolulu for the express
purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
(a) The shipping document must describe by number the container which will be stopped in transit at
Honolulu.  The name of the intermediate consignee authorized to pick up the container at the
Honolulu CY must be shown.
(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier
will assume no responsibility for cargo transited under this Note beyond that which it assumes
for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.
(c) This note expires with October 6, 1998.

D  1502

MASTER FILE

| MATSON NAVIGATION COMPANY, INC. | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 48th Revised | 116 |
| FREIGHT TARIFF 14-F, STB MATS NO. 34 | CANCELS | PAGE |
| | 47th Revised | 116 |

CANCELLED

| FROM:  PACIFIC COAST PORTS   TO:  HAWAII PORTS | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|
| | July 21, 1998 | July 23, 1998 |
| | CORRECTION NO. | 2604 |

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | ITEM NO. |
|---|---|
| | 1231 (cont'd.) |

LIVESTOCK, NOS - continued

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant.  Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $350. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for feeding of livestock enroute is the responsiblity of shipper.

NOTE 8:  As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
(a) The shipping document must describe by number the container which will be stopped in transit at Honolulu. The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.
(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.
(c) This note expires with July 25, 1998.

D  1503

MASTER FILE
CANCELLED

| MATSON NAVIGATION COMPANY, INC. | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 47th Revised | 116 |
| FREIGHT TARIFF 14-F, STB MATS NO. 34 | CANCELS | PAGE |
| | 46th Revised | 116 |

| | | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|---|
| FROM: | TO: | June 30, 1998 | July 2, 1998 |
| PACIFIC COAST PORTS | HAWAII PORTS | | |
| | | CORRECTION NO. | 2595 |

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS - continued

1231
(cont'd.)

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of
bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff
No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly
paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may
provide an attendant.  Shipper of weaner calves under this item must provide livestock
attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the
first shipper(s) requesting accommodations. Subsequent requests for that voyage will be
declined; however, carrier will identify to those requesting space the name of the shipper(s)
holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning
the attendant is solely the responsibility of the shippers involved, and the responsibility for
compliance with these provisions and the charges herein remains that of the shipper(s)
initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice
of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an
employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and
duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of
of any person; any loss or damage to cargo, other property or the vessel; or any other loss
loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused
by the acts or omissions of any livestock attendant provided by the shipper.  The
attendant will be furnished meals and quarters during the voyage at a separate
charge of $350. Such quarters may not be occupied prior to vessel departure from the
loading port, must be kept clean during the voyage, and must be vacated in a clean
condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the
quantity of 400 gallons per day per container. All other equipment or supplies necessary for
tending of livestock enroute is the responsiblity of shipper.

NOTE 8:  As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination
of a container is Kahului, the container may be stopped in transit in Honolulu for the express
purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
(a) The shipping document must describe by number the container which will be stopped in transit at
Honolulu.  The name of the intermediate consignee authorized to pick up the container at the
Honolulu CY must be shown.
(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier
will assume no responsibility for cargo transited under this Note beyond that which it assumes
for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.
(c) This note expires with July 3, 1998.

D  1504

MASTER FILE
CANCELLED

| | ORIGINAL/REVISED | PAGE |
|---|---|---|
| **MATSON NAVIGATION COMPANY, INC.** | 18th Revised | 116 |
| FREIGHT TARIFF 14-F, STB MATS NO. 34 | CANCELS | PAGE |
| | 17th Revised | 116 |

| | | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|---|
| FROM:                    TO: | | May 26, 1998 | May 28, 1998 |
| PACIFIC COAST PORTS            HAWAII PORTS | | CORRECTION NO. | 2573 |

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER<br>(Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS - continued

ITEM NO. 1231 (cont'd.)

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant.  Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $350. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsiblity of shipper.

NOTE 8:  As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.
(a) The shipping document must describe by number the container which will be stopped in transit at Honolulu.  The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.
(b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.
(c) This note expires with May 30, 1998.

D 1505

MASTER FILE
CANCELLED

# MATSON NAVIGATION COMPANY, INC.

FREIGHT TARIFF 14-F, STB MATS NO. 34

| | ORIGINAL/REVISED | PAGE |
|---|---|---|
| | 45th Revised | 116 |
| | CANCELS | PAGE |
| | 44th Revised | 116 |

| | ISSUE DATE | EFFECTIVE DATE |
|---|---|---|
| | May 14, 1998 | May 16, 1998 |

FROM:  
PACIFIC COAST PORTS

TO:  
HAWAII PORTS

| CORRECTION NO. | 2569 |
|---|---|

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS - continued

**NOTE 4:** The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

**NOTE 5:** Freight charges on livestock must be prepaid or guaranteed.

**NOTE 6:** Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant. Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper. The attendant will be furnished meals and quarters during the voyage at a separate charge of $350. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

**NOTE 7:** MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsiblity of shipper.

**NOTE 8:** As an exception to paragraph 24(c), Definition of Technical Terms, when the final destination of a container is Kahului, the container may be stopped in transit in Honolulu for the express purpose of safeguarding the health of the animals subject to the conditions set forth in this Note.

[C]
    (a) The shipping document must describe by number the container which will be stopped in transit at Honolulu. The name of the intermediate consignee authorized to pick up the container at the Honolulu CY must be shown.

    (b) The loading of any other cargo into the transited container at Honolulu is prohibited. Carrier will assume no responsibility for cargo transited under this Note beyond that which it assumes for the carriage of containers moving under Shipper Load & Count provisions of Rule 25.

    (c) This note expires with May 22, 1998.

1231
(cont'd.)

D  1506

CANCELLED

MASTER FILE

# MATSON NAVIGATION COMPANY, INC.

FREIGHT TARIFF 14-F, STB MATS NO. 34

| ORIGINAL/REVISED | PAGE |
|---|---|
| 44th Revised | 116 |
| CANCELS | PAGE |
| 43rd Revised | 116 |

| ISSUE DATE | EFFECTIVE DATE |
|---|---|
| April 30, 1998 | May 4, 1998 |

FROM: PACIFIC COAST PORTS    TO: HAWAII PORTS

| CORRECTION NO. | 2563 |
|---|---|

| SECTION 3 - COMMODITY RATES IN DOLLARS PER CONTAINER (Except as otherwise provided) | ITEM NO. |
|---|---|

LIVESTOCK, NOS  - continued

ITEM NO. 1231 (cont'd.)

NOTE 4:  The transportation of livestock is also subject to the terms and conditions of bills of lading as contained in Matson Navigation Company, Inc. Freight Tariff No. 16-A, FMC-F No. 22, supplements thereto or reissues thereof, particularly paragraph 25 therein.

NOTE 5:  Freight charges on livestock must be prepaid or guaranteed.

NOTE 6:  Subject to availability of suitable quarters, a shipper of livestock under this item may provide an attendant.  Shipper of weaner calves under this item must provide livestock attendant(s).

A maximum of two livestock attendants can be carried per voyage, and will be assigned to the first shipper(s) requesting accommodations. Subsequent requests for that voyage will be declined; however, carrier will identify to those requesting space the name of the shipper(s) holding space for attendant(s) on that particular voyage. Any agreement among shippers concerning the attendant is solely the responsibility of the shippers involved, and the responsibility for compliance with these provisions and the the charges herein remains that of the shipper(s) initially booking the space for the attendant(s).

If for any reason carrier must cancel the booking for an attendant, not less than 12 hours notice of such cancellation will be provided.

If for any reason the attendant requires assistance while on board, carrier will provide an employee, if available, at a charge of $21.33 per man per hour or fraction thereof.

Livestock attendants must comply with Matson rules and regulations governing their conduct and duties while in Matson yards or on Matson vessels.

[C]  Shipper shall indemnify Matson and hold it harmless in respect of any injury or death of of any person; any loss or damage to cargo, other property or the vessel; or any other loss loss or expenses, including, but not limited to, lost profits and attorneys' fees, caused by the acts or omissions of any livestock attendant provided by the shipper.  The attendant will be furnished meals and quarters during the voyage at a separate charge of $350. Such quarters may not be occupied prior to vessel departure from the loading port, must be kept clean during the voyage, and must be vacated in a clean condition prior to docking on arrival at port of discharge.

NOTE 7:  MNC will make potable water available each day at sea for use by livestock attendants in the quantity of 400 gallons per day per container. All other equipment or supplies necessary for tending of livestock enroute is the responsiblity of shipper.

D  1507