IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>            Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC., and PACIFIC LIVESTOCK, INC.,<br><br>            Defendants. | CIVIL NO.  1:04cv 00049JMS-BMK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was duly served upon the following parties on this date as indicated below:

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| PRESTON EASLEY, ESQ.<br>2500 Via Cabrillo Marina, Suite 106<br>San Pedro, California   90731-7724<br><br>Attorney for Plaintiff<br>BERT T. MEYER | maritime<br>@earthlink.net | |

/
/
/
/
/
/

1364474.1

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| ROY F. HUGHES, ESQ.<br>THOMAS E. IRONS, ESQ.<br>Pauahi Tower, Suite 900<br>1001 Bishop Street<br>Honolulu, Hawaii 96813 | Rhughes@<br>hughestaosaka.com;<br>tirons@<br>hughestaosaka.com | |

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

DATED: Honolulu, Hawaii, April 6, 2006.

/s/ Randolf L.M. Baldemor
JOHN R. LACY
RANDOLF L.M. BALDEMOR

Attorneys for Defendant
MATSON NAVIGATION CO., INC.