IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>             Plaintiff,<br><br>      vs.<br><br>MATSON NAVIGATION COMPANY,<br>INC.; and PACIFIC LIVESTOCK,<br>INC.,<br><br>             Defendants. | CIVIL NO. 1:04cv-00049 JMS-BMK<br>(In Admiralty)<br><br><br>DECLARATION OF RANDOLF<br>L.M. BALDEMOR and EXHIBITS<br>"A"-"C" |

## DECLARATION OF RANDOLF L.M. BALDEMOR

I, RANDOLF L.M. BALDEMOR, declare:

1.      I am one of the attorneys representing Defendant Matson Navigation Company, Inc. ("Defendant Matson"), and have personal knowledge of the information contained herein.

2.      I am an attorney with the law firm of Goodsill Anderson Quinn & Stifel, LLP, and am licensed to practice law before the courts of the State of Hawaii.

3.      Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Response to Defendant Matson Navigation Company, Inc.'s Request for Admission dated March 20, 2006.

4.      Attached hereto as Exhibit "B" is a true and correct copy of the pertinent pages of the Deposition of Robert Riley, taken on August 25, 2005.

1364474.1

5.      Attached hereto as Exhibit "C" is a true and correct copy of the pertinent pages of the Deposition of Paul A. Londynsky, taken on May 12, 2005.

I declare the foregoing under penalty of perjury under the laws of the United States.

DATED: Honolulu, Hawaii, April 6, 2006.

/s/ Randolf L.M. Baldemor
RANDOLF L. M. BALDEMOR

2