UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

BERT MEYER,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　) No. 04-00049 H6/BMK
　　　　　　　　　　　　　　　　　　　　)
MATSON NAVIGATION COMPANY,　　　　　　)
INC.,　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　　)
_____)

**CERTIFIED COPY**

DEPOSITION OF PAUL A. LONDYNSKY

DATE:       May 12, 2005

TIME:       9:31 a.m.

LOCATION:   MATSON NAVIGATION COMPANY

            555 12th Street

            Oakland, California

REPORTED BY: Melissa Roen Williams, CSR, RPR

             Certified Shorthand Reporter

             License Number 12284

**DISK ENCLOSED**

**EXHIBIT "C"**



PULONE & STROMBERG, INC.
CERTIFIED SHORTHAND REPORTING

Offices located in:
San Jose, California
(408) 280-1252

Santa Cruz, California
(831) 459-6666

```
 1   same.
 2        Q    When someone on a Matson ship sees something
 3   that they think needs correcting, they can file a form
 4   called an NCR; is that right?
 5        A    That's correct.
 6        Q    I actually forgot this.  It stands for what?
 7   Noncompliance report?
 8        A    Nonconformity.
 9        Q    Nonconformance report.  And who do those
10   reports go to when they're turned in?
11        A    To my office.
12        Q    And I take it you review them, and if you feel
13   action needs to be taken, you take action?
14        A    Or route it to the appropriate person to take
15   action.
16        Q    Have the gaps between the grating and hatch
17   covers on the LIHUE ever been the subject of an NCR?
18        A    Not to my recollection.
19        Q    Has Matson ever done any modifications to the
20   LIHUE or its two sister ships to narrow the gaps between
21   the gratings and the hatch covers?
22             MR. LACY:  Objection; vague and ambiguous,
23   lacks foundation.
24             THE WITNESS:  I don't know.
25   BY MR. EASLEY:
```

30

DEPOSITION OF PAUL A. LONDYNSKY - 5/12/2005

```
 1   STATE OF CALIFORNIA    )
                            ) ss.
 2   COUNTY OF SANTA CLARA  )
 3
 4        I, MELISSA ROEN WILLIAMS, Certified Shorthand
 5   Reporter for the State of California, hereby certify
 6   that the witness in the foregoing deposition,
 7        PAUL A. LONDYNSKY,
 8   was by me duly sworn to tell the truth, the whole truth,
 9   and nothing but the truth in the within-entitled cause,
10   and that the foregoing is a full, true, and correct
11   transcript of the proceedings had at the taking of said
12   deposition, reported to the best of my ability and
13   transcribed under my direction.
14
15
16   Date:   May 29, 2005        [signature]
                                 CSR NO. 12284
17
18
19
20
21
22
23
24
25
                                                        35
```

PULONE & STROMBERG, INC.   800-200-1252
COURT REPORTING & VIDEOCONFERENCING SERVICES