GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOHN R. LACY                              1397-0
    jlacy@goodsill.com
RANDOLF L. M. BALDEMOR    7421-0
    rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
MATSON NAVIGATION COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER,<br><br>            Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC.,<br><br>            Defendant. | CIVIL NO.  1:04cv 00049JMS-BMK<br><br>DEFENDANT MATSON NAVIGATION COMPANY, INC.'S WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT FILED JANUARY 9, 2006 AND ITS MOTION FOR SUMMARY JUDGMENT AGAINST PACIFIC LIVESTOCK, INC. FILED FEBRUARY 14, 2006; CERTIFICATE OF SERVICE<br><br><br>**HEARING:**<br>**Date:**     April 17, 2006<br>**Time:**    9:00 a.m.<br>**Judge:**   Hon. J. Michael Seabright |

1369094.1

### DEFENDANT MATSON NAVIGATION COMPANY, INC.'S WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT FILED JANUARY 9, 2006 AND ITS MOTION FOR SUMMARY JUDGMENT AGAINST PACIFIC LIVESTOCK, INC. FILED FEBRUARY 14, 2006

Defendant Matson Navigation Company, Inc., by and through their attorneys, Goodsill Anderson Quinn & Stifel, hereby withdraw the following motions:

1. Defendant Matson Navigation Company, Inc.'s Motion for Summary Judgment, filed herein on January 9, 2006; and

2. Defendant Matson Navigation Company, Inc.'s Motion for Summary Judgment Against Pacific Livestock, Inc., filed herein on February 14, 2006.

The above-listed Motions are set for hearing on April 17, 2006 at 9:00 a.m. before the Honorable J. Michael Seabright.

DATED: Honolulu, Hawaii, April 10, 2006.

/s/ Randolf L.M. Baldemor
JOHN R. LACY
RANDOLF L.M. BALDEMOR
Attorneys for Defendant MATSON
NAVIGATION CO., INC.

1369094.1