HUGHES & TAOSAKA
Attorneys At Law, A Law Corporation

ROY F. HUGHES          1774-0
THOMAS E. IRONS        7876-0
Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, Hawaii       96813
Telephone No.          526-9744

Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERT MEYER, | Civil No.: CV 04 00049 ~~HG~~ JMS-BMK |
| Plaintiff, | (In Admiralty) |
| vs. | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |
| MATSON NAVIGATION COMPANY, INC.; and PACIFIC LIVESTOCK, INC., | |
| Defendants. | |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES

Come now Plaintiff BERT MEYER and Defendants MATSON NAVIGATION COMPANY, INC. and PACIFIC LIVESTOCK, INC., by and through their respective counsel, and

pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled action be and hereby is dismissed with prejudice, each party to bear his own attorney's fees and costs. All appearing parties have signed this Stipulation through their respective counsel. Trial has been set for June 14, 2006. There are no remaining parties and/or issues.

DATED at Honolulu, Hawaii, April 25, 2006.

_____
PRESTON EASLEY
Attorney for Plaintiff
BERT MEYER

_____
ROY F. HUGHES
THOMAS E. IRONS
Attorneys for Defendant
PACIFIC LIVESTOCK, INC.

_____
JOHN R. LACY
RANDOLF L.M. BALDEMOR
Attorneys for Defendant
MATSON NAVIGATION
COMPANY, INC.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Bert Meyer vs. Matson Navigation Company, Inc., et al.; Civil No. 04 00049JMS-BMK; Stipulation For Dismissal With Prejudice Of All Claims And Parties